FILED
2020 Feb-24 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF ALABAMA / SOUTHERN DIVISION

CEDRIC JONES,
  Plaintiff,

v.

MOHAMMAD JENKINS, et. al.,
  DEfendants,

Case No. 2:19-cv-01486-ACA-JHE

### PLAINTIFFS' NOTICE OF COURTS' INTERPRETATION OF HIS CLAIMS

COMES NOW THE PALINTIFF, BY AND THROUGH HIMSELF, IN THE ABOVE CAUSE, AND DOES HERE MOVE TO INFORM THE COURT OF PLAINTIFFS' CLAIMS AND THIS COURTS' INTERPRETATION OF HIS CLAIMS, AND IN SUPPORT HEREOF, THE PLAINTIFF PROFFERS THE FOLLOWING:

1. THIS COURT, IN Doc.-7, @p.2, ADVISED THIS PLAINTIFF TO INFORM THE COURT WHETHER THIS COURTS' RENDITION OF HIS CLAIMS ARE ACCURATE.

2. THE PLAINTIFF HERE INFORMS THIS COURT THAT ITS' RENDITION OF THE PLAINTIFFS' CLAIMS ARE ACCURATE AND CORRECT.

WHEREFORE, THIS PREMISES CONSIDERED, THE APLAINTIFF PLACES THE STATE OF ALABAMA AND THIS COURT ON NOTICE OF THESE FACTORS.

RESPECTFULLY SUBMITTED,

*Cedric Jones* 2-17-2020
CEDRIC JONES, #241066
PLaintiff, prose
100 Warrior Lane
Bessemer, Al. 35023

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING UPON UPON THE STATE OF ALABAMA AND UPON THE CLERK FOR THIS COURT, VIA., U.S. MAIL, POSTAGE PROPERLY AFFIXED, ON THIS 17th DAY OF Feb, 2020, 2020.

                                                 Cedric Jones, prose

Office of Clerk
Northern District of Alabama
Hugo L. Black U.S. COurthouse
1729-5th Ave. North
Birmingham, AL. 35203-2040


Office of Attorney General of Alabama
501 Washington Ave.
MOntogmery, AL. 36130