FILED
2020 Oct-16 PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CEDRIC JONES, JR.,** ) | |
| **AIS #241066,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **2:19-CV-1486-AMM-JHE** |
| **MOHAMMAD JENKINS,** ) | |
| ) | |
| **Defendants.** ) | |

## **MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, Mohammad Jenkins, by and through undersigned counsel, and moves for an extension of time to file his Special Report in this cause and for grounds states as follows:

1. The Defendant's Special Report in this cause is due today, October 16, 2020.

2. The undersigned is in the process of collecting and/or reviewing affidavits, institutional records and other materials which are needed to adequately respond to Plaintiff's allegations.

3. The undersigned, therefore, requires additional time to properly respond to Plaintiff's allegations.

4. This is said Defendant's first request for an extension.

5.  This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the inmate Plaintiff.

WHEREFORE, based on the foregoing, Defendant respectfully requests an enlargement of time, up to and including **Monday, November 16, 2020**, to file his Special Report.

          Respectfully submitted,

          STEVE MARSHALL
          ATTORNEY GENERAL

          /s/ J. MATT BLEDSOE
          J. MATT BLEDSOE (BLE006)
          Assistant Attorney General
          Counsel for Defendant

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
334-242-7443 (T)
334-353-8400 (F)
Matt.Bledsoe@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that I have on this the October 16, 2020, filed the foregoing with the Clerk of the Court, using the ECF filing system, and that I have further served a copy of the foregoing upon the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

>Cedric Jones, Jr., AIS #241066
>W.E. Donaldson Correctional Facility
>100 Warrior Lane
>Bessemer, AL 35023

                                          /s/ J. MATT BLEDSOE
                                          OF COUNSEL