FILED
2020 Dec-21  AM 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CEDRIC JONES, JR.,** | ) | |
| **AIS #241066,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:19-CV-1486-AMM-JHE** |
| **MOHAMMAD JENKINS,** | ) | |
| | ) | |
|    **Defendants.** | ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, Mohammad Jenkins**,** by and through undersigned counsel, and moves for an extension of time to file his Special Report in this cause and for grounds states as follows:

1.    The Defendant's Special Report in this cause is due today, November 16, 2020.

2.    At the time of this filing, undersigned counsel has not received all of the requested affidavits and institutional records.

3.    The undersigned, therefore, requires additional time to properly respond to Plaintiff's allegations.

4.    This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the inmate Plaintiff.

WHEREFORE, based on the foregoing, Defendant respectfully requests an enlargement of time, up to and including **Wednesday, January 27, 2021**, to file his Special Report.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

 /s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for Defendant

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
334-242-7443 (T)
334-353-8400 (F)
Matt.Bledsoe@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on December 21, 2020, filed the foregoing with the Clerk of the Court, using the ECF filing system, and that I have further served a copy of the foregoing upon the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Cedric Jones, Jr., AIS #241066
W.E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

  /s/ J. MATT BLEDSOE
OF COUNSEL