# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CEDRIC JONES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:19-cv-01486-AMM-JHE |
| ) | |
| MOHAMMAD JENKINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The defendant has moved for a third extension of time to file a Special Report. (Doc. 18). Upon due consideration, the motion is **GRANTED**. The defendant shall file a Special Report by **January 27, 2021**. No additional extension of time will be granted absent exceptional cause.

DONE this 29th day of December, 2020.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE