FILED
2021 Jan-12 PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

Happy New Years Ma'am,

By any chance, at your earliest Convenience will you send Me a "Rule 12", as well as a receipt on the Amount of funds you have on record that I have paid on the $300's Processing fee, for the Civil Suit I filed...

Case number: 2:19-CV-01486-ACA-JHE

Thanks Ma'am
&
May God Bless You with A prosperous year!

Cedric Jones, Jr. #241066
100 WARRIOR LN.
Bessemer, Al 35023

1-7-2021