FILED
2021 Jan-27 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Alabama Department of Corrections

# INCIDENT REPORT

| 1. Institution/Division: WILLIAM E. DONALDSON CORR. FAC | 2. Date: 10/17/2018 | 3. Time: 3:45:00 AM | 4. Inc. No: WDCF-18-01967 |
|---|---|---|---|
| | | | Class Code: B |

| 5. Type of Incident - PRIMARY: Failure to Obey a Direct Order of ADOC Employee | 6. ASCA Incident Type - PRIMARY: |
|---|---|

| 7. Type of Incident - Secondary: Drugs - Possession - Inmate | 8. ASCA Incident Type - Secondary: |
|---|---|
| Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical | III 13.1 Immediate Use of Force |
| Possession of a Communication Device(s) / Accessory(s) | |
| Weapon - Device Possession | III 12.2 Major Contraband Finds of Weapons. |

| 9. Who Received Report: BALDWIN, JEFFERY    E | 10. Time Incident Reported: 10/17/2018 4:05:00 AM |
|---|---|

| 11. Location of Incident: D block ( cell 6). |
|---|

| 12. Victim(s): | Name | AIS |
|---|---|---|
| | N/A | |

| 13. Suspect(s): | Name | AIS |
|---|---|---|
| | JONES, CEDRIC | 00241066 |
| | COLLINS, DEVONTE | 00310568 |

| 14. Witness(es): | Name | AIS |
|---|---|---|
| | N/A | |

**PHYSICAL EVIDENCE:**

| 15. Type of Evidence / Description: Other Cell Phone / one (HTC) cellphone black in color. one ( LG)Verizon cellphone black in color. two pair of earplugs and two chargers. | 16. Chain of Evidence / Location & Date: CEDRIC JONESAIS: 00241066 / D block cell 6 10/17/2018 3:40:00 AM |
|---|---|
| | DEVONTE COLLINSAIS: 00310568 / D block cell 6 10/17/2018 3:40:00 AM |
| | MOHAMMAD JENKINS / D block cell 6 10/17/2018 3:50:00 AM |
| | I & I Evidence Box / Cubicule 7 10/17/2018 6:00:00 AM |

**17. Narrative Summary:**

On October 17, 2018 at approximately 3:45am, Correctional Lieutenant Mohammad Jenkins , Correctional Sergeant Randy Fraiser and Correctional Officer Quinton Jackson conducted a cell search of inmates Cedric Jones B/M AIS# 241066 and Devonte Collins B/M AIS# 310568 in D block cell 6. Upon entering the cell inmate Jones was non- compliant with the search and gave some resistance and had to be subdued with chemical spray (sabre red can# 42 serial# 061217E1)) by Lieutenant Jenkins. Inmate Collins offered no resistance to the search of his property. During the search Lieutenant Jenkins discovered one black ( LG Verizon cellphone with earplugs) and one inmate made knife approximately 8inches in length with a cloth handle along with a silver sheet of paper believed to be the illegal substance (Flaka) on the bed of inmate Jones. One cellphone (black HTC) and two chargers were found under the bed of inmate Collins. At approximately 3:50am, inmate Jones was escorted to the infirmary for a medical evaluation and decontamination by Lieutenant Jenkins. At approximately 4:04am, Lieutenant Jenkins notified the on call security supervisor Correctional Captain Jeffery Baldwin via telephone. Inmate Collins was escorted to the shift office by Sergeant Frasier. At approximately 4:20am, inmate Jones was treated and released Licensed Practical Nurse C. Price(  see attached bodychart). At approximately 5:30am, inmate Jones was reassigned to Y block( Restrictive Housing Unit cell 44), pending disciplinaries for possession of contraband and weapon. 10/17/2018 4:42 AM by mohammad.jenkins 10/17/2018 5:45 AM by mohammad.jenkins

Signature: _____

ADOC Form 302-A - August 2, 2010

Exhibit A

## Alabama Department of Corrections

### DUTY OFFICER REPORT

| 1. Institution/Division: | | 2. Date | 3. Time | 4. Inc. No: | WDCF-18-01967 |
|---|---|---|---|---|---|
| WILLIAM E. DONALDSON CORR. FAC | | 10/17/2018 | 3:45:00 AM | Class Code: | B |

| 5. Type of Incident - PRIMARY: | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| Failure to Obey a Direct Order of ADOC Employee | |

| 7. Type of Incident - Secondary: | 8. ASCA Incident Type - Secondary: |
|---|---|
| Drugs - Possession - Inmate | |
| Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical | III 13.1 Immediate Use of Force |
| Possession of a Communication Device(s) / Accessory(s) | |
| Weapon - Device Possession | III 12.2 Major Contraband Finds of Weapons. |

| 9. Location of Incident: | D block ( cell 6). |
|---|---|

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |
| Offense(s) | | | | | | | |

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| JONES, CEDRIC | 00241066 | B / M | | JEFFERSON | 11/10/2008 | 20Y 0M 0D | 12/20/2024 |
| Offense(s) | ASSAULT I,ATTEMPTED MURDER,POSS CONTROL SUBSTANCE,POSS PISTOL AFTER CONVICT VIOLENCE | | | | | | |
| COLLINS, DEVONTE | 00310568 | B / M | | TUSCALOOSA | 08/16/2017 | 9Y 0M 0D | 08/15/2026 |
| Offense(s) | ATTEMPTED MURDER,DISCHARGE GUN OCC BLDG/VEH | | | | | | |

**BRIEF Narrative:**

On October 17, 2018 at approximately 3:45am, Correctional Lieutenant Mohammad Jenkins , Correctional Sergeant Randy Fraiser and Correctional Officer Quinton Jackson conducted a cell search of inmates Cedric Jones B/M AIS# 241066 and Devonte Collins B/M AIS# 310568 in D block cell 6. Upon entering the cell inmate Jones was non- compliant with the search and gave some resistance and had to be subdued with chemical spray (sabre red) by Lieutenant Jenkins. Inmate Collins offered no resistance to the search of his property. During the search Lieutenant Jenkins discovered one black ( LG Verizon cellphone with earplugs) and one inmate made knife approximately 8inches in length with a cloth handle along with a silver sheet of paper believed to be the illegal substance ( Flaka) on the bed of inmate Jones. One cellphone (black HTC) and two chargers were found under the bed of inmate Collins. At approximately 3:50am, inmate Jones was escorted to the infirmary for a medical evaluation and decontamination by Lieutenant Jenkins. Inmate Collins was escorted to the shift office by Sergeant Frasier. Further information forthcoming in the 302 incident report. 10/17/2018 4:42 AM by mohammad.jenkins

ADOC Form 302-C - August 2, 2010

Exhibit A

Alabama Department of Corrections

## INMATE WRITTEN STATEMENT

Incident Number: __wdcf-18-01967__

Date of Incident: __Oct. 17, 2018__

Sworn Statement:

I __Cedric Jones__ , want to make the following statement under oath:
(Name)

_Refuse to make a statement._

_Sgt. Jones_

I have not been threatened, intimidated, or coerced in any way in reference to this statement. I make this statement of my own free will and accord.

