FILED
2021 Jan-27  PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CERTIFICATION OF MEDICAL RECORDS

I, Cheryl Prestley, hereby certify and affirm that I am a Medical Records Clerk, employed with Wexford Health Services, located at William E. Donaldson Correctional Facility; that I am the custodian of records at this institution; that the attached documents are true and correct photocopies of certain documents maintained in the file of Inmate **Cedric Jones M/241066,** housed at William E. Donaldson Correctional Facility

This, I do hereby certify and affirm to on this 14th day of April, 2020.

_____
CHERYL PRESTLEY
MEDICAL RECORDS CLERK

STATE OF ALABAMA     )
JEFFERSON COUNTY     )

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL, THIS 14th DAY OF April, 2020.

_____
NOTARY PUBLIC

_____
10 - 31 - 20
MY COMMISSION EXPIRES

(Seal)

1 of 143                                                    Exhibit B



**Alabama Department of Corrections**

## HEALTH RECORD – MASTER PROBLEM LIST

| Name | Jones, Cedric | AIS: 241066 | DOB ▮▮▮▮ |
|---|---|---|---|

Known Allergies: NKA

| **Mental Health Codes** | | **Medical Health Codes** [See OHS policy A-8 and A-8(a) and (b)] | | | |
|---|---|---|---|---|---|
| A | Not on caseload | 1 | Healthy/Stable | 5b | Negative Air Flow |
| B | Outpatient (Major / CWC / WR) | 2 | Pending Mammogram and/or PAP | 5c | Chemo Therapy Direct Observation |
| C | Outpatient (Major Facility) | 3 | Hold for Procedures / Treatment | 5d | Pregnancy/Recovery |
| D | Residential | 4 | Chronic Needs; Access to HCU 24/7 | 6 | Health Limits ADLs Specify Subset A-Z* |
| H | Hold | 5a | Dialysis | 7 | Neurocognitive/Dementia |

| Date Identified | Provider | Problem/Diagnosis | SMI | Date Resolved | Provider | Mental Health Code | Medical Health Code |
|---|---|---|---|---|---|---|---|
| 6-3-19 | | Pre DM | | | | | HC1 |
| 10/5/19 | | Transcribed from module NO | | | | NHA | |
| 10-22-19 | | Ref. Flu Vacc | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Notes:**
1. If **asthma**, specify as; Mild, Moderate, or Severe
2. For **Advance Directives**, enter dates initiated, expired, or rescinded.
* Contact ADOC – Office of Health Services

CP60108AL      ADOC – OHS form H-1-a
              06/2008; Revised November 2018



Alabama Department of Corrections

HEALTH RECORD – MASTER PROBLEM LIST

INMATE NAME _Jones, Cedric_   AIS # _240206_ D.O.B. ████████

Known Allergies: _NKA      — ? ↓ WBC 2° HCTZ_ 

1. Mental Health Codes:       MH-0   MH-1   MH-2   MH-3   MH-4   MH-5   MH-6
2. Medical Health Care Codes:   HC-1   HC-2   HC-3   HC-4   HC-5   HC-6 (with subset)

3. List Long-Term Chronic Problems   (* If Asthmatic record as; Mild, Moderate, or Severe)
4. Note any DNR, Advance Directive/Living Will as obtained.  Note date timed-out and/or date rescinded

| Date Identified: | Provider Name: | 1., 2., 3., Status: | Date Resolved: | Provider Name: | Mental Health Code | Medical Health Care Code | 4. DNR, Living Will, or Advance Directive |
|---|---|---|---|---|---|---|---|
| 1-2-09 | | I PPD (Dm | | | | HC-1? | |
| 2-20-09 | | HTN | DC'd from CCC 4/15/10 | | | HC 1 | |
| | | 1+YT ob usc | | | | | |
| 11/27/11 | | eye enucleation OD | | | | NA | |
| 11-11-14 | | HTN Chronic Care | | | | | |
| 30 Dec 14 | R.F. Roddam | granulocytopenia ? 2° HCTZ. | | | | | |
| 11-9-15 | | Ref. Flu Vacc | | | | | |
| 4 Feb 16 | R.F. Roddam | prosthesis -OD | | | | | |
| 11-28-17 | | Ref. Flu Vacc | | | | | |
| 3/20/18 | | Med HCC | | | | 1 | |
| 11-27-18 | | Ref. Flu Vacc | | | | | |
| 3/28/19 | | Med HCC | | | | 3 | |
| 4/23/19 | | Med HCC | | | | 3 | |
| 2008 | | TU | | | | | |

CP60108AL-ADOC-OHS form H-1-a-Master Problem List – created 06/2008

Exhibit B

Alabama Department of Corrections
**Health Coding Guidelines Form**

 

| Health Code | Status | Placement Guideline |
|---|---|---|
| Health Code 1 | Healthy Status, Stable, Infrequent Access to Health Care | Any Institution: In or Out of State |
| Health Code 2 (females) | Resolution of Diagnostic Test Pending (i.e., PAP, Mammogram) | In State Hold |
| Health Code 3 | Health Intervention Incomplete | Hold at Current ADOC Institution |
| Health Code 4 | May Require Prompt Access to 24/7 Health Care Unit Staff | House in Major Institution or within Close Proximity to Major Institution |
| Health Code 5 (Check Subset) ___5-a Dialysis ___5-b Respiratory Suspect ___5-c Direct Observation Chemo-Therapy ........................... -> ___5-d Pregnancy / Post Pregnancy Recovery | Requires Specialized Treatment at a Designated Health Unit | Call Special Needs Manger or Associate Commissioner of OHS for Transfer Assistance    Twice Daily Nurse Visit & Telemedicine |
| Health Code 6 (List Subsets) _____ _____ _____ | Acute, Critical, or Long Term Health Condition Which Prevents Inmate From Routinely Attending to Own Activities of Daily Living (ADL's) | Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer |
| Health Code 7 | Cognitive Disorder / Alzheimer's Environment Consideration | Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer |

Provider Comments: _____

_____

Provider Signature: **C Romano, CRNP**  Title: _____  Date: 4·23·19

Inmate Name: Jones, Cedric  AIS#: 241066  D.O.B ▮▮▮▮

Institution: Donaldson

Note:
*Medical Provider may waive health code guidelines for inmates on anticoagulant medication and/or other critical medications that require regular therapeutic lab values based on individual inmate's clinical criteria after health evaluation by the Provider.
*Sliding Scale Insulin; do not transfer to a CWC or WR without first consulting with the Special Needs Manager or the Associate Commissioner of Health Services.

ADOC – Office of Health Services; form A-8 (a); Revised 09/2014          File: Health Record

Exhibit B



Alabama Department of Corrections
**Health Coding Guidelines Form**

| <u>Health Code</u> | <u>Status</u> | <u>Placement Guideline</u> |
|---|---|---|

_____ Health Code 1 — Healthy Status, Stable, Infrequent Access to Health Care — Any Institution: <u>In or Out of State</u>

_____ Health Code 2 (females) — Resolution of Diagnostic Test Pending (i.e., PAP, Mammogram) — <u>In State</u> Hold

✗ Health Code 3 — Health Intervention Incomplete — <u>Hold</u> at Current ADOC Institution

_____ Health Code 4 — May Require Prompt Access to 24/7 Health Care Unit Staff — House in Major Institution or within Close Proximity to Major Institution

_____ Health Code 5 (Check Subset) — Requires Specialized Treatment at a Designated Health Unit — Call Special Needs Manger or Associate Commissioner of OHS for Transfer Assistance
   ____ 5-a Dialysis
   ____ 5-b Respiratory Suspect
   ____ 5-c Direct Observation Chemo-Therapy ..................................... -> Twice Daily Nurse Visit & Telemedicine
   ____ 5-d Pregnancy / Post Pregnancy Recovery

_____ Health Code 6 (List Subsets) — Acute, Critical, or Long Term Health Condition Which Prevents Inmate From Routinely Attending to Own Activities of Daily Living (ADL's) — Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer
   _____
   _____
   _____

_____ Health Code 7 — Cognitive Disorder / Alzheimer's Environment Consideration — Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer

Provider Comments: _____

_____

Provider Signature: **C Romano, CRNP** CR   Title: _____   Date: 3/28/19

Inmate Name: Jones, Cedric   AIS#: 241066   D.O.B ▮▮▮▮▮

Institution: WOCF

**Note:**
*Medical Provider may waive health code guidelines for inmates on anticoagulant medication and/or other critical medications that require regular therapeutic lab values based on individual inmate's clinical criteria after health evaluation by the Provider.
*<u>Sliding Scale</u> Insulin; do not transfer to a CWC or WR without first consulting with the Special Needs Manager or the Associate Commissioner of Health Services.