__Refuse to make a statement__   __Sgt. Jones__   _____
(Printed Name)                  (Signature)      (Date)

When additional pages are utilized, the statement will be concluded on another copy of this form, be initialed by the inmate making this statement, and numbered as "Page ___ of ___ pages."

_____   Page: ___ of ___ pages
(Initials)

ADOC Form 327-B – April 26, 2011

Page 4 of 4          AR 327 Change 1 – April 26, 2011

3 of 45                                    Exhibit A

**Alabama Department of Corrections**
**Inmate Body Chart Documentation Form**

Institution: _Donaldson_     Date: _10-17-18_   Time: _0455_

Individual Requesting Body Chart (print name): __Lt Jenkins__    Title: _____

Inmate statement:

" __No Statement__ "



swelling
redness
redness
redness
R   L

Description of markings:

(R) face red and slight swelling, redness around neck, (L) eye red

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _Ory Phii Lvn_    Date: _10-17-18_ Time: _0455_

Inmate Name: _Jones Cedric_    AIS #: _241066_   DOB ▮▮▮▮

ADOC – Office of Health Services
Form E-11 (a) 08/2014

File:   Original - Inmate Health file
Copy - ADOC Official

Exhibit A



5 of 45                    Exhibit A



6 of 45                    Exhibit A



Exhibit A



Exhibit A



Exhibit A



Exhibit A



11 of 45                                              Exhibit A



Exhibit A



Exhibit A



Exhibit A



15 of 45                                                                    Exhibit A



16 of 45                    Exhibit A

Alabama Department of Corrections

**USE OF FORCE**                                                     NCDT013

**INVESTIGATIVE REPORT**

**Incident No:** WDCF-18-01967                    **Date:** 10/17/2018          **Time:** 3:45AM

**List below personnel from Incident:**          **List below inmates from Incident:**

COLLINS, DEVONTE

JONES, CEDRIC

**Type of Force:**        Chemical Agents/

**Finding:**

This investigation was conducted by Captain Shannon Caldwell by interviewing Lieutenant Jenkins, Sergeant Fraiser and Officer Jackson, along with inmate Jones, as well as reviewing all available documentation pertaining to the incident.

On October 17, 2018, Lieutenant Jenkins , Sergeant Fraiser and Officer Jackson conducted a cell search of inmates Jones and Collins in D block cell 6. While conducting the cell search inmate Jones was non- compliant with the search. Lieutenant Jenkins sprayed inmate Jones with his assigned saber red spray.  Inmate Collins was complied to the search of his property.  During the search Lieutenant Jenkins discovered one black and one inmate made knife on the bed of inmate Jones. Inmate Jones was escorted to the Infirmary for a medical evaluation and decontamination by Lieutenant Jenkins.

This use of force was justified and a reasonable level of force to control inmate Jones' actions.
11/28/2018 7:15 PM by \shannon.caldwell
11/28/2018 7:15 PM by \shannon.caldwell

**Recommendations of Investigating Officer:**

The use of force is justified. Lieutenant Jenkins used a reasonable amount of force to control the situation and achieve a legitimate correctional objective.

11/28/2018

**Captain Shannon Caldwell  Signature**                              **Date**

Exhibit A

Alabama Department of Corrections

**DISCIPLINARY REPORT**

403A (5-7)

DISC002

**Incident Report Number:**   WDCF-18-01967

1. **Inmate:**   JONES, CEDRIC JR   **Custody:**   MEDIUM   **AIS:** 00241066

2. **Institution:**   WILLIAM E. DONALDSON CORR. FAC   **Disc #:** WDCF-18-01967-4

3. The above inmate is being charged by:   JENKINS, MOHAMMAD S

with a violation of the following Rule(s):

934 - Possession of contraband

From Administrative Regulation #403, which occured on or about:

Oct 17 2018  3:45AM at D block ( cell 6).

A hearing on this charge will be held after 24 hours from being served.

4. Circumstances of the violation(s) are as follows:

On October 17, 2018 at approximately 3:45am, You inmate Jones were found in possession of a substance believed to be ( Flaka) by Lieutenant Jenkins.

| | |
|---|---|
| 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
| Date | Arresting Officer Name / Title |

5. I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

| | |
|---|---|
| JACKSON, QUINTON C | See Signed 403A (1-4) |
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. Witnesses desired?   NO: _____   YES: See Signed 403A (1-4)

Inmate's Signature          Inmate's Signature

7. If yes, list:   COLLINS, DEVONTE DERON / 00310568

Exhibit A

00241066

Alabama Department of Corrections

**DISC004**

**DISCIPLINARY REPORT**
403A Warden Decision

Y-44

**Incident Report Number:** WDCF-18-01967

**1. Inmate:** JONES, CEDRIC JR          **Custody:** MEDIUM          **AIS:** 00241066

**2. Institution:** WILLIAM E. DONALDSON CORR. FAC

**3. The above inmate is being charged by:** JENKINS, MOHAMMAD S          **Disc #:** WDCF-18-01967-4

    with a violation of the following Rule(s):

    934 - Possession of contraband

    From Administrative Regulation #403, which occured on or about:

        Oct 17 2018  3:45AM at D block ( cell 6).

    A hearing on this charge will be held after 24 hours from being served.

**4. Circumstances of the violation(s) are as follows:**

On October 17, 2018 at approximately 3:45am, You inmate Jones were found in possession of a substance believed to be ( Flaka) by Lieutenant Jenkins.

| | |
|---|---|
| 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
| Date | Arresting Officer Name / Title |

**5. I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

| | |
|---|---|
| JACKSON, QUINTON C | See Signed 403A (1-4) |
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**6. Witnesses desired?**          **NO:** _____          **YES:** See Signed 403A (1-4)

                  Inmate's Signature          Inmate's Signature

**7. If yes, list:** COLLINS, DEVONTE DERON / 00310568

**8. Hearing Date:** October 29, 2018     **Time:** 23:51:00     **Place:** Shift Office

**9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.**

**10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

JONES, MARCH M
Hearing Officer Name / Title

**11. A finding is made that the inmate is capable of representing himself / herself.**

JONES, MARCH M
Hearing Officer Name / Title

**12. Plea:** JONES, CEDRIC JR / 00241066          **Not Guilty**

**13. Arresting Official's testimony (at the hearing):**

You inmate were found in possession of a substance believed to be flaka.