ADOC – Office of Health Services; form A-8 (a); Revised 09/2014                    File: Health Record

**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**

# ADOC

**INMATE NAME #** _Jones, Cedric_

**AIS#** _291066_

**DOB#** _[redacted]_

**Annual Assessment**
**Five Year Record**

Year _2017_   to   Year _____

**This form must be placed and maintained in the current working Medical Record**
**Move form forward until next five year cycle is completed**

CP0334AL  Alabama DOC E-4a Inmate Periodic Health Assessment, reviewed 10/2010, approved 10/28/10.

Exhibit B

**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**

| | RESPONSE | | RESPONSE | 2019 | RESPONSE |
|---|---|---|---|---|---|
| Year 1 | Institution: WEDCF | Year 2 | Institution: NDCF | Year 3 | Institution: WEDCF |
| 1. | 1/25/17 | 1. | 3/22/18 | 1. | 4.23.19 |
| 2. | 30 | 2. | 31 | 2. | 32 |
| 3. | 122/88 | 3. | 110/04 | 3. | 120/76 |
| 4. | 99 | 4. | 91.8 | 4. | 97.8 |
| 5. | 88 | 5. | 98.8 | 5. | 83 |
| 6. | 18 | 6. | 18 | 6. | 18 |
| 7. | 138 lbs. | 7. | 138 lbs. | 7. | 140 lbs. |
| 8. | 140 lbs. | 8. | 138 lbs. | 8. | 138 lbs. |
| 9. | -2 lbs. | 9. | lbs. | 9. | +2 lbs. |
| 10. | No / Yes (see notes) | 10. | No / Yes (see notes) | 10. | No / Yes (see notes) |
| 11. | 80 | 11. | 76 | 11. | 89 |
| 12. | 1/25/17 Ø mm's | 12. | 3/22/18 Ø mm's | 12. | 4.25.19 LFA 6 mm's |
| 13. N/A | Normal / Abnormal (see form) | 13. N/A | Normal / Abnormal (see form) | 13. N/A | Normal / Abnormal (see form) |
| 14. | C.J. / MM | 14. | C3 / NM | 14. | C3 / SP |
| 15. | C.J. / MM | 15. | C3 / NM | 15. | C3 / SP |
| 16. | C.J. / MM | 16. | C3 / NM | 16. | C3 / SP |
| 17. | Yes / No (see notes) | 17. | C3 Yes / No (see notes) | 17. | Yes / No (see notes) |
| 18. N/A | PAP Not Needed / PAP Needed | 18. N/A | PAP Not Needed / PAP Needed | 18. N/A | PAP Not Needed / PAP Needed |
| 18. a. N/A | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) |
| 18. b. N/A | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) |
| 18. c. | | 18. c. | | 18. c. | |
| 19. N/A | No / Yes (see results below) | 19. | No / Yes (see results below) | 19. | No / Yes (see results below) |
| 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) |
| 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) |
| 22. | | 22. | | 22. | |
| 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) |
| 24. | | 24. | | 24. | |
| 25. | C.J. / | 25. | / | 25. | / |
| | OD / OS / OU | | OD / OS / OU | | OD / OS / OU |
| 26. | 20/50 / N/A / 20/50 | 26. | / | 26. | / |
| 27. | / | 27. | / | 27. | / |
| 28. | Normal / Abnormal (see notes) | 28. N/A | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) |
| 29. | McCracken RN | 29. | | 29. | |
| 30. | | 30. | DUE 2019 | 30. | |
| | OD / OS / OU | | OD / OS / OU | | OD / OS / OU |
| 31. | 20/50 / N/A / 20/50 | 31. | / | 31. | / |
| 32. | | 32. | | 32. | |
| 33. N/A | Normal / Abnormal (see report) | 33. | Normal / Abnormal (see report) | 33. | Normal / Abnormal (see report) |
| 34. 1/20/16 | Normal / Abnormal (see report) | 34. HM | Normal / Abnormal (see report) | 34. | Normal / Abnormal (see report) |
| 35. 5/4/15 | Normal / Abnormal (see report) | 35. HM | Normal / Abnormal (see report) | 35. | Normal / Abnormal (see report) |
| 36. 9/30/15 | Normal / Abnormal (see report) | 36. HB | Normal / Abnormal (see report) | 36. | Normal / Abnormal (see report) |
| 37. N/A | Normal / Abnormal (see report) | 37. N/A | Normal / Abnormal (see report) | 37. | Normal / Abnormal (see report) |
| 38. N/A | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) |
| 39. N/A | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) |
| 40. N/A | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) |
| 41. | McCracken RN | 41. | | 41. | |
| 42. 5/5/15 | Normal / Abnormal (see report) | 42. 5/5/15 | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) |
| 43. | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) |
| 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) |
| 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) |
| 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) |
| 47. | McCracken RN | 47. | | 47. | |

Inmate Name: Jones, Cedric   AIS# 241066   D.O.B. ▮▮▮

Exhibit B

**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**



| Year 4 | RESPONSE Institution: | Year 5 | RESPONSE Institution: | Health Care Codes: |
|---|---|---|---|---|
| 1. | | 1. | | **Year 1** |
| 2. | | 2. | | Current Health Care Code: HC-I |
| 3. | | 3. | | Provider Signature / Date: 24 Feb. 6 |
| 4. | | 4. | | R. F. Riddle |
| 5. | | 5. | | **Year 2** |
| 6. | | 6. | | Current Health Care Code: HC-I |
| 7. | lbs. | 7. | lbs. | Provider Signature / Date: 9 May 18 |
| 8. | lbs. | 8. | lbs. | R. F. Riddle, M.D. |
| 9. | lbs. | 9. | lbs. | **Year 3** CU 4/24/19 |
| 10. | No / Yes (see notes) | 10. | No / Yes (see notes) | Current Health Care Code: |
| 11. | | 11. | | ③ Provider Signature / Date: |
| 12. | mm's | 12. | mm's | C Romano, CRNP |
| 13. | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) | **Year 4** |
| 14. | / | 14. | / | Current Health Care Code: |
| 15. | / | 15. | / | Provider Signature / Date: |
| 16. | / | 16. | / | |
| 17. | Yes / No (see notes) | 17. | Yes / No (see notes) | **Year 5** |
| 18. | PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed | Current Health Care Code: |
| 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) | Provider Signature / Date: |
| 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) | |
| 18. c. | | 18. c. | | **Year 1 Assessment Conducted by:** |
| 19. | No / Yes (see results below) | 19. | No / Yes (see results below) | Health Care Professional Signature / Date |
| 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) | J McCracken RN |
| 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) | **Year 2 Assessment Conducted by:** |
| 22. | | 22. | | Health Care Professional Signature / Date: |
| 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) | LPN 3/20/18 |
| 24. | | 24. | | |
| 25. | / | 25. | / | **Year 3 Assessment Conducted by:** |
| | OD / OS / OU | | OD / OS / OU | Health Care Professional Signature / Date: |
| 26. | / / | 26. | / / | J. Pedrajo LPN 4.23.19 |
| 27. | / / | 27. | / / | **Year 4 Assessment Conducted by:** |
| 28. | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) | Health Care Professional Signature / Date: |
| 29. | | 29. | | |
| 30. | / | 30. | / | |
| | OD / OS / OU | | OD / OS / OU | **Year 5 Assessment Conducted by:** |
| 31. | / / | 31. | / / | Health Care Professional Signature / Date: |
| 32. | / / | 32. | / / | |
| 33. | Normal / Abnormal (see report) | 33. | Normal / Abnormal (see report) | |
| 34. | Normal / Abnormal (see report) | 34. | Normal / Abnormal (see report) | |
| 35. | Normal / Abnormal (see report) | 35. | Normal / Abnormal (see report) | |
| 36. | Normal / Abnormal (see report) | 36. | Normal / Abnormal (see report) | **Begin Next Five Year** |
| 37. | Normal / Abnormal (see report) | 37. | Normal / Abnormal (see report) | **Periodic Health Assessment Cycle:** |
| 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) | |
| 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) | **Month:** |
| 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) | |
| 41. | | 41. | | **Year:** |
| 42. | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) | |
| 43. | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) | |
| 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) | ADOC – Office of Health Services |
| 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) | Policy and Procedure E-4 |
| 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) | 2nd Edition December 1, 2011 |
| 47. | | 47. | | |