**14. Inmate's testimony:**

I ain't did nothing.

**14a Witness:** COLLINS, DEVONTE DERON / 00310568

  **Testimony:** I was outside.

**15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

JONES, MARCH M
Hearing Officer Name / Title

Run Date: 10/30/2018 1:26:22 PM          Page 1 of 3

Alabama Department of Corrections
**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-4**
403A Warden Decision

**16. The following witnesses were not called:**

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**
The hearing officer finds that:
I find inmate Jones guilty.

**18. Basis for finding of fact:**
I find inmate Jones guilty based on the arresting officer's testimony and the lack of evidence presented in his defense.

**19. Hearing Officer's decision:** [ X ] Guilty [ ] Not Guilty [ ] Recommend for reinitiation

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days

[ X ] Loss of Canteen privileges for 30 days

[ X ] Loss of Telephone privileges for 30 days

[ X ] Loss of Visiting privileges for 30 days

[ ] Removal from Hobby Craft

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[ ] Disciplinary Seg for _____ days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

**Community Based Institutions Only:**

[ ] Draw cut to __ (min $25) for __ days

[ ] Restriction / State Whites for _____ days

[ ] Loss of Passes for _____ days

[ ] Return to Inmate Staff for _____ days

JONES, MARCH M
Hearing Officer Name / Title

**21. Warden's Action - Date:** 10/30/2018

**Approved** _____

**Disapproved** Errol Pickens  / Inmate has already received 3 diciplinaries in connection to this same incident.

**Other (specify)** _____

**22.** I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the _____ day of _____ OCT _____ , 20 _____ at (time) _____ ( am /pm )

**23.** _____ CO1                    _____ Jones 241066
Serving Officer Name / Title                    Inmate's Signature / AIS Number

Distribution:     Original to Central Records Division
          Copy to:     I & I (If Federal or State law violated)
                  Inmate Institutional File

Run Date: 10/30/2018 1:26:22 PM

Page 2 of 3

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-4**
403A Warden Decision

Board of Pardons and Parole

Sentencing Judge (if applicable)

Exhibit A

00241066

**Alabama Department of Corrections**

DISC004

## DISCIPLINARY REPORT
403A Warden Decision

**Incident Report Number:**   WDCF-18-01967

1. **Inmate:**   JONES, CEDRIC JR          **Custody:**   MEDIUM          **AIS:** 00241066

2. **Institution:**   WILLIAM E. DONALDSON CORR. FAC          **Disc #:** WDCF-18-01967-4

3. **The above inmate is being charged by:**          JENKINS, MOHAMMAD S

   **with a violation of the following Rule(s):**

   934 - Possession of contraband

   **From Administrative Regulation #403, which occured on or about:**

   Oct 17 2018  3:45AM at D block ( cell 6).

   **A hearing on this charge will be held after 24 hours from being served.**

4. **Circumstances of the violation(s) are as follows:**

   On October 17, 2018 at approximately 3:45am, You inmate Jones were found in possession of a substance believed to be ( Flaka) by Lieutenant Jenkins.

   | 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. **I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

   | JACKSON, QUINTON C | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**     **NO:** _____     **YES:** See Signed 403A (1-4)

   | Inmate's Signature | Inmate's Signature |
   |---|---|

7. **If yes, list:**   COLLINS, DEVONTE DERON / 00310568

8. **Hearing Date:**   October 29, 2018   **Time:**   23:51:00   **Place:**   Shift Office

9. **Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.**

10. **The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

    | JONES, MARCH M |
    |---|
    | Hearing Officer Name / Title |

11. **A finding is made that the inmate is capable of representing himself / herself.**

    | JONES, MARCH M |
    |---|
    | Hearing Officer Name / Title |

12. **Plea:**          JONES, CEDRIC JR / 00241066          **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**

    You inmate were found in possession of a substance believed to be flaka.

14. **Inmate's testimony:**

    I ain't did nothing.

14a. **Witness:**   COLLINS, DEVONTE DERON / 00310568

   **Testimony:**   I was outside.

15. **The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

   | JONES, MARCH M |
   |---|
   | Hearing Officer Name / Title |

Run Date: 10/30/2018 1:26:22 PM

Page 1 of 3

Exhibit A

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-4**

403A Warden Decision

**16. The following witnesses were not called:**

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

The hearing officer finds that:

I find inmate Jones guilty.

**18. Basis for finding of fact:**

I find inmate Jones guilty based on the arresting officer's testimony and the lack of evidence presented in his defense.

**19. Hearing Officer's decision:**    [ X ] **Guilty**    [ ] **Not Guilty**    [ ] **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days     **Community Based Institutions Only:**

[ X ] Loss of Canteen privileges for 30 days     [ ] Draw cut to __ (min $25) for __ days

[ X ] Loss of Telephone privileges for 30 days     [ ] Restriction / State Whites for _____ days

[ X ] Loss of Visiting privileges for 30 days     [ ] Loss of Passes for _____ days

[ ] Removal from Hobby Craft     [ ] Return to Inmate Staff for _____ days

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[ ] Disciplinary Seg for _____ days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

JONES, MARCH M
Hearing Officer Name / Title

**21. Warden's Action - Date:**    10/30/2018

**Approved**

**Disapproved**    Errol Pickens / Inmate has already received 3 diciplinaries in connection to this same incident.

**Other (specify)**

**22.** I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 30 day of _Oct_ , 20 _18_ at (time) _1049_ ( am / pm ).

**23.** _____ CO1     _C. dni Jones 241046_
Serving Officer Name / Title        Inmate's Signature / AIS Number

Distribution:    Original to Central Records Division

Copy to:    I & I (If Federal or State law violated)

Inmate Institutional File

Run Date: 10/30/2018 1:26:22 PM        Page 2 of 3

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-4**
403A Warden Decision

Board of Pardons and Parole

Sentencing Judge (if applicable)

Alabama Department of Corrections

**DISC002**

**DISCIPLINARY REPORT**

403A (5-7)

**Incident Report Number:**   WDCF-18-01967

**1. Inmate:**   JONES, CEDRIC JR          **Custody:**   MEDIUM          **AIS:** 00241066

**2. Institution:**   WILLIAM E. DONALDSON CORR. FAC          **Disc #:** WDCF-18-01967-2

**3. The above inmate is being charged by:**          JENKINS, MOHAMMAD S

    **with a violation of the following Rule(s):**

    921 - Unauthorized possession of a weapon or device that could be used as a weapon

    **From Administrative Regulation #403, which occured on or about:**

        Oct 17 2018  3:45AM at D block ( cell 6).