Inmate Name: Jones, Cedric   AIS# 241066   D.O.B

Exhibit B

Alabama Department of Corrections
## Inmate Consent for Verbal Communication / Release of Current Health Status



The verbal release of an inmate's current health information to an inmate's family member, by qualified health care personnel, is to be limited to minimal and pertinent information only - after the inmate has signed the *Inmate Consent for Verbal Communication and Release of Current Health Status* form; ADOC – OHS H-2-c.

This form is recognized as current if signed by the inmate and dated within the past twelve (12) rolling calendar months. Verbal communication will be limited to only those immediate family members, as listed by the inmate on form H-2-c and only after a phone call is referred to the health care unit by the institution Warden (or designee).

I understand this authorization is valid for 365 days, after the date signed, and is subject to revocation by me at any time if provided in writing to ADOC, the health contractor(s), or the institution, except to the extent that disclosure has already been disclosed in reliance on this authorization.

By signing this form I authorize and release the Alabama Department of Corrections, the ADOC health contractor(s), and the institution from liability relating to verbal communication(s) concerning my ████████████████████████████████ members:

Name ███████████████████████████

Family Relationship  *Aunt*

Address ███████████████████

Phone Number ███████████████

Name _____

Family Relationship _____

Address _____

Phone Number _____

Inmate Name (printed): *Jones   Cedric*

AIS #: *241066*

Date of Birth: ███████████

Inmate Signature: X *Cedric Jones*

Authorized Health Care Professional (signature): *J. Pedigo LPN*

Title *(LPN)*

Date *4.23.19*

082011 ADOC – OHS; H – 2 form H-2 (c)
Revised: 01/18/2013

Exhibit B

## Annual Vaccination Record

### Influenza

| ✓ | Refusal Signed | 11-27-18 Date | J. Clarkin | Nurse Signature |
| ✓ | Refusal Signed | 10-22-19 Date | J. Clarkin | Nurse Signature |
| ___ | Refusal Signed | ___ Date | ___ | Nurse Signature |

| Date Given mo/da/yr | Site Given | Nurse Signature |
|---|---|---|
| | | |
| | | |
| | | |

### Pneumoccal

| ___ | Refusal Signed | ___ Date | ___ | Nurse Signature |
| ___ | Refusal Signed | ___ Date | ___ | Nurse Signature |
| ___ | Refusal Signed | ___ Date | ___ | Nurse Signature |

| Date Given mo/da/yr | Site Given | Nurse Signature |
|---|---|---|
| | | |
| | | |
| | | |

**\* All vaccination forms must be moved to the newest volume of the medical record.**

Jones, Cedric
241066



# 019-2020
# Influenza Vaccine Consent Form

## PLEASE RESPOND TO EACH QUESTION WITH A YES OR NO

| Question | | |
|---|---|---|
| Have you ever had an allergic reaction to flu vaccine? | YES | NO |
| Are you allergic to eggs, or egg products? | YES | NO |
| Do you have a history of Guillain-Barre Syndrome? (illness associated with the swine flu in 1976 characterized by fever, nerve damage, and muscle weakness) | YES | NO |
| Are you allergic to Thimerosal (a mercury-based preservative)? | YES | NO |
| Are you allergic to latex? | YES | NO |
| Do you feel ill today or do you have a fever? | YES | NO |
| Are you currently taking an antibiotic for infection? | YES | NO |
| If you are female, are you pregnant?  # Weeks_____ | YES | NO |
| If you are female, are you nursing? | YES | NO |

I hereby certify that the foregoing history is true and complete to the best of my knowledge and I have received and read the "Vaccine Information Statement" from the CDC, have had an opportunity to ask questions that were answered to my satisfaction, and do wish to receive the flu vaccination fully understanding the risks and the benefits. I hereby consent to the administration of the flu vaccine (flu shot). Furthermore, I hereby release and forever discharge for myself, my heirs, executors, administrators and assignees, Wexford Health Sources, Inc. and their employees, owners and representatives from any and all claims, demands, actions and causes of action, which may result from participation in this program.   *Your personal information and results shall be held strictly confidential*

### PARTICIPANT INFORMATION AND CONSENT     WDCF

| LAST NAME: Jones | FIRST NAME: Cedric | MI: 241066 |
|---|---|---|
| ADDRESS: | CITY: | STATE:  ZIP: |
| PHONE: | E-MAIL: | |
| BIRTHDATE: ▮▮▮ | AGE: | |
| SIGNATURE: ▮▮▮ | DATE: | |

### PARTICIPANT REFUSAL

| LAST NAME: | FIRST NAME: | MI: |
|---|---|---|
| SIGNATURE: C Jones | | DATE: 10-22-19 |

### FOR CLINIC USE ONLY

MANUFACTURER AND LOT#: SEQIRUS P100114342

EXPIRATION DATE: June 18, 2020

SITE OF INJECTION:     R  /  L      DELTOID

SIGNATURE AND TITLE OF VACCINE ADMINISTRATOR:



**Wexford Healt**
SOURCES INCORPORATED

## Influenza / Pneumonia Vaccine Consent Form

| Facility: WDCF | | Inmate Number: 241066 | | |
|---|---|---|---|---|
| Inmate Name: Jones, Cedric | | Date of Birth: ▮▮▮ | | Sex: ☑M ☐F |
| Housing location: ☐ General population  ☑ Segregation  ☐ Infirmary   Other | | | | |

| Flu Only | Please respond to each question, as indicated. | Yes | No |
|---|---|---|---|
| | Have you ever had an allergic reaction to the (flu / pneumonia) vaccine? | | |
| | Are you pregnant? | | |
| | Are you breastfeeding at this time? | | |
| | Are you moderately or severely ill at this time? | | |
| | Do you have a fever? | | |
| ● | Are you allergic to eggs or egg products? | | |
| ● | Do you have a history of Guillain-Barre syndrome? (illness associated with the swine flu in 1976 characterized by fever, nerve damage, and muscle weakness) | | |
| ● | Are you allergic to Thimerosal (a mercury-based preservative)? | | |
| ● | Are you allergic to latex? | | |
| ● | Are you currently taking an antibiotic for infection? | | |

### Influenza/Pneumonia Vaccine Consent
*(Indicate which vaccine is being given)*

I hereby certify that the foregoing history is true and complete to the best of my knowledge and I have received and read the Vaccine Information Sheet from the CDC, have had an opportunity to ask questions that were answered to my satisfaction, and do wish to receive the **Influenza / Pneumonia** (*circle the appropriate vaccine to be given*) vaccination fully understanding the risks and benefits.