    **A hearing on this charge will be held after 24 hours from being served.**

**4. Circumstances of the violation(s) are as follows:**

    On October 17, 2018 at approximately 3:45am, You inmate Jones were found in possession of an inmate made knife by Lieutenant Jenkins.

| 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
|---|---|
| Date | Arresting Officer Name / Title |

**5. I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

| JACKSON, QUINTON C | See Signed 403A (1-4) |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**6. Witnesses desired?**          **NO:**                                    **YES:** See Signed 403A (1-4)

                          Inmate's Signature                          Inmate's Signature

**7. If yes, list:**   COLLINS, DEVONTE DERON / 00310568

Alabama Department of Corrections

**DISC006**

**DISCIPLINARY REPORT**

403A Final

**Incident Report Number:**   WDCF-18-01967

1. **Inmate:**   JONES, CEDRIC JR          **Custody:**   MEDIUM          **AIS:** 00241066

2. **Institution:**   WILLIAM E. DONALDSON CORR. FAC          **Disc #:** WDCF-18-01967-2

3. **The above inmate is being charged by:**          JENKINS, MOHAMMAD S

   **with a violation of the following Rule(s):**

   921 - Unauthorized possession of a weapon or device that could be used as a weapon

   **From Administrative Regulation #403, which occured on or about:**

   Oct 17 2018  3:45AM at D block ( cell 6).

   **A hearing on this charge will be held after 24 hours from being served.**

4. **Circumstances of the violation(s) are as follows:**

   On October 17, 2018 at approximately 3:45am, You inmate Jones were found in possession of an inmate made knife by Lieutenant Jenkins.

| 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
|---|---|
| Date | Arresting Officer Name / Title |

5. **I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

| JACKSON, QUINTON C | See Signed 403A (1-4) |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**          **NO:** _____          **YES:** See Signed 403A (1-4)

                                   Inmate's Signature                    Inmate's Signature

7. **If yes, list:**   COLLINS, DEVONTE DERON / 00310568

8. **Hearing Date:**   October 30, 2018          **Time:**   00:13:00          **Place:**   Shift Office

9. **Inmate must be present in Hearing Room.  If he / she is not present, explain in detail on additional page and attach.**

10. **The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

| JONES, MARCH M |
|---|
| Hearing Officer Name / Title |

11. **A finding is made that the inmate is capable of representing himself / herself.**

| JONES, MARCH M |
|---|
| Hearing Officer Name / Title |

12. **Plea:**          JONES, CEDRIC JR / 00241066          **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**

You inmate Jones were found in possession of an inmate made knife.

14. **Inmate's testimony:**

He didn't get no knife off me.

**14a Witness:**          COLLINS, DEVONTE DERON / 00310568

  **Testimony:**          I was outside.

15. **The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

**Run Date: 11/8/2018 11:34:22 AM**          Page 1 of 3

Exhibit A

Alabama Department of Corrections                    **DISC006**

**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-2**

403A Final

JONES, MARCH M
Hearing Officer Name / Title

**16. The following witnesses were not called:**

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**
**The hearing officer finds that:**
I find inmate Jones guilty.

**18. Basis for finding of fact:**
I find inmate Jones guilty based on the arresting officer's testimony and the fact the knife was found under inmate Jones assigned bed.

**19. Hearing Officer's decision:**    | X |  **Guilty**      |    |  **Not Guilty**      |    |  **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

| | Counseling / Warning

| | Extra Duty for ____ days at _____ hours per day under supervision _____ Shift

| | Loss of Outside privileges for _____ days          **Community Based Institutions Only:**

| X | Loss of Canteen privileges for 45 days, as of 12/05/2018          | | Draw cut to __ (min $25) for __ days

| X | Loss of Telephone privileges for 45 days, as of 12/05/2018          | | Restriction / State Whites for _____ days

| X | Loss of Visiting privileges for 45 days, as of 05/13/2019          | | Loss of Passes for _____ days

| | Removal from Hobby Craft          | | Return to Inmate Staff for _____ days

| | Loss of Good Time _____ Yrs _____ Mos _____ Dys

| | Disciplinary Seg for _____ days

| | Recommend Custody Review

| | Recommend Job Change

| | Financial Compensation _____

JONES, MARCH M
Hearing Officer Name / Title

**21. Warden's Action - Date:**          10/30/2018

**Approved**          Errol Pickens

**Disapproved**

**Other (specify)**

**22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 30th day of October, 2018 at 22:14:00.**

**23.** PHILLIPS, ANDRE D          See Signed 403A Warden Decision Report

**Run Date: 11/8/2018 11:34:22 AM**          Page 2 of 3

Alabama Department of Corrections                    **DISC006**

**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-2**

403A Final

Serving Officer Name / Title                    Inmate's Signature / AIS Number

**Procedural Requirements:**

1. The inmate was positively identified as the inmate that has the rule violation?                    Yes

2. The inmate was given written notice of charges at least 24 hours prior to the hearing?                    Yes

3. The inmate was able to attend the hearing?                    Yes

4. If the inmate wanted witnesses, he/she was permitted to call at least (3) witnesses?                    Yes

5. The inmate was allowed to prepare questions for the witnesses?                    Yes

6. The hearing is being held within ten (10) working days from the date the inmate was served?                    Yes

7. The inmate was provided ADOC assistance, if it was requested or warranted?                    Yes

8. Did the Arresting Officer use a confidential source?                    No

   1. Has the source been used before?

   2. How many times has the source been used before?

   3. Was the information provided in the past truthful?

   4. Has other information been received to corroborate sources' given information?

   5. Has the information uncovered during the investigation given the source a reason to lie?

   6. Is the information from the confidential source reliable?

**Procedural Requirements Completed By:**        JONES, MARCH M

Distribution:        Original to Central Records Division

           Copy to:        I & I (If Federal or State law violated)

                    Inmate Institutional File

                    Board of Pardons and Parole

                    Sentencing Judge (if applicable)

00241066

**Alabama Department of Corrections**

**DISCIPLINARY REPORT**
403A Warden Decision

DISC004

**Incident Report Number:**   WDCF-18-01967

1. **Inmate:**   JONES, CEDRIC JR      **Custody:**   MEDIUM      **AIS:** 00241066

2. **Institution:**   WILLIAM E. DONALDSON CORR. FAC      **Disc #:** WDCF-18-01967-2

3. **The above inmate is being charged by:**   JENKINS, MOHAMMAD S

   **with a violation of the following Rule(s):**

   921 - Unauthorized possession of a weapon or device that could be used as a weapon

   **From Administrative Regulation #403, which occured on or about:**

      Oct 17 2018  3:45AM at D block ( cell 6).