I hereby consent to the administration of the Influenza / Pneumonia (circle the vaccine being given). Furthermore, I hereby release and forever discharge for myself, my heirs, executors, administrators and assignees, Wexford Health Sources, Inc. and their employees, owners and representatives from any and all claims, demands, actions and causes of action which may result from participation in this program.

Inmate-patient Signature _____  Date _____

### Refusal

I decline the **Influenza / Pneumonia** (*circle the appropriate vaccine*) at this time, and understand the risks in doing so.

Inmate-patient Signature _Cedric Jones_  Date _11-27-18_

| Vaccine Administration Record | | |
|---|---|---|
| Administration date: | Manufacturer: | |
| Lot #: | Expiration date: | |
| Site of injection: | Signature and title of vaccine administrator: | |

Rev. 4/13/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

## ADOC

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Jones Cedric_  _241066_
(Print Name)              (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) ~~Splint~~
( ) ~~Eyeglasses~~
( ) ~~Dentures~~
( ) ~~Prothesis~~     describe _____
( ) ~~Wheelchair~~
( ) ~~Cane~~
( ) ~~Crutches~~
(X) Other         describe _16 oz eye saline + 25 pks Sterile_

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

X _Cedric Jones, Jr 241066_  _12/24/19_
(Inmate)                        (Date)

_____   _12/24/19_
(Witness)                       (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Jones, Cedric | 241066 | ▓▓▓▓ | B/M | Donaldson |

C-29

CP70005AL -- ADOC AL-70005-Receipt of Medical Equipment      (White - Medical File, Yellow - Security Property Officer)

Exhibit B

## ADOC
## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _12-12-2019_

**To:** _DOC_

**From:** _Eye Clinic_

**Inmate Name:** _JONES CEDRIC_     **ID#:** _241066_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____until_____

5. Other _____

**Comments:**

_Profile for saline and sterile gauze x 1 yr_
_to clean prosthetic._
~~SHADE PROFILE FOR 1 YEAR~~   START: _12-12-19_   STOP: _12-12-20_

_____

_____

**Date:** _12-12-19_ **MD Signature:** _____ **Time:** _1000_

(White-Medical Record, Pink-Security, Yellow-Inmate)

14 of 143                                        Exhibit B

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

_Jones Cedric_ _____  24/066  ▮▮▮▮▮▮

**Inmate Name**                                    **AIS #**          **Date of Birth**

____ Restriction: _____

Start Date: _____ Stop Date: _____

____ Limitations: _____

Start Date: _____ Stop Date: _____

____ Stop Up  and/or  Lay In (circle one or both)   Start Date: _____ Stop Date: _____

____ Other: _____ Start Date: _____ Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_You have been refered for optometry_

_exa_ _____ D. Green RN _____    NDCF    11-25-19

**Health Professional        (Printed Name)**                  **Health Division**      **Date**

____ Security Watch. Staggered checks required at timeframe: _____

____ Watch Housing Required: ____ Crisis Cell ____ Other: _____

____ Items Allowed: _____

____ Infirmary Placement Required. Location: _____

____ Isolation Precautions: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

____ Response to Security after Requested Evaluation of Inmate:

____ Special Needs: _____

____ Other Instructions: _____

_____        RN    11-25-19

**Health Professional        (Signature)**                      **Title**        **Date**

Original (1ˢᵗ Page) – Health Record        Copy (2ⁿᵈ Page) – Shift Commander        Top Perforated Portion (3ʳᵈ page) - Inmate

| Institution: NDCF | | Form A-9-(b) |
|---|---|---|
| NA0704AL Issued 12/2014 | Revised 4/2017 ADOC – Office of Health Services; 2017 | |

15 of 143                                                        Exhibit B

**Restrictive Housing Record**
**Initial Health Record Review**

Date notified: 11/2/18   Time notified: 1916

| Existing medical conditions precluding housing in segregation: ☒ No ☐ Yes  If yes, describe: | Security notified: ☐ Not indicated ☒ Yes   Date 11/2/18 Time: 1916 |
| Currently receiving mental health services: ☐ No ☒ Yes | Currently on medications: ☐ No ☒ Yes |
| History of suicide watch or attempts? ☒ No ☐ Yes | Arrangements made for medication administration: ☐ Not indicated ☒ Yes |
| Mental Health notified of admission to segregation: ☒ Yes   Date: 11/2/18 Time: 1916 | Signature: Ancelan/Ewood LPN Date 11/2/18 Time 1916 |

**Daily Visit Log**

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurses sign & initial:

NAME: Jones Cedric   I.D.#: 241066   DOB: [redacted]   YEAR: 2019

CP60527AL-Restrictive Housing Record – ADOC Approved 04/2011        Revised 11/2014

Initial Health Review

Name: _____   AIS # _____

Initial Assessment:  Date_____

Vital Signs:   B/P _____   P_____   R _____   T _____

Signs of Trauma:   Yes _____   No _____   Describe: _____

_____

_____

Health Record Review

  Illness, Identified By Master Problem List: _____

  _____

  ADL Needs/Concern (Addressed/Cleared by Phy _____

  _____

  Mental Code: _____   *Placed in Seg Date: 11/2/18*

  _____   *See Assessment Initial Seg Log*

    Mental Health Notified on Date/Time:_____

  Chronic Care Clinics: _____

  _____

  Current Medications: _____

  _____

  Time Patient was Assessed: _____   Medical Records Reviewed: Yes_____ No _____   Nurse's Signature: _____

Assessment:

_____

_____

_____

_____

_____   Profile Right or Left

_____

_____

_____

_____

_____   Right or Left

CP60527AL-Restri___  ___using Record – ADOC Approved 04/2011          Revised 11/2014



**WEXFORD HEALTH**
SOURCES INCORPORATED

## Consent to Treatment

Name: Jones, Cedric          Number: 241060          DOB: ▓▓▓▓▓

Date: 4·23·19

I hereby give my consent to Wexford Health Sources, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician, while I am at the correctional facility.

I am aware the practice of medicine is not an exact science, and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Wexford Health Sources, Inc.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above, and release Wexford Health Sources, Inc., its employees and agents from any and all liability which may arise from this action, whether or not foreseen at present.

I hereby authorize release of all information from my medical record to Wexford Health Sources, Inc. at the correctional facility.

_Cedric Jones_                    _4·23–19_
Inmate Signature                  Date

_J. Pedigo LPN_                   _4.23.19_
Witness                           Date

Rev. 4/1/2018 Wexford Health Sources, Inc. PROPIETARY and CONFIDENTIAL

Exhibit B

Exhibit B



**CORIZON** HEALTH™

**Restrictive Housing Record**
**Initial Health Record Review**

Date notified: 11-2-18     Time notified: 1916

**Existing medical conditions precluding housing in segregation:**
☒ No ☐ Yes   If yes, describe:

**Currently receiving mental health services:** ☐ No ☒ Yes

**History of suicide watch or attempts?** ☒ No ☐ Yes

**Mental Health notified of admission to segregation:**
☒ Yes   Date: 11-2-18   Time: 1916

**Security notified:**
☐ Not indicated ☒ Yes   Date: 11-2-18   Time: 1916

**Currently on medications:** ☐ No ☒ Yes

**Arrangements made for medication administration:** ☐ Not indicated ☒ Yes

Signature _Guy Brien LPN_    Date 11-2-18   Time 1916

### Daily Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurses sign & initial: _C. Rice LPN_   _MM_   _A. Hardie LPN_   _E. Ramirez LPN_

NAME: Jones, Cedric    I.D #: 241066    DOB: ▮▮▮▮    YEAR: 2018

CP60527AL-Restrictive Housing Record – ADOC Approved 04/2011

Name: Jones, Cedric          AIS # 241066

HEALTH

Initial Assessment: Date 11-2-18

Vital Signs:   B/P 111/64      P 104        R 15        T 98.6        O₂ - 98

Signs of Trauma:  Yes _____  No X  Describe: No injuries noted

Health Record Review

Illness, Identified By Master Problem List: N/A

ADL Needs/Concern (Addressed/Cleared by Physician) None

Mental Code: _____

Mental Health Notified on Date/Time: _____

Chronic Care Clinics: HTN

Current Medications: See MAR

Time Patient was Assessed: 1916     Medical Records Reviewed: Yes ✓  No _____  Nurse's Signature: Guy Prim NP

Assessment:

No injuries noted

Profile Right or Left

Right or Left

CP60527AL-Restrictive Housing Record – ADOC Approved 04/2011          Revised 11/2014          © 2014 Corizon Health, Inc.