   **A hearing on this charge will be held after 24 hours from being served.**

4. **Circumstances of the violation(s) are as follows:**

   On October 17, 2018 at approximately 3:45am, You inmate Jones were found in possession of an inmate made knife by Lieutenant Jenkins.

   | 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
   | Date | Arresting Officer Name / Title |

5. **I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

   | JACKSON, QUINTON C | See Signed 403A (1-4) |
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**   **NO:** _____      **YES:** See Signed 403A (1-4)

      Inmate's Signature         Inmate's Signature

7. **If yes, list:**   COLLINS, DEVONTE DERON / 00310568

8. **Hearing Date:**   October 30, 2018   **Time:**   00:13:00   **Place:**   Shift Office

9. **Inmate must be present in Hearing Room.  If he / she is not present, explain in detail on additional page and attach.**

10. **The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

   | JONES, MARCH M |
   | Hearing Officer Name / Title |

11. **A finding is made that the inmate is capable of representing himself / herself.**

   | JONES, MARCH M |
   | Hearing Officer Name / Title |

12. **Plea:**   JONES, CEDRIC JR / 00241066      **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**

You inmate Jones were found in possession of an inmate made knife.

14. **Inmate's testimony:**

He didn't get no knife off me.

14a **Witness:**   COLLINS, DEVONTE DERON / 00310568

   **Testimony:**   I was outside.

15. **The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

   | JONES, MARCH M |
   | Hearing Officer Name / Title |

**Run Date: 10/30/2018 1:03:56 PM**                                          Page 1 of 3

Alabama Department of Corrections
## DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-2
403A Warden Decision

**16. The following witnesses were not called:**


**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

The hearing officer finds that:

I find inmate Jones guilty.

**18. Basis for finding of fact:**

I find inmate Jones guilty based on the arresting officer's testimony and the fact the knife was found under inmate Jones assigned bed.

**19. Hearing Officer's decision:** [ X ] **Guilty**    [ ] **Not Guilty**    [ ] **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days    **Community Based Institutions Only:**

[ X ] Loss of Canteen privileges for 45 days, as of 12/05/2018    [ ] Draw cut to ___ (min $25) for ___ days

[ X ] Loss of Telephone privileges for 45 days, as of 12/05/2018    [ ] Restriction / State Whites for _____ days

[ X ] Loss of Visiting privileges for 45 days, as of 05/13/2019    [ ] Loss of Passes for _____ days

[ ] Removal from Hobby Craft    [ ] Return to Inmate Staff for _____ days

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[ ] Disciplinary Seg for _____ days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

JONES, MARCH M
Hearing Officer Name / Title

**21. Warden's Action - Date:**    10/30/2018

**Approved**    Errol Pickens

**Disapproved**

**Other (specify)**

**22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the** _____ **day of** __OCT__ **, 20** _18_ **at (time)** _10:4_ **( am / pm )**

**23.** _____    _Cedric Jones_ 241066
Serving Officer Name / Title        Inmate's Signature / AIS Number

Distribution:    Original to Central Records Division
Copy to:    I & I (If Federal or State law violated)
Inmate Institutional File

Run Date: 10/30/2018 1:03:56 PM        Page 2 of 3

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-2**

403A Warden Decision

Board of Pardons and Parole

Sentencing Judge (if applicable)

Alabama Department of Corrections

**DISCIPLINARY REPORT**

403A (5-7)

**DISC002**

**Incident Report Number:**   WDCF-18-01967

**1. Inmate:**   JONES, CEDRIC JR                    **Custody:**   MEDIUM                    **AIS:** 00241066

**2. Institution:**   WILLIAM E. DONALDSON CORR. FAC                    **Disc #:** WDCF-18-01967-1

**3. The above inmate is being charged by:**                    JENKINS, MOHAMMAD S

    **with a violation of the following Rule(s):**

    528 - Unauthorized possession of a phone(s) / accessory(s)

    **From Administrative Regulation #403, which occured on or about:**

    Oct 17 2018  3:45AM at D block ( cell 6).

    **A hearing on this charge will be held after 24 hours from being served.**

**4. Circumstances of the violation(s) are as follows:**

    On October 17, 2018 at approximately 3:45am, You inmate were found in possession of one black ( LG) cellphones and earplugs in D block cell 6 by Lieutenant Jenkins.

| 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
|---|---|
| Date | Arresting Officer Name / Title |

**5.  I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

| JACKSON, QUINTON C | See Signed 403A (1-4) |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**6. Witnesses desired?**   **NO:** _____   **YES:** See Signed 403A (1-4)

                           Inmate's Signature                    Inmate's Signature

**7. If yes, list:**   COLLINS, DEVONTE DERON / 00310568

Exhibit A

Alabama Department of Corrections

**DISC006**

**DISCIPLINARY REPORT**

403A Final

**Incident Report Number:**    WDCF-18-01967

1. **Inmate:**    JONES, CEDRIC JR    **Custody:**    MEDIUM    **AIS:** 00241066

2. **Institution:**    WILLIAM E. DONALDSON CORR. FAC    **Disc #:** WDCF-18-01967-1

3. **The above inmate is being charged by:**    JENKINS, MOHAMMAD S

   **with a violation of the following Rule(s):**

   528 - Unauthorized possession of a phone(s) / accessory(s)

   **From Administrative Regulation #403, which occured on or about:**

   Oct 17 2018  3:45AM at D block ( cell 6).