Inmate Name: Jones, Cedric   Number: 241066   Institution: WDoF   SMI flag: ☐ Yes ☒ No

Date & Time Admitted to Segregation:
11·2·18/1916

Medical Notified Per Normal Procedures?   ☒ Yes   ☐ No

Emergency Medical Care needed?   ☐ Yes   ☒ No

If Yes, please explain actions taken:

## ASK THE FOLLOWING QUESTIONS & CIRCLE YES, NO or R for REFUSES

| # | Question | | | |
|---|----------|---|---|---|
| 1. | Do you feel suicidal or feel like hurting yourself? *IF YES, INITIATE CONSTANT WATCH & CONTINUE ASSESSMENT | YES | (NO) | R |
| 2. | Is this your first placement in segregation? | YES | (NO) | R |
| 3. | Are you feeling sad, hopeless, or depressed? | YES | (NO) | R |
| 4. | Have you ever intentionally hurt yourself or attempted suicide? | YES | (NO) | R |
| 5. | Do you believe someone or something is out to get you or trying to harm you? | YES | (NO) | R |
| 6. | Have you been assaulted (physically or sexually) by another inmate? | YES | (NO) | R |
| 7. | Have you had any serious problems with a significant other, family member or friend recently? | YES | (NO) | R |
| 8. | Does the inmate appear to be intoxicated (drugs/alcohol)? | YES | (NO) | R |
| 9. | Is the inmate acting/talking in a strange manner? (Hearing/Seeing things that are not there? Talk doesn't make sense?) | YES | (NO) | R |

IF THERE ARE THREE (3) OR MORE OF ABOVE QUESTIONS 2-9 MARKED "YES," THE MENTAL HEALTH/MEDICAL STAFF SHALL CONSIDER INITIATING CRISIS STATUS.

Regular Restrictive Housing Placement: (Yes)   No

Special Instructions (if applicable):

Medical referral made? ☐ Yes ☒ No          Mental health referral made? ☒ Yes ☐ No

Placed on crisis status? ☐ Yes ☒ No          Placed in infirmary? ☐ Yes ☒ No

Signature of Mental Health/Medical Staff Completing This Form:   Date: 11·2·18   Time: 1916

_Guy Rein LPN_

Exhibit B

**Wexford Health**
SOURCES INCORPORATED

**Release of Responsibility Form**

Name: _Jones, Cedric_     Date: _10·17·18_     Time: _0510_

ID Number: _241066_     DOB/Age: _[redacted]_

I hereby refuse to accept the following treatment/recommendations:

_Chest Pain / EKG_

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

_____     _____
Inmate Signature     Date/Time

_____     _____
Witness     Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_Cruy Price LPN_     _____
Witness     Witness

_+ Jeffry Br_     _____
Witness     Witness

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337      **FAX:**   800-523-0008

**FROM:**   ALDC - DONALDSON CORR
FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299
**PHONE:** 205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:**  ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 22123501

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*                         ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

| **NAME:** | JONES, CEDRIC | **MRN:** | 00241066 |
| **ADDRESS:** | N - N1 - 102A - | **DOB:** | |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | | |

**RELEASE MED:**   No

| amLODIPine 10mg Tablet (NORVASC) -- KOP ORDER |
| --- |
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |
| |
| ORDER TYPE: **Profile** |

| | | | |
| --- | --- | --- | --- |
| **WRITTEN:** 04/07/20 | **REFILLS:** 0 | **RX:** 22123501 | Signature: |
| **START:** 04/07/20 | **STOP:** 10/03/20 | | ROMANO, CHRISTY |
| **PHARMACY:** 180 | **STOCK:** 0 | **BACKUP:** 0 | DEA: |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy  at 800-523-0008 .  Per your state policy the original hard copy should be mailed to:
**DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR**

**Sapphire**

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337   **FAX:**   800-523-0008

**FROM:**   ALDC - DONALDSON CORR
FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 22123487

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

**NAME:**   JONES, CEDRIC                 **MRN:** 00241066
**ADDRESS:**  N - N1 - 102A -               **DOB:** ████
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**

**RELEASE MED:**  No

| Lisinopril 40mg Tablet (PRINIVIL)  -- KOP ORDER |
| --- |
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |
| |
| ORDER TYPE: **Profile** |

| | | | | |
| --- | --- | --- | --- | --- |
| **WRITTEN:** 04/07/20 | **REFILLS:** 0 | **RX:** 22123487 | Signature: | |
| **START:** 04/07/20 | **STOP:** 10/03/20 | | | ROMANO, CHRISTY |
| **PHARMACY:** 180 | **STOCK:** 0 | **BACKUP:** 0 | DEA: | |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy  at 800-523-0008 .  Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337   **FAX:**   800-523-0008

**FROM:**   ALDC - DONALDSON CORR
FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 21982518

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*                                    ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

**NAME:**   JONES, CEDRIC                       **MRN:** 00241066
**ADDRESS:** N - N1 - 102A -                               **DOB:** ███████
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**

**RELEASE MED:** No

| HCTZ 25mg Tablet (HYDRODIURIL) -- KOP ORDER |
| --- |
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |
| |
| ORDER TYPE: **Profile** |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **WRITTEN:** 03/20/20 | **REFILLS:** 0 | **RX:** 21982518 | Signature: | | |
| **START:** 03/20/20 | **STOP:** 09/15/20 | | | ROMANO, CHRISTY | |
| **PHARMACY:** 180 | **STOCK:** 0 | **BACKUP:** 0 | DEA: | | |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
**DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR**

Sapphire eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES



*All orders will be generic unless specified by practitioner*

**Practitioner's Orders**

PSNMOF

| Patient Name: | Verbal / Telephone Orders   ○ No   ○ Yes   Per: _____ |
|---|---|
| DOB: _____   ID# _____ | |
| Housing Unit: _____ | |
| Allergies: _____ | |
| Noted By: _____ | |
| Date: _____   Time: _____ | Practitioner Signature _____   Date & Time: _____ |

| Patient Name: | Verbal / Telephone Orders   ○ No   ○ Yes   Per: _____ |
|---|---|
| DOB: _____   ID# _____ | |
| Housing Unit: _____ | |
| Allergies: _____ | |
| Noted By: _____ | |
| Date: _____   Time: _____ | Practitioner Signature _____   Date & Time: _____ |

| Patient Name: | Verbal / Telephone Orders   ○ No   ○ Yes   Per: _____ |
|---|---|
| DOB: _____   ID# _____ | |
| Housing Unit: _____ | |
| Allergies: _____ | |
| Noted By: _____ | |
| Date: _____   Time: _____ | Practitioner Signature _____   Date & Time: _____ |

| Patient Name: Jones, Cedric | Verbal / Telephone Orders   ○ No   ○ Yes   Per: _____ |
|---|---|
| DOB: ▮▮▮   ID# 241066 | VM Cox Ocular |
| Housing Unit: ▮▮▮ | |
| Allergies: | |
| Noted By: | |
| Date: 3/6/20   Time: | Practitioner Signature *(signature)*   Date & Time: 3/6/20 |

| Patient Name: JONES CEDRIC | Verbal / Telephone Orders   ○ No   ○ Yes   Per: _____ |
|---|---|
| DOB: ▮▮▮   ID# 241066 | Saline + sterile gauze to clean prosthetic eye. PRN. x 1yr |
| Housing Unit: C-29 | |
| Allergies: NKA | |
| Noted By: *(signature)* | |
| Date: 12-12-2019   Time: 1800 | Practitioner Signature *(signature)*   Date & Time: 12-12-19 |