   **A hearing on this charge will be held after 24 hours from being served.**

4. **Circumstances of the violation(s) are as follows:**

   On October 17, 2018 at approximately 3:45am, You inmate were found in possession of one black ( LG) cellphones and earplugs in D block cell 6 by Lieutenant Jenkins.

   | 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. **I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

   | JACKSON, QUINTON C | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**    **NO:** _____    **YES:** See Signed 403A (1-4)

   Inmate's Signature    Inmate's Signature

7. **If yes, list:**    COLLINS, DEVONTE DERON / 00310568

8. **Hearing Date:**    October 30, 2018    **Time:**    00:27:00    **Place:**    Shift Office

9. **Inmate must be present in Hearing Room.  If he / she is not present, explain in detail on additional page and attach.**

10. **The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

    | JONES, MARCH M |
    |---|
    | Hearing Officer Name / Title |

11. **A finding is made that the inmate is capable of representing himself / herself.**

    | JONES, MARCH M |
    |---|
    | Hearing Officer Name / Title |

12. **Plea:**    JONES, CEDRIC JR / 00241066    **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**

    You inmate Jones were found in possession of one black LG  cellphone and earplugs.

14. **Inmate's testimony:**

    Line 4 was a falsified statement.

14a. **Witness:**    COLLINS, DEVONTE DERON / 00310568

    **Testimony:**    I was outside.

15. **The inmate was allowed to submit question(s) to all witnesses.  Copy of questions and answers are attached.**

**Run Date: 11/8/2018 11:39:58 AM**    Page 1 of 3

Exhibit A

Alabama Department of Corrections                                           **DISC006**

**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-1**

403A Final

JONES, MARCH M
Hearing Officer Name / Title

**16. The following witnesses were not called:**

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**
**The hearing Officer finds that:**
I find inmate Jones guilty.

**18. Basis for finding of fact:**
I find inmate Jones guilty based on the sworn officer's testimony and the fact that the sworn witness's statement brought forth no evidence to prove inmate Jones' innocence.

**19. Hearing Officer's decision:**  [ X ]  **Guilty**     [   ]  **Not Guilty**     [   ]  **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[   ] Counseling / Warning

[   ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[   ] Loss of Outside privileges for _____ days          **Community Based Institutions Only:**

[ X ] Loss of Canteen privileges for 30 days, as of 10/30/2018     [   ] Draw cut to __ (min $25) for __ days

[ X ] Loss of Telephone privileges for 30 days, as of 10/30/2018     [   ] Restriction / State Whites for _____ days

[ X ] Loss of Visiting privileges for 180 days, as of 10/30/2018     [   ] Loss of Passes for _____ days

[   ] Removal from Hobby Craft          [   ] Return to Inmate Staff for _____ days

[   ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[   ] Disciplinary Seg for _____ days

[   ] Recommend Custody Review

[   ] Recommend Job Change

[ X ] Financial Compensation $25.00

JONES, MARCH M
Hearing Officer Name / Title

**21. Warden's Action - Date:**        10/30/2018

**Approved**          _____

**Disapproved**       _____

**Other (specify)**   Errol Pickens  Approved with following Sanction Changes; Loss of Canteen privileges changed to 21 days; Loss of Telephone privileges changed to 21 days

**22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 30th day of October, 2018 at 22:14:00.**

Alabama Department of Corrections                          **DISC006**

## DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-1

### 403A Final

| 23. PHILLIPS, ANDRE D | See Signed 403A Warden Decision Report |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**Procedural Requirements:**

1. The inmate was positively identified as the inmate that has the rule violation?                    Yes

2. The inmate was given written notice of charges at least 24 hours prior to the hearing?                Yes

3. The inmate was able to attend the hearing?                    Yes

4. If the inmate wanted witnesses, he/she was permitted to call at least (3) witnesses?                Yes

5. The inmate was allowed to prepare questions for the witnesses?                    Yes

6. The hearing is being held within ten (10) working days from the date the inmate was served?            Yes

7. The inmate was provided ADOC assistance, if it was requested or warranted?                Yes

8. Did the Arresting Officer use a confidential source?                    No

   1. Has the source been used before?

   2. How many times has the source been used before?

   3. Was the information provided in the past truthful?

   4. Has other information been received to corroborate sources' given information?

   5. Has the information uncovered during the investigation given the source a reason to lie?

   6. Is the information from the confidential source reliable?

**Procedural Requirements Completed By:**     JONES, MARCH M

Distribution:     Original to Central Records Division

     Copy to:     I & I (If Federal or State law violated)

             Inmate Institutional File

             Board of Pardons and Parole

             Sentencing Judge (if applicable)

00241066

### Alabama Department of Corrections

**DISCIPLINARY REPORT**
403A Warden Decision

DISC004

Y-44

**Incident Report Number:**   WDCF-18-01967

1. Inmate:   JONES, CEDRIC JR          **Custody:**   MEDIUM          **AIS:** 00241066

2. Institution:   WILLIAM E. DONALDSON CORR. FAC          **Disc #:** WDCF-18-01967-1

3. The above inmate is being charged by:          JENKINS, MOHAMMAD S

   with a violation of the following Rule(s):

   528 - Unauthorized possession of a phone(s) / accessory(s)

   From Administrative Regulation #403, which occured on or about:

   Oct 17 2018  3:45AM at D block ( cell 6).

   A hearing on this charge will be held after 24 hours from being served.

4. Circumstances of the violation(s) are as follows:

   On October 17, 2018 at approximately 3:45am, You inmate were found in possession of one black ( LG) cellphones and earplugs in D block cell 6 by Lieutenant Jenkins.

   | 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | JACKSON, QUINTON C | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. Witnesses desired?          **NO:**                          **YES:** See Signed 403A (1-4)

   | | Inmate's Signature | | Inmate's Signature |
   |---|---|---|---|

7. If yes, list:   COLLINS, DEVONTE DERON / 00310568

8. Hearing Date:   October 30, 2018      **Time:**   00:27:00      **Place:**   Shift Office

9. Inmate must be present in Hearing Room.  If he / she is not present, explain in detail on additional page and attach.

10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    | JONES, MARCH M |
    |---|
    | Hearing Officer Name / Title |

11. A finding is made that the inmate is capable of representing himself / herself.

    | JONES, MARCH M |
    |---|
    | Hearing Officer Name / Title |

12. Plea:          JONES, CEDRIC JR / 00241066          **Not Guilty**

13. Arresting Official's testimony (at the hearing):

    You inmate Jones were found in possession of one black LG  cellphone and earplugs.

14. Inmate's testimony:

    Line 4 was a falsified statement.

14a Witness:   COLLINS, DEVONTE DERON / 00310568

   Testimony:          I was outside.

15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

    | JONES, MARCH M |
    |---|
    | Hearing Officer Name / Title |

Run Date: 10/30/2018 12:59:31 PM                                        Page 1 of 3

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-1**
403A Warden Decision

**16. The following witnesses were not called:**

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

The hearing Officer finds that:

I find inmate Jones guilty.