CS1100AL

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-523-0008   **FAX:** 800-523-0008

**FROM:** ALDC - DONALDSON CORR
FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 20815010

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

**NAME:** JONES, CEDRIC                    **MRN:** 00241066

**ADDRESS:** C - C29 - 1A -                    **DOB:** █████████

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:** No

| Stye Eye Ointment (MINERAL OIL/PETR WHITE)  -- KOP ORDER |
|---|
| QUANTITY: 3.5000 |
| APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY |
| ORDER TYPE: **Profile** |

**WRITTEN:** 11/11/19    **REFILLS:** 0    **RX:** 20815010    Signature: _____

**START:** 11/24/19    **STOP:** 05/21/20                              ROMANO, CHRISTY

**PHARMACY:** 1    **STOCK:** 0    **BACKUP:** 0    DEA:

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-523-0008   **FAX:**   800-523-0008

**FROM:**   ALDC - DONALDSON CORR
FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 20675222

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

| | | | |
|---|---|---|---|
| **NAME:** | JONES, CEDRIC | **MRN:** | 00241066 |
| **ADDRESS:** | J - J3 - 1A - | **DOB:** | ██████ |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | | |

**RELEASE MED:**   No

| Lisinopril 40mg Tablet (PRINIVIL) -- DOT/COT ORDER |
|---|
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |
| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| **WRITTEN:** 10/25/19 | **REFILLS:** 0 | **RX:** 20675222 | Signature: _____ | |
| **START:** 10/25/19 | **STOP:** 04/21/20 | | ROMANO, CHRISTY | |
| **PHARMACY:** 180 | **STOCK:** 0 | **BACKUP:** 0 | DEA: | |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
**DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR**

**Sapphire**

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-523-0008    **FAX:** 800-523-0008

**FROM:** ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 20675230

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

| | | | |
|---|---|---|---|
| **NAME:** | JONES, CEDRIC | **MRN:** | 00241066 |
| **ADDRESS:** | J - J3 - 1A - | **DOB:** | ███████ |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | | |

**RELEASE MED:**   No

| amLODIPine 10mg Tablet (NORVASC) -- DOT/COT ORDER |
|---|
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |
| |
| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| **WRITTEN:** 10/25/19 | **REFILLS:** 0 | **RX:** 20675230 | Signature: _____ | |
| **START:** 10/25/19 | **STOP:** 04/21/20 | | ROMANO, CHRISTY | |
| **PHARMACY:** 180 | **STOCK:** 0 | **BACKUP:** 0 | DEA: | |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 .  Per your state policy the original hard copy should be mailed to:
**DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR**

Sapphire

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-523-0008      **FAX:**   800-523-0008

**FROM:**   ALDC - DONALDSON CORR
FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 20630910

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

**NAME:**   JONES, CEDRIC                     **MRN:** 00241066 ███████

**ADDRESS:**   J - J3 - 1A -                          **DOB** ███████

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:** No

| Artificial Tears Sol 1.4% (AKWA TEAR DROPS)  -- KOP ORDER |
|---|
| QUANTITY: 90.0000 |
| INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED |

| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| **WRITTEN:** 10/21/19 | *REFILLS:* 0 | *RX:* 20630910 | Signature: | |
| **START:** 11/02/19 | *STOP:* 04/29/20 | | | ROMANO, CHRISTY |
| **PHARMACY:** 6 | *STOCK:* 0 | *BACKUP:* 0 | DEA: | |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy  at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

**Sapphire**

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-523-0008    **FAX:**    800-523-0008

**FROM:** ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 20513074

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

*BESSEMER, AL 35023-7299*

ROMANO, CHRISTY

**NAME:** JONES, CEDRIC                          **MRN:** 00241066
**ADDRESS:** J - J3 - 1A -                        **DOB:**
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**

**RELEASE MED:** No

| HCTZ 25mg Tablet (HYDRODIURIL) -- DOT/COT ORDER |
| --- |
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |

ORDER TYPE: **Profile**

| | | | |
| --- | --- | --- | --- |
| **WRITTEN:** 10/07/19 | **REFILLS:** 0 | **RX:** 20513074 | Signature: _____ |
| **START:** 10/07/19 | **STOP:** 04/03/20 | | ROMANO, CHRISTY |
| **PHARMACY:** 180 | **STOCK:** 0 | **BACKUP:** 0 | DEA: |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 19156873

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

**NAME:** JONES, CEDRIC   **MRN:** 00241066

**ADDRESS:** J - J3 - 1A -   **DOB:** ███████

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:** No

| amLODIPine 10mg Tablet (NORVASC) -- DOT/COT ORDER |
|---|
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |
| |
| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| **WRITTEN:** 05/13/19 | **REFILLS:** 0 | **RX:** 19156873 | Signature: _____ | |
| **START:** 05/13/19 | **STOP:** 11/08/19 | | ROMANO, CHRISTY | |
| **DIAMOND:** 180 | **STOCK:** 0 | **BACKUP:** 0 | DEA: | |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 Per your state policy the original hard copy should be mailed to:DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

**Sapphire** eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**  Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**  800-523-0008

**FROM:**  ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:**  205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:**  ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 19156680

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

**NAME:**  JONES, CEDRIC                                     **MRN:**  00241066

**ADDRESS:**  J - J3 - 1A -                                   **DOB:**

**ALLERGIES:**  NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:**  No

| Lisinopril 40mg Tablet (PRINIVIL) -- DOT/COT ORDER |
| --- |
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |

ORDER TYPE: **Profile**

| | | | | |
| --- | --- | --- | --- | --- |
| **WRITTEN:** 05/13/19 | **REFILLS:** 0 | **RX:** 19156680 | Signature: | |
| **START:** 05/13/19 | **STOP:** 11/08/19 | | | ROMANO, CHRISTY |
| **DIAMOND:** 180 | **STOCK:** 0 | **BACKUP:** 0 | DEA: | |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 Per your state policy the original hard copy should be mailed to:DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES



*All orders will be generic*
*unless specified by*
*practitioner*

**Practitioner's Orders**

PSNMOF

---

**Patient Name:** Jones, Cedric
**DOB:** ID# 241066
**Housing Unit:**
**Allergies:**
**Noted By:**
**Date:** 10 29   **Time:**

**Verbal / Telephone Orders**   ○ No   ○ Yes   Per: _____
CBC, CMP, TSH, T4, FLP, A1C - week of
3/30/21

**Practitioner Signature** S Johnston PTC   **Date & Time:** 10/29/19  0847

---

**Patient Name:** Jones, Cedric
**DOB:** ID# 241066
**Housing Unit:**
**Allergies:**
**Noted By:**
**Date:** 6-25-19   **Time:** 8:15

**Verbal / Telephone Orders**   ○ No   ○ Yes   Per: _____
Add  A1C & MA to  October
labs

**Practitioner Signature** S Johnston PTC   **Date & Time:** 6/25/19  1513

---

**Patient Name:** Jones, Cedric
**DOB:** ID# 241066
**Housing Unit:**
**Allergies:**
**Noted By:**
**Date:** 6/3/19   **Time:**