**18. Basis for finding of fact:**

I find inmate Jones guilty based on the sworn officer's testimony and the fact that the sworn witness's statement brought forth no evidence to prove inmate Jones' innocence.

**19. Hearing Officer's decision:**   [ X ] **Guilty**      [  ] **Not Guilty**      [  ] **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[  ] Counseling / Warning

[  ] Extra Duty for ____ days at _____ hours per day under supervision _____ Shift

[  ] Loss of Outside privileges for _____ days          **Community Based Institutions Only:**

[ X ] Loss of Canteen privileges for 30 days, as of 10/30/2018          [  ] Draw cut to __ (min $25) for __ days

[ X ] Loss of Telephone privileges for 30 days, as of 10/30/2018          [  ] Restriction / State Whites for _____ days

[ X ] Loss of Visiting privileges for 180 days, as of 10/30/2018          [  ] Loss of Passes for _____ days

[  ] Removal from Hobby Craft          [  ] Return to Inmate Staff for _____ days

[  ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[  ] Disciplinary Seg for _____ days

[  ] Recommend Custody Review

[  ] Recommend Job Change

[ X ] Financial Compensation $25.00

JONES, MARCH M
Hearing Officer Name / Title

**21. Warden's Action - Date:**          10/30/2018

**Approved** _____

**Disapproved** _____

**Other (specify)** Errol Pickens  Approved with following Sanction Changes; Loss of Canteen privileges changed to 21 days; Loss of Telephone privileges changed to 21 days

**22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the** ___ **day of** ____ **, 20** _18 **at (time)** _1014_ **( am / pm )**

**23.** _____          _____
Serving Officer Name / Title          Inmate's Signature / AIS Number

Distribution:          Original to Central Records Division
                       Copy to:      I & I (If Federal or State law violated)

Run Date: 10/30/2018 12:59:31 PM          Page 2 of 3

Alabama Department of Corrections
**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-1**
403A Warden Decision

Inmate Institutional File

Board of Pardons and Parole

Sentencing Judge (if applicable)

Alabama Department of Corrections

**DISC002**

**DISCIPLINARY REPORT**

403A (5-7)

**Incident Report Number:**   WDCF-18-01967

1. **Inmate:**   JONES, CEDRIC JR          **Custody:**   MEDIUM          **AIS:** 00241066

2. **Institution:**   WILLIAM E. DONALDSON CORR. FAC          **Disc #:** WDCF-18-01967-3

3. **The above inmate is being charged by:**          JENKINS, MOHAMMAD S

   **with a violation of the following Rule(s):**

   925 - Failure to obey a direct order of an ADOC Employee

   **From Administrative Regulation #403, which occured on or about:**

   Oct 17 2018  3:45AM at D block ( cell 6).

   **A hearing on this charge will be held after 24 hours from being served.**

4. **Circumstances of the violation(s) are as follows:**

   On October 17, 2018 at approximately 3:45am, You inmate Jones failed to comply with orders of a search of your cell by not getting out of your bed area and allowing a search of your property by Lieutenant Jenkins.

   | 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. **I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

   | JACKSON, QUINTON C | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**   **NO:** _____          **YES:** See Signed 403A (1-4)

   Inmate's Signature          Inmate's Signature

7. **If yes, list:**   COLLINS, DEVONTE DERON / 00310568

Exhibit A

Alabama Department of Corrections

**DISC006**

**DISCIPLINARY REPORT**

403A Final

**Incident Report Number:**   WDCF-18-01967

**1. Inmate:**   JONES, CEDRIC JR       **Custody:**   MEDIUM       **AIS:** 00241066

**2. Institution:**   WILLIAM E. DONALDSON CORR. FAC       **Disc #:** WDCF-18-01967-3

**3. The above inmate is being charged by:**       JENKINS, MOHAMMAD S

**with a violation of the following Rule(s):**

925 - Failure to obey a direct order of an ADOC Employee

**From Administrative Regulation #403, which occured on or about:**

Oct 17 2018  3:45AM at D block ( cell 6).

**A hearing on this charge will be held after 24 hours from being served.**

**4. Circumstances of the violation(s) are as follows:**

On October 17, 2018 at approximately 3:45am, You inmate Jones failed to comply with orders of a search of your cell by not getting out of your bed area and allowing a search of your property by Lieutenant Jenkins.

| 10/17/2018 | JENKINS, MOHAMMAD S / Lieutenant |
|---|---|
| Date | Arresting Officer Name / Title |

**5. I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

| JACKSON, QUINTON C | See Signed 403A (1-4) |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**6. Witnesses desired?**       **NO:**       **YES:** See Signed 403A (1-4)

| | |
|---|---|
| Inmate's Signature | Inmate's Signature |

**7. If yes, list:**   COLLINS, DEVONTE DERON / 00310568

**8. Hearing Date:**   October 30, 2018    **Time:**   00:20:00    **Place:**   Shift Office

**9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.**

**10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

| JONES, MARCH M |
|---|
| Hearing Officer Name / Title |

**11. A finding is made that the inmate is capable of representing himself / herself.**

| JONES, MARCH M |
|---|
| Hearing Officer Name / Title |

**12. Plea:**       JONES, CEDRIC JR / 00241066       **Not Guilty**

**13. Arresting Official's testimony (at the hearing):**

You inmate Jones failed to comply with orders of a search of your cell by not getting out of your bed area and allowing a search of your property.

**14. Inmate's testimony:**

The officer asked me to get out the bed and I got out the bed.

**14a Witness:**       COLLINS, DEVONTE DERON / 00310568

**Testimony:**       I was outside.

Run Date: 11/8/2018 11:35:33 AM

Page 1 of 3

Exhibit A

Alabama Department of Corrections                           **DISC006**

**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-3**

403A Final

**15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

JONES, MARCH M
_____
Hearing Officer Name / Title

**16. The following witnesses were not called:**

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

**The hearing Officer finds that:**

I find inmate Jones guilty.

**18. Basis for finding of fact:**

I find inmate Jones guilty based on the sworn officer's testimony and the sworn witness's testimony did not provide enough evidence to prove inmate Jones' innocence.