**Verbal / Telephone Orders**   ○ No   ○ Yes   Per: _____
add to  pre DM cc

**Practitioner Signature** S Johnston PTC   **Date & Time:** 6/3/19  1400

---

**Patient Name:** Jones, Cedric
**DOB:** ID# 241066
**Housing Unit:**
**Allergies:**
**Noted By:**
**Date:** 5/7/19   **Time:** 1040

**Verbal / Telephone Orders**   ☑ No   ○ Yes   Per: _____
CBC
CMP        week of  10/7/19
Lipid
TSH T4 & T4

**Practitioner Signature** C Nomawump   **Date & Time:** 5/7/19  1690

---

**Patient Name:** Jones, Cedric
**DOB:** ID# 241066
**Housing Unit:**
**Allergies:**
**Noted By:**
**Date:** 5/6/19   **Time:** 1008

**Verbal / Telephone Orders**   ○ No   ○ Yes   Per: _____
A1C - within 2 weeks

**Practitioner Signature** S Johnston PTC   **Date & Time:** 5/6/19  1008

---

CS1100AL

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**   800-523-0008

**FROM:**   ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-5600

**SUBMITTED BY:** RODDAM, ROY

This document is intended solely for the use of the
recipient named herein and contains information that is
confidential and subject to applicable privacy laws.  If you
are not the intended recipient, or the recipient's
authorized agent, you are hereby notified that any use
disclosure, or copying of this document is strictly
prohibited. If you have received this document in error,
please notify us immediately by telephone to arrange for
return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 19077045

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

*BESSEMER, AL 35023-7299*

RODDAM, ROY
FRANKLIN
FR2942387

**NAME:**   JONES, CEDRIC

**ADDRESS:**   J - J3 - 1A -

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**MRN:** 00241066

**DOB:**

**RELEASE MED:**   No

| Artificial Tears Sol 1.4% (AKWA TEAR DROPS)  -- KOP ORDER |
| --- |
| QUANTITY: 105.0000 |
| INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED |
| ORDER TYPE: **Standard** |

| *WRITTEN:* 05/03/19 | *REFILLS:* 0 | *RX:* 19077045 | Signature: _____ |
| --- | --- | --- | --- |
| *START:* 05/03/19 | *STOP:* 11/01/19 | | RODDAM, ROY FRANKLIN |
| *DIAMOND:* 7 | *STOCK:* 0 | *BACKUP:* 0 | DEA: FR2942387 |

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 Per your state policy the original hard copy should
be mailed to:DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

**Sapphire** eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-5600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 18951390

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

**NAME:** JONES, CEDRIC    **MRN:** 00241066

**ADDRESS:** J - J3 - 1A -    **DOB:** ▮▮▮▮▮▮

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:** No

| HCTZ 25mg Tablet (HYDRODIURIL) -- DOT/COT ORDER |
|---|
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |

ORDER TYPE: **Profile**

**WRITTEN:** 04/22/19    **REFILLS:** 0    **RX:** 18951390    Signature:
**START:** 04/22/19    **STOP:** 10/18/19                        ROMANO, CHRISTY
**DIAMOND:** 180    **STOCK:** 0    **BACKUP:** 0    DEA:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 Per your state policy the original hard copy should be mailed to:DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**  Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**  800-523-0008

**FROM:**  ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:**  205-436-3421

**SUBMITTED BY:**  GREEN, DOUGLAS

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 18713338

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

RODDAM, ROY
FRANKLIN
FR2942387

*BESSEMER, AL 35023-7299*

| | | | |
|---|---|---|---|
| **NAME:** | JONES, CEDRIC | **MRN:** | 00241066 |
| **ADDRESS:** | J - J3 - 1A - | **DOB:** | ████ |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | | |

**RELEASE MED:**  No

| Earwax Drops 6.5% Otic (DEBROX)  -- KOP ORDER |
|---|
| QUANTITY: 15.0000 |
| INSTILL 7 DROP(S) INTO EACH EAR ONCE DAILY |
| |
| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| *WRITTEN:* 03/28/19 | *REFILLS:* 0 | *RX:* 18713338 | Signature: _____ | |
| *START:* 03/28/19 | *STOP:* 03/30/19 | | RODDAM, ROY FRANKLIN | |
| *DIAMOND:* 1 | *STOCK:* 0 | *BACKUP:* 0 | DEA: FR2942387 | |

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 Per your state policy the original hard copy should
be mailed to:DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-3421

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMANO, CHRISTY

**SPECIAL INSTRUCTIONS:**

**RX:** 18479352

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

| | | |
|---|---|---|
| **NAME:** | JONES, CEDRIC | **MRN:** 00241066 |
| **ADDRESS:** | J - J3 - 1A - | **DOB:** ████████ |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | |
| **PROBLEMS:** | | |

**RELEASE MED:** No

**Lubrifresh PM Eye Oint (ARTIFICIAL TEARS OPN) -- KOP ORDER**

QUANTITY: 7.0000

APPLY OINTMENT(S) INTO THE RIGHT EYE TWICE DAILY

ORDER TYPE: **Standard**

| | | | |
|---|---|---|---|
| **WRITTEN:** 03/05/19 | **REFILLS:** 0 | **RX:** 18479352 | **Signature:** ROMANO, CHRISTY |
| **START:** 03/05/19 | **STOP:** 08/31/19 | **BACKUP:** 0 | **DEA:** |
| **DIAMOND:** 2 | **STOCK:** 0 | | |

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**   800-523-0008

**FROM:**   ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-3421

**SUBMITTED BY:** GREEN, DOUGLAS

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 18284236

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

RODDAM, ROY
FRANKLIN
FR2942387

*BESSEMER, AL 35023-7299*

| | | | |
|---|---|---|---|
| **NAME:** | JONES, CEDRIC | **MRN:** | 00241066 |
| **ADDRESS:** | J - J3 - 1A - | **DOB:** | |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | | |

**RELEASE MED:**   No

| **Loratadine 10mg Tablet (CLARITIN)  -- DOT/COT ORDER** |
|---|
| QUANTITY: 3.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |
| |
| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| **WRITTEN:** 02/13/19 | **REFILLS:** 0 | **RX:** 18284236 | Signature: | |
| **START:** 02/13/19 | **STOP:** 02/15/19 | | | RODDAM, ROY FRANKLIN |
| **DIAMOND:** 3 | **STOCK:** 0 | **BACKUP:** 0 | DEA: FR2942387 | |

**\*\*\*CONTROLS ONLY\*\*\***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**    Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**    800-523-0008

**FROM:**    ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:**  205-436-3421

**SUBMITTED BY:**  GREEN, DOUGLAS

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 18284289

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

RODDAM, ROY
FRANKLIN
FR2942387

*BESSEMER, AL 35023-7299*

**NAME:**    JONES, CEDRIC        **MRN:** 00241066

**ADDRESS:**  J - J3 - 1A -               **DOB:** ███████

**ALLERGIES:**  NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:**  No

| **Ibuprofen 200mg Tablet (ADVIL)  -- DOT/COT ORDER** |
| --- |
| QUANTITY: 18.0000 |
| TAKE 2 TABLET(S) ORALLY THREE TIMES DAILY AS NEEDED |
| ORDER TYPE: **Profile** |

| | | | | |
| --- | --- | --- | --- | --- |
| **WRITTEN:** 02/13/19 | **REFILLS:** 0 | **RX:** 18284289 | Signature: _____ |
| **START:** 02/13/19 | **STOP:** 02/15/19 | | RODDAM, ROY FRANKLIN |
| **DIAMOND:** 18 | **STOCK:** 0 | **BACKUP:** 0 | DEA: FR2942387 |

**\*\*\*CONTROLS ONLY\*\*\***
**Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008**
**Per your state policy the original hard copy should be mailed to:**
**DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR**