**19. Hearing Officer's decision:**     [ X ] **Guilty**      [ · ] **Not Guilty**      [   ] **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days          **Community Based Institutions Only:**

[ X ] Loss of Canteen privileges for 15 days, as of 11/20/2018      [ ] Draw cut to __ (min $25) for __ days

[ X ] Loss of Telephone privileges for 15 days, as of 11/20/2018      [ ] Restriction / State Whites for _____ days

[ X ] Loss of Visiting privileges for 15 days, as of 04/28/2019      [ ] Loss of Passes for _____ days

[ ] Removal from Hobby Craft          [ ] Return to Inmate Staff for _____ days

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[ ] Disciplinary Seg for _____ days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

JONES, MARCH M
_____
Hearing Officer Name / Title

**21. Warden's Action - Date:**          10/30/2018

**Approved**          Errol Pickens          _____

**Disapproved**          _____

**Other (specify)**          _____

**22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 30th day of October, 2018 at 22:14:00.**

Run Date: 11/8/2018 11:35:33 AM                           Page 2 of 3

Exhibit A

Alabama Department of Corrections                                    **DISC006**

## DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-3

403A Final

---
**23.** PHILLIPS, ANDRE D                    |    See Signed 403A Warden Decision Report
Serving Officer Name / Title                 |    Inmate's Signature / AIS Number

**Procedural Requirements:**

1. The inmate was positively identified as the inmate that has the rule violation?                          Yes

2. The inmate was given written notice of charges at least 24 hours prior to the hearing?                    Yes

3. The inmate was able to attend the hearing?                                                                Yes

4. If the inmate wanted witnesses, he/she was permitted to call at least (3) witnesses?                      Yes

5. The inmate was allowed to prepare questions for the witnesses?                                            Yes

6. The hearing is being held within ten (10) working days from the date the inmate was served?              Yes

7. The inmate was provided ADOC assistance, if it was requested or warranted?                                Yes

8. Did the Arresting Officer use a confidential source?                                                      No

   1. Has the source been used before?

   2. How many times has the source been used before?

   3. Was the information provided in the past truthful?

   4. Has other information been received to corroborate sources' given information?

   5. Has the information uncovered during the investigation given the source a reason to lie?

   6. Is the information from the confidential source reliable?

**Procedural Requirements Completed By:**      JONES, MARCH M

Distribution:      Original to Central Records Division

        Copy to:      I & I (If Federal or State law violated)

                Inmate Institutional File

                Board of Pardons and Parole

                Sentencing Judge (if applicable)

00241066

DISC004

Alabama Department of Corrections

### DISCIPLINARY REPORT
403A Warden Decision

Y-44

**Incident Report Number:**   WDCF-18-01967

**1. Inmate:**   JONES, CEDRIC JR          **Custody:**   MEDIUM          **AIS:** 00241066

**2. Institution:**   WILLIAM E. DONALDSON CORR. FAC          **Disc #:** WDCF-18-01967-3

**3. The above inmate is being charged by:**          JENKINS, MOHAMMAD S

   **with a violation of the following Rule(s):**

   925 - Failure to obey a direct order of an ADOC Employee

   **From Administrative Regulation #403, which occured on or about:**

   Oct 17 2018  3:45AM at D block ( cell 6).

   **A hearing on this charge will be held after 24 hours from being served.**

**4. Circumstances of the violation(s) are as follows:**

   On October 17, 2018 at approximately 3:45am, You inmate Jones failed to comply with orders of a search of your cell by not getting out of your bed area and allowing a search of your property by Lieutenant Jenkins.

   10/17/2018                                    JENKINS, MOHAMMAD S / Lieutenant
   _____                 _____
   Date                                               Arresting Officer Name / Title

**5. I hereby certify that on this 17th day of October, 2018, at (time) 05:20:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

   JACKSON, QUINTON C                        See Signed 403A (1-4)
   _____       _____
   Serving Officer Name / Title                   Inmate's Signature / AIS Number

**6. Witnesses desired?**        **NO:** _____        **YES:** See Signed 403A (1-4)
                                            Inmate's Signature                              Inmate's Signature

**7. If yes, list:**   COLLINS, DEVONTE DERON / 00310568

**8. Hearing Date:**   October 30, 2018        **Time:**   00:20:00        **Place:**   Shift Office

**9. Inmate must be present in Hearing Room.  If he / she is not present, explain in detail on additional page and attach.**

**10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

   JONES, MARCH M
   _____
   Hearing Officer Name / Title

**11. A finding is made that the inmate is capable of representing himself / herself.**

   JONES, MARCH M
   _____
   Hearing Officer Name / Title

**12. Plea:**   _____JONES, CEDRIC JR / 00241066_____        **Not Guilty**

**13. Arresting Official's testimony (at the hearing):**

You inmate Jones failed to comply with orders of a search of your cell by not getting out of your bed area and allowing a search of your property.

**14. Inmate's testimony:**

The officer asked me to get out the bed and I got out the bed.

**14a Witness:**        COLLINS, DEVONTE DERON / 00310568

 **Testimony:**        I was outside.

**15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

   JONES, MARCH M
   _____
   Hearing Officer Name / Title

**Run Date: 10/30/2018 1:03:15 PM**                                                                **Page 1 of 3**

Alabama Department of Corrections
**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-3**
403A Warden Decision

**16. The following witnesses were not called:**

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**
The hearing Officer finds that:
I find inmate Jones guilty.

**18. Basis for finding of fact:**
I find inmate Jones guilty based on the sworn officer's testimony and the sworn witness's testimony did not provide enough evidence to prove inmate Jones' innocence.

**19. Hearing Officer's decision:** [ X ] **Guilty** [ ] **Not Guilty** [ ] **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days

<u>**Community Based Institutions Only:**</u>

[ X ] Loss of Canteen privileges for 15 days, as of 11/20/2018

[ ] Draw cut to __ (min $25) for __ days

[ X ] Loss of Telephone privileges for 15 days, as of 11/20/2018

[ ] Restriction / State Whites for _____ days

[ X ] Loss of Visiting privileges for 15 days, as of 04/28/2019

[ ] Loss of Passes for _____ days

[ ] Removal from Hobby Craft

[ ] Return to Inmate Staff for _____ days

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[ ] Disciplinary Seg for _____ days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

JONES, MARCH M
Hearing Officer Name / Title

**21. Warden's Action - Date:** 10/30/2018

Approved      Errol Pickens

Disapproved   _____

Other (specify) _____

**22.** I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the _____ day of _____ OCT _____, 20___ at (time) _____ ( am /pm ).

**23.** _____        _____
Serving Officer Name / Title              Inmate's Signature / AIS Number

Distribution:    Original to Central Records Division
Copy to:     I & I (If Federal or State law violated)

Run Date: 10/30/2018 1:03:15 PM

Page 2 of 3

Exhibit A

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION WDCF-18-01967-3**
403A Warden Decision

Inmate Institutional File

Board of Pardons and Parole

Sentencing Judge (if applicable)