**Sapphire** eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**   800-523-0008

**FROM:**   ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-3421

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** GREEN, DOUGLAS

| SPECIAL INSTRUCTIONS: | GIVE 4 OF THE SMALL TUBS |
|---|---|
| **RX:** 17579922 | |

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

*BESSEMER, AL 35023-7299*

RODDAM, ROY
FRANKLIN
FR2942387

**NAME:**   JONES, CEDRIC                                    **MRN:**   00241066

**ADDRESS:**   G - G6 - 1A -                                      **DOB:** ███████

**ALLERGIES:**   NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:**   No

| **Tolnaftate 1% Cream (TINACTIN) -- KOP ORDER** |
|---|
| QUANTITY: 112.0000 |
| APPLY CREAM TOPICALLY TWICE DAILY GIVE 4 OF THE SMALL TUBES |
| |
| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| **WRITTEN:** 11/30/18 | **REFILLS:** 0 | **RX:** 17579922 | Signature: | |
| **START:** 11/30/18 | **STOP:** 12/27/18 | | | RODDAM, ROY FRANKLIN |
| **DIAMOND:** 4 | **STOCK:** 0 | **BACKUP:** 0 | | DEA: FR2942387 |

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
**DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR**

**Sapphire** BMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B

**FACILITY:**

| INMATE NAME:<br>Jones, Cedric | DIAGNOSIS (If Changed) |
|---|---|
| **ID:** 241066 | CBC<br>CMP  } week of 4/29/19<br>TSH, T4<br>lipids |
| **DOB:** | |
| **ALLERGIES:** | |

| | PROVIDER SIGNATURE: _(signature)_ | DATE: 11/27/18 |
|---|---|---|
| | PRINT NAME: J. Johnston, PA-C | TIME: 8:51 |

| NOTED OFF BY: _(signature)_ | DATE/TIME: 11-27-18  10:00 |
|---|---|

| INMATE NAME: | DIAGNOSIS (If Changed) |
|---|---|
| **ID:** | |
| **DOB:** | |
| **ALLERGIES:** | |

| | PROVIDER SIGNATURE: | DATE: |
|---|---|---|
| | PRINT NAME: | TIME: |

| NOTED OFF BY: | DATE/TIME: |
|---|---|

Rev. 4/1/2018

Exhibit B

# ON-CONTROLLED MEDICATION PRESCRIPTION

Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

800-523-0008

**:** ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**HONE:** 205-436-3421

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** RODDAM, ROY

**SPECIAL INSTRUCTIONS:**

**RX:** 17371433

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

*BESSEMER, AL 35023-7299*

RODDAM, ROY
FRANKLIN
FR2942387

| | | |
|---|---|---|
| **NAME:** | JONES, CEDRIC | **MRN:** 00241066 |
| **ADDRESS:** | E - E22 - 1A - | **DOB:** ██████ |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | |
| **PROBLEMS:** | | |

**RELEASE MED:** No

| Artificial Tears Sol 1.4% (AKWA TEAR DROPS)  -- KOP ORDER |
|---|
| QUANTITY: 105.0000 |
| INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS |
| |
| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| **WRITTEN:** 11/07/18 | **REFILLS:** 0 | **RX:** 17371433 | Signature: | |
| **START:** 11/16/18 | **STOP:** 05/17/19 | | | RODDAM, ROY FRANKLIN |
| **DIAMOND:** 7 | **STOCK:** 0 | **BACKUP:** 0 | | DEA: FR2942387 |

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

**Sapphire** eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**    Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**    800-523-0008

**FROM:**    ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-3421

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** BISHOP, SHERRY

**SPECIAL INSTRUCTIONS:**

**RX:** 17366371

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

*BESSEMER, AL 35023-7299*

RODDAM, ROY
FRANKLIN
FR2942387

**NAME:**    JONES, CEDRIC                    **MRN:** 00241066

**ADDRESS:**    E - E22 - 1A -                    **DOB**

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:** No

| Tolnaftate 1% Cream (**NP**-27) -- KOP ORDER |
|---|
| QUANTITY: 15.0000 |
| APPLY CREAM TOPICALLY TWICE DAILY AS NEEDED |
| ORDER TYPE: **Profile** |

**WRITTEN:** 11/07/18    **REFILLS:**    0    **RX:** 17366371    Signature:

**START:** 11/07/18    **STOP:** 11/13/18                    RODDAM, ROY FRANKLIN

**DIAMOND:** 1    **STOCK:** 0    **BACKUP:** 0    DEA: FR2942387

***CONTROLS ONLY***
Please sign the above prescription and  fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**    Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**   800-523-0008

**FROM:**  ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-3421

**SUBMITTED BY:** ROMANO, CHRISTY

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

      **RX:** 17354669

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

ROMANO, CHRISTY

*BESSEMER, AL 35023-7299*

**NAME:**   JONES, CEDRIC          **MRN:** 00241066

**ADDRESS:** E - E22 - 1A -                 **DOB:** ▮▮▮▮▮

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:**  No

| HCTZ 25mg Tablet (HYDRODIURIL) -- KOP ORDER |
|---|
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY ONCE DAILY |
| |
| ORDER TYPE: **Standard** |

| | | | | | |
|---|---|---|---|---|---|
| **WRITTEN:** 11/06/18 | **REFILLS:** 0 | **RX:** 17354669 | Signature: | | |
| **START:** 11/06/18 | **STOP:** 05/04/19 | | | ROMANO, CHRISTY | |
| **DIAMOND:** 180 | **STOCK:** 0 | **BACKUP:** 0 | DEA: | | |

***CONTROLS ONLY***

Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-3421

**SUBMITTED BY:** BISHOP, SHERRY

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 17323912

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

*BESSEMER, AL 35023-7299*

RODDAM, ROY
FRANKLIN
FR2942387

| | | |
|---|---|---|
| **NAME:** JONES, CEDRIC | **MRN:** 00241066 | |
| **ADDRESS:** Y - Y44 - 1A - | **DOB:** ▮▮▮▮▮ | |
| **ALLERGIES:** NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | |

**RELEASE MED:** No

| Acetaminophen 325mg Tab (TYLENOL) -- DOT/COT ORDER |
|---|
| QUANTITY: 42.0000 |
| TAKE 2 TABLET(S) ORALLY THREE TIMES DAILY |
| |
| ORDER TYPE: **Profile** |

| | | | |
|---|---|---|---|
| **WRITTEN:** 11/02/18 | **REFILLS:** 0 | **RX:** 17323912 | Signature: _____ |
| **START:** 11/02/18 | **STOP:** 11/08/18 | | RODDAM, ROY FRANKLIN |
| **DIAMOND:** 42 | **STOCK:** 0 | **BACKUP:** 0 | DEA: FR2942387 |

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
**DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR**



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

Exhibit B

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-3421

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** ROMAN, SHELLY

**SPECIAL INSTRUCTIONS:**

**RX:** 17246784

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

RODDAM, ROY
FRANKLIN
FR2942387

*BESSEMER, AL 35023-7299*

**NAME:** JONES, CEDRIC                    **MRN:** 00241066
**ADDRESS:** Y - Y44 - 1A -                    **DOB:** ▮▮▮▮▮
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**

**RELEASE MED:** No

| Tolnaftate 1% Powder (TINAMAR) -- KOP ORDER |
| --- |
| QUANTITY: 45.0000 |
| APPLY 1 APPLICATION(S) TOPICALLY TWICE DAILY |
| |
| ORDER TYPE: **Standard** |

| **WRITTEN:** 10/25/18 | **REFILLS:** 0 | **RX:** 17246784 | Signature: _____ |
| --- | --- | --- | --- |
| **START:** 10/24/18 | **STOP:** 11/20/18 | | RODDAM, ROY FRANKLIN |
| **DIAMOND:** 1 | **STOCK:** 0 | **BACKUP:** 0 | DEA: FR2942387 |

**\*\*\*CONTROLS ONLY\*\*\***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

Exhibit B