**FILED**

2021 Jan-27  PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:**   800-523-0008

**FROM:**   ALDC - DONALDSON CORR FACILITY
100 WARRIOR LANE

BESSEMER, AL 35023-7299

**PHONE:** 205-436-3421

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:**  MURPHREE, JOSH

**SPECIAL INSTRUCTIONS:**

**RX:** 17210802

*ALDC - DONALDSON CORR FACILITY*
*100 WARRIOR LANE*

*BESSEMER, AL 35023-7299*

RODDAM, ROY
FRANKLIN
FR2942387

| | | | |
|---|---|---|---|
| **NAME:** | JONES, CEDRIC | **MRN:** | 00241066 |
| **ADDRESS:** | Y - Y44 - 1A - | **DOB:** | ████████ |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | | |

**RELEASE MED:**   No

| **Acetaminophen 325mg Tab (TYLENOL)  -- DOT/COT ORDER** |
|---|
| QUANTITY: 42.0000 |
| TAKE 2 TABLET(S) ORALLY THREE TIMES DAILY |
| |
| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| **WRITTEN:** 10/22/18 | **REFILLS:** | 0 | **RX:** 17210802 | Signature: |
| **START:** 10/22/18 | **STOP:** 10/28/18 | | | RODDAM, ROY FRANKLIN |
| **DIAMOND:** 42 | **STOCK:** 0 | **BACKUP:** 0 | | DEA: FR2942387 |

**\*\*\*CONTROLS ONLY\*\*\***
**Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008**
**Per your state policy the original hard copy should be mailed to:**
**DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR**

**Sapphire**
eMAR
ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

Exhibit B



## Progress Note

| Name: | Last | First | MI |
|---|---|---|---|
| | Jones, | Cedric | |

| Date of Birth: | | ID#: | 311597 |
|---|---|---|---|

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 6/20/16 | 1130 | 138/72  98%  90P  18R  132 lbs | B/P check |
| | | BP as above, continue meds. | |
| | | follow up in OCC as ordered | C. Norman |
| | | | |
| 12 Feb 19 | 1430 | 135 lbs. BP 109/70 P100 R18 T98.6 98% (R) prost eye C/O | (R) prost eye C/O |
| | | S- complains of prosthetic eye | |
| | | dryness. Has not been using drops | |
| | | O- no redness or drainage noted. | |
| | | A- dryness, prosthetic eye | |
| | | P- UM already completed + approved | |
| | | for cleaning. Use drops until | |
| | | appointment. follow up as needed | C. Romano cmp |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

Rev. 4/1/2018 Wexford Health Sources PROPRIETARY and CONFIDENTIAL

Exhibit B

Alabama Department of Corrections
**Inmate Body Chart Documentation Form**



Institution: ___WEDCF___   Date: _1-19-2020_  Time: _0211_

Individual Requesting Body Chart (print name): _Johnson_   Title: _Sgt_

**Inmate statement:**

" ___No Statement___ "

**Description of markings:**

___No injuries noted___

Check below:
___ *__Progress Note__ additionally completed and filed in the inmate health record.
___ *__Special Health Needs Communication Form__ completed and distributed, as necessary.

Health Professional (signature): _K. Loewe, RN_   Date: _1-19-20_ Time: _0201_

**Inmate Name:** _Jones, Cedric_   AIS # : _241066_ DO ▓▓▓

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

Exhibit B

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

Yes I Need some glasses

Name (print): Ceel Jones, Jr     AIS # 241066     Date of Birt[ ]

Institution: W.E.I.D     Housing Area: C-29     Date: 11/24/19

Sick Call Form Collected by Health Staff: ___ (initials)   Title: RN   Date: 11-25-19   Time: 06.15

**Request Triaged** (check as appropriate):

A. ___ Sick Call Nurse Encounter **Not** Required

    (1) ___ Referring to Chronic Care Manager

    (2) ___ Written Response/Instruction Being Provided

B. ___ Nurse Sick Call Encounter Required

    (1) ___ Bring to HCU at this time for further evaluation

    (2) ___ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: K. Svene, RN     Date: 11-25-19

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ___ Resolved by Nurse Encounter

    **Co-Pay Fee Incurred:**

    ___ $4.00 - Nurse

    ___ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

    ___ $4.00 – **Scheduled but Refused Encounter**

2 ___ Referral for follow up required; to be scheduled

    (a) ___ Medical Provider

    (b) ___ Dental Clinic

    (c) ___ Mental Health Services

    (d) ___ Other:_____

Inmate Name

AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

Exhibit B

## Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

I'm requesting a appointment with the dentist to get my teeth clean.

Name (print): Cedric Jones, Jr.   AIS # 241066   Date of Birth ▆▆▆▆

Institution: N.E.D.   Housing Area: 1-3   Date: 4-25-19

Sick Call Form Collected by Health Staff: SB (initials) Title: RN Date: 4-25-19 Time: 04:30

**Request Triaged** (check as appropriate):

A. ___ Sick Call Nurse Encounter Not Required    (1) ___ Referring to Chronic Care Manager

Referal Made To Dental    (2) ✓ Written Response/Instruction Being Provided
for cleaning 4-25-19 SBRN

B. ___ Nurse Sick Call Encounter Required    (1) ___ Bring to HCU at this time for further evaluation

(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: S Bishop RN    Date: 4-25-19

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ___ Resolved by Nurse Encounter    2 ___ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**    (a) ___ Medical Provider

___ $4.00 - Nurse    (b) ___ Dental Clinic

___ $4.00 – OTC(s); If Restrictive Housing-no OTC charge    (c) ___ Mental Health Services

___ $4.00 – Scheduled but Refused Encounter    (d) ___ Other:_____

Inmate Name _____    AIS# _____

ADOC-OHS form E-7 (a) 022013    Distribution: Original (page 1)-Inmate Health Record
CP7166AL    Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014    Copy (page 2)-inmate post health review

Exhibit B

## Progress Note

| Name: | Jones, Cedric | | | |
|---|---|---|---|---|
| | Last | | First | MI |
| Date of Birth: | ▬▬▬ | | ID #: | 241066 |

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 2 APR 19 | 1330 | Bilateral ears flush with a few specks black of return of gunk. Bilateral Ears. Able to see Tympanic membrane gunk with no signs of wax. Pt Reported use of ear drops x 3 days. no c/o pain or other complaints noted at this time. —— J.Hallmark RN | |

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

CS1104

Exhibit B



**Wexford Health** SOURCES INCORPORATED

**ALABAMA**
**PROGRESS NOTES**

HSR#

Date/Time 3-28-19 / 0818

Offender Information:

Jones — Last Name

Cedric — First Name

MI

ID# 241066

## EARACHE/EARWAX IMPACTION

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Allergies? NKDA | **Refer to :Provider** |
| | If redness with fever over 101°F. |
| How long have you had the earache: which ear (left or right)? | Patient appears in acute distress. |
| Months | Any abnormalities noted ear exam. |
| | Drainage or swelling noted from either ear. |
| Have you recently had a cold, cough, fever or sore throat? | Hearing loss is noted. |
| None | Inability to visualize tympanic membranes. |
| | Enlargement of or tenderness of lymph nodes of neck node noted. |
| Is the pain mild or severe? "Itching" | Symptoms that fail to respond to treatment protocol. |
| | **Nursing Intervention:** |
| Has there been any drainage? "Yes" | Debrox per instruction |
| | OR |
| Any hearing loss? "Yes" | Irrigate ear using warm water then remove with ear syringe. Refer to clinic for warm water irrigation after 3 days. |
| Have you put anything into your ears? Toilet Tissue | If wax does not dislodge, instill Debrox per instruction at bedtime x 7days. |
| Any past Hx of earache, ear infection or ear surgery? None | For discomfort: Acetaminophen 325 mg, 2 tablets p.o. b.i.d. p.r.n. x 3 days or ibuprofen 200 mg, 2 tablets p.o. b.i.d. p.r.n. x 3 days (max OTC dose is 1200 mg per day). |
| Have you been swimming recently? No | |
| **O)** | |
| T 97.8   P 86   R 16   BP 128/78   WT 137 | |
| Look intro ear, nose, throat for swelling, drainage, redness, color of the tympanic membrane   None | **Patient Teaching:** |
| | Do not put anything in ear. |
| Any perforation? No | Importance to follow up in 3 days. |
| Test hearing (grossly) intact | |
| Check neck for node pain or for enlargement None | |
| Appearance of scalp, face, external ear and oral cavity (note any rash, swelling, dental caries, redness or exudates in the tonsillar area, etc) | **Follow Up:** |
| | Return to sick call if symptoms worsen or persist. |
| **A)** | |
| Alteration in Comfort | |
| Alteration in Health Maintenance | |

Signature/ Title

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL
**EARACHE/EARWAX IMPACTION**

Exhibit B

   **Alabama Department of Corrections**
**Sick Call Request**   

**Reason for Sick Call Request:**

My ears has been etching & irritating for Months now! I'm requesting some ear - drops so that i can flush my ears...

Name (print): Cedric Jones, Jr   AIS # 241066   Date of Birth ▮▮▮

Institution: N.E.N   Housing Area: J-3   Date: 3-28-1

Sick Call Form Collected by Health Staff: LH (initials) Title: LPN Date: 3-28-19 Time: 030___

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter <u>Not</u> Required

    (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) _____ Bring to HCU at this time for further evaluation

    (2) ✓ Evaluate in next scheduled Nurse Sick Call Clin

Signature/Title: _____ LPN   Date: 3-28-19

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

2 _____ Referral for follow up required; to be schedule

**Co-Pay Fee <u>Incurred</u>:**

_____ $4.00 - Nurse   (a) _____ Medical Provider

_____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge   (b) _____ Dental Clinic

_____ $4.00 – Scheduled but Refused Encounter   (c) _____ Mental Health Services

    (d) _____ Other:_____

Inmate Name _____   AIS# _____

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
    Copy (page 3)-retained by inmate
    Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit B

 **C⊙RIZON** HEALTH®  Alabama Department of Corrections
**Sick Call Request**



---

**Reason for Sick Call Request:**

I Need More "Artificial Tears + Lubri-Fresh P.M." for my eye. I notified the Nurse Prior to this request form, but so far I haven't received either

Name (print): Cedric Jones, Jr.   AIS # 241006   Date of Birth ▬▬▬▬

Institution: N.E.A.   Housing Area: J-3   Date: 2-27-

Sick Call Form Collected by Health Staff: _AM_ (initials) Title: LPN  Date 2/27/19 Time 016C

---

**Request Triaged** (check as appropriate):

A.  ✓ Sick Call Nurse Encounter _Not_ Required

    (1)  ✓ Referring to Chronic Care Manager

    (2)  ____ Written Response/Instruction Being Provided

B.  ____ Nurse Sick Call Encounter Required

    (1)  ____ Bring to HCU at this time for further evaluation

    (2)  ____ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _____   Date: ____

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1  ____ Resolved by Nurse Encounter

**Co-Pay Fee** _Incurred_:

____ $4.00 - Nurse

____ $4.00 – OTC(s); If **Restrictive Housing**-no OTC charge

____ $4.00 – Scheduled but Refused Encounter

2  ____ Referral for follow up required; to be scheduled

    (a)  ____ Medical Provider

    (b)  ____ Dental Clinic

    (c)  ____ Mental Health Services

    (d)  ____ Other:_____

---

Inmate Name _____   AIS# _____

ADOC-OHS form E-7 (a) 022013   Distribution: Original (page 1)-Inmate Health Record   © 2014 Corizon Health, Inc.
CP7166AL   Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014   Copy (page 2)-inmate post health review

Exhibit B

**Wexford Health**
SOURCES INCORPORATED

ALABAMA
PROGRESS NOTES

HSR#

Date/Time 2-13-19/0831

| Offender Information: |
| --- |
| Jones             Cedric             ID# 24066 |
| Last Name        First Name      MI |

## COLD (RHINITIS/SINISUTIS)

| Subjective, Objective, Assessment | Plans |
| --- | --- |
| **S)** | **P)** |
| Allergies? NKDA    On Medications? YES | **Refer to Provider:** |
| | If temp is 101°F or above. |
| How long have you had cold? | If symptoms not resolved within 3 days. |
| 1 Week | Cough is severe or productive in nature. |
| Is there nasal congestion, runny nose, or post nasal drip? | Throat is bright red. |
| | Increased pulse/shortness of breath. |
| Any chest congestion, cough (productive or non-productive) | Patient has chronic lung disease. |
| None | Patient is pregnant. |
| If productive – color and amount N/A | **Nursing Intervention:** |
| | Advise patient to rest in bed and increase fluid intake. |
| Any pain in the throat, ears or face? | For rhinorrhea, sneezing or post nasal drip, give: Loratadine |
| | 10mg daily x 3 days |
| Any past hx of sinusitis or allergies? YES | For muscle aches or low grade fever discomfort: |
| | Acetaminophen 325 mg. 2 tablets p.o. b.i.d. p.r.n. x 3 days or |
| Any headache? Fever? Any medical problems? HTN | ibuprofen 200 mg, 2 tablets p.o. b.i.d. p.r.n. x 3 days (max |
| | OTC dose is 1200 mg per day). |
| | For cough: |
| | Guaifensin 200 mg 2 tabs p.o. b.i.d. prn x 3 days. |
| **O)** | **Patient Teaching:** |
| T 978  P 104  R 20  BP 109/56  WT 135.8 | Increase fluid intake. |
| Listen to lung sounds, note any sputum coughed up | Medication instruction. |
| Clear | No smoking. |
| Examine ear canals for redness | Proper hand washing technique. |
| None | |
| Check neck for enlarged lymph nodes or tender lymph nodes | |
| No | |
| Examine throat:  red, inflamed, pus | |
| No | |
| | **Follow-Up:** |
| **A)** | Return to sick call if symptoms worsen/persist for over 3 days. |
| Alteration in Health Maintenance | |

Signature/ Title

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

**COLD (RHINITIS/SINISUTIS)**

Exhibit B

 

**Alabama Department of Corrections**
**Sick Call Request**

---

**Reason for Sick Call Request:** I have a bad case of sinus + Allergies going on. it feels as though I May have a ~~sinus~~ infection... Having head aches, constantly sneezing And running nose, ear ache & itching etc...

Name (print): Cedric Jones, Jr    AIS # 241066    Date of Birth ▮▮▮

Institution: W.5.D    Housing Area: J-3    Date:

---

Sick Call Form Collected by Health Staff: _LH_ (initials) Title: _LPN_ Date: 2-13-19 Time: 02:

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

*Seen*

B. ✓ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _L Hill LPN_    Date: 2-13-19

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

Co-Pay Fee Incurred:

____ $4.00 - Nurse

____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

____ $4.00 – Scheduled but Refused Encounter

2 ____ Referral for follow up required; to be scheduled

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other: _____

---

Inmate Name _____    AIS# _____

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit B

 **Wexford Health**
SOURCES INCORPORATED

### Alabama Department of Corrections
### Sick Call Request



**Reason for Sick Call Request:** I filled out a Sick Call Slip 10-11 days ago and was seen by nurse Green concerning me receiving some more "Tolnaftate Cream". I was charged $4.00 and Nurse Green prescribe me more cream, which I have yet to receive!

Name (print): Cedric Jones     AIS # 241066     Date of Birth [redacted]

Institution: W.E.D     Housing Area: G7-6     Date: 12-__-18

Sick Call Form Collected by Health Staff: CJ (initials) Title: LPN Date: 12-9-18 Time: 0635

---

**Request Triaged** (check as appropriate):

A. ☒ Sick Call Nurse Encounter **Not** Required     (1) ___ Referring to Chronic Care Manager

Given 1 tube of Tolnaftate     (2) ☒ Written Response/Instruction Being Provided

B. ___ Nurse Sick Call Encounter Required     (1) ___ Bring to HCU at this time for further evaluation

     (2) ☒ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _____     Date: 12-9-18

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1   ___ Resolved by Nurse Encounter     2   ___ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**     (a) ___ Medical Provider

___ $4.00 - Nurse     (b) ___ Dental Clinic

___ $4.00 – OTC(s); If **Restrictive Housing**-no OTC charge     (c) ___ Mental Health Services

___ $4.00 – **Scheduled but Refused Encounter**     (d) ___ Other: _____

---

Inmate Name _____     AIS# _____

ADOC-OHS form E-7 (a) 022013     Distribution: Original (page 1)-Inmate Health Record     © 2014 Corizon Health, Inc.
CP7166AL     Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014     Copy (page 2)-inmate post health review

Exhibit B



**Wexford Health**
SOURCES INCORPORATED

**Offender Information:**

HSR# ____

Date/Time *11-30-18/0925*

Last Name: *Jones*   First Name: *Cedric*   MI ____   ID# *241066*

## ATHELETE'S FOOT/JOCK ITCH (TINEA PEDIS & TINEA CRURIS)

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Allergies? *HCTZ?* | **Refer to Provider:** |
| Is this a recurring problem? *Yes* | If recurring problem without healing given use of the treatment protocol. |
| How long have you had this problem? *Yes* | All diabetics with open foot sore |
| | If any open sores present |
| Does the area itch or burn? *Yes Both* | Signs of secondary infection |
| | Temperature greater than 99.5°F |
| Any past HX, if so, how treated? *Yes Tolnaftate* | If allergic to topical antifungal agent |
| Are you taking medications? *Yes* | **Nursing Intervention:** |
| | Cleanse area with soap and water. |
| | Tolnaftate 1% cream b.i.d. x 4 weeks; instruct patient on use of anti-fungal cream (use sparingly, etc.) - Give one tube. *Back ordered* |
| **O)** | |
| T *97.8*   P *70*   R *18*   BP *112/79*   WT *138 lb* | **Patient Teaching (Athlete's Foot):** Expose feet to air whenever possible. Keep feet clean and dry, thoroughly between toes. Wear shower shoes in shower (if available), canvas shoes during the day |
| Note location and size of areas involved (check feet, head, groin and hands). | Wear clean socks (cotton preferred) Put on socks before underwear to avoid spreading infection to groin |
| Check for rash, secondary infection, flaky, macerated patches, fissures cracking | Medication instruction Follow-up if worsens or does not subside within 4 weeks |
| Open sores? *No* | |
| Unilateral or bilateral erythemia? *No* | **Patient Teaching (Jock Itch)** a. Dry affected area thoroughly after bathing and evenly apply medication |
| Well defined borders? *NO* | b. Keep skin clean and dry |
| Distribution of groin area (usually not scrotum) | c. Wear loose-fitting clothing which should be changed daily (esp. cotton underwear if allowed.) d. Anti-fungal cream as above |
| **A)** | **Follow-Up:** Explain the importance of follow-up if symptoms worsen or persist for more than 4 weeks |
| Altered Skin Integrity | |

Signature/ Title ____

Exhibit B



**Alabama Department of Corrections**
**Sick Call Request**



---

**Reason for Sick Call Request:**

Ran Out of "Tolnaftate" Cream, Need Another Tube for jock itch etc...

Name (print) Cedric Jones   AIS # 240166   Date of Birth ▮▮▮▮▮

Institution: 3V.C.U   Housing Area: X)-6   Date: 11-28-18

---

Sick Call Form Collected by Health Staff: ZA (initials) Title: LPN Date: 11-29-18 Time: 0400

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: ZHft LPN   Date: 11-29-18

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

____ $4.00 – Scheduled but Refused Encounter

2 ____ Referral for follow up required; to be scheduled

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

---

Inmate Name                                      AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-Inmate post health review

© 2014 Corizon Health, Inc.


**Wexford Health**
SOURCES INCORPORATED

**ALABAMA**
**PROGRESS NOTES**

HSR#

Date/Time 11-20-18 / 0825

Offender Information:

Jones                    Cedric                    249066
Last Name          First Name          MI          ID# 241066

# EYE INJURIES

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| When and how did injury occur? *No recent injury* | Refer to Provider (as per the following): Corneal Abrasion: If abrasion is deep/large. Change in visual acuity or any abnormal PERL. |
| Any visual changes? *Prosthetic eye* | Foreign Body: If object on cornea, not freely moveable, or if unable to locate the foreign body. |
| Any Pain? 1-2-3-4-5-6-7-8-9-10 *None* | Black Eye (Contusion): If bleeding into the orbit anterior chamber. |
| Date of last tetanus? *N/A* | Penetrating Object/Flash Burn/Chemical Burn: Always refer to MD. |
| | **Nursing Intervention:** Black Eye: Apply cold pack. For discomfort: Ibuprofen 200 mg, 2 tablets p.o. b.i.d. p.r.n. x 3 days. Refer to MD immediately if bleeding is severe or on next visit if bleeding is minor. Penetrating Object: Do not remove object. |
| **O)** T *97.8* P *85* R *20* BP *105/72* WT *140* | Stabilize object and patch eye. Cover unaffected eye to prevent eye movement. See MD stat. Flash Burn (Welding): Cool, moist compress to eyes. For discomfort: Acetaminophen 325 mg, 1 - 2 tablets p.o. b.i.d. p.r.n. x 3 days (max OTC dose is 1200 mg per day). Keep in dark room. Refer to MD. |
| Describe the eye if any external trauma is apparent *Prosthetic eye* | |
| Conduct visual acuity and PERRLA, except when a chemical injury has occurred | Chemical Burn: Flush eye with at least 500 cc of normal saline with IV tubing using Morgan lens. (If not available, flush with water, transport to infirmary ASAP and flush there). |
| Pupil: *N/A* | Refer to MD. *Opthalmic lube ointment* |
| Foreign body present? Y / N | Patient Teaching: Do not rub eyes. Reinforce pertinent treatment plan (patch/dark room). If injury could have been prevented, instruct on safety measures. Importance of F/U with MD as instructed, or if any problems occur (i.e., change in visual acuity, increase in pain). |
| **A)** Alteration in Comfort | **Follow –Up:** Return to sick call if symptoms worsen or persist. |

Signature/ Title

# Alabama Department of Corrections
## Sick Call Request

 

**Reason for Sick Call Request:**

my Right eye is extremely dried out & leaking mucus, plus it hurts. This is like my 4th sick call I've filled out pertaining to my right eye.

Name (print): Cedric Jones, Sr    AIS # 241006    Date of Bir████    Date: 11-__-18

Institution: W.C.F.    Housing Area: E-32

**Sick Call Form Collected** by Health Staff: CHS (initials) Title: LPN Date: 11/19/18 Time: 7P

---

**Sick Call Form Collected** ~~by Health Staff~~

**Request Triaged** (check as appropriate):

A.  _____ Sick Call Nurse Encounter Not Required

(1)  _____ Referring to Chronic Care Manager

(2)  _____ Written Response/Instruction Being Provided

B.  _____ Nurse Sick Call Encounter Required

(1)  _____ Bring to HCU at this time for further evaluation

(2)  ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _____    Date: 11/19/18

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1  _____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

_____ $4.00 - Nurse

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

_____ $4.00 – **Scheduled but Refused Encounter**

2  _____ Referral for follow up required; to be scheduled

(a)  _____ Medical Provider

(b)  _____ Dental Clinic

(c)  _____ Mental Health Services

(d)  _____ Other: _____

---

AIS#

Inmate Name

ADOC-OHS form E-7 (a) O22013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-Inmate post health review

© 2014 Corizon Health, Inc.

Exhibit B



**ALABAMA**
**PROGRESS NOTES**

Offender Information:

HSR# Donaldson

Last Name: Jones   First Name: Cedric   MI: ___   ID# 24/066

Date/Time 11/(cd18 1550

# CHEST PAIN – PRESUMED CARDIAC ORIGIN

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** Having chest pain | **P)** |
| Allergies? NKDA | **Refer to Provider:** |
| How long has the pain been present? few days | Age 35 or older. |
| Any recent injury or muscle strain? | Personal history of CAD, family history of early CAD, hypertension, diabetes, high cholesterol or cocaine or other stimulant use. |
| How did it start (for example: activity, at rest)? | |
| What relieves the pain, what increases the pain (coughing, breathing, activity)? | Severe pain, cardiac and/or respiratory distress. |
| Any past medical history or family history of cardiac problems? | SOB and any abnormal vital signs |
| RX and compliance with? Time of last dose? | Abnormal skin color or peripheral circulation. |
| Describe the pain (sharp) knife-like, tightness, squeezing, dull, stabbing). Rate pain on scale of 1-10 (see below) states sharp, throbbing | Strong suspicion of cardiac origin. If unable to reach MD in reasonable time, or if patient unstable, call for an ambulance. |
| 1 – 2 – 3 – 4 – 5 – 6 – 7 –(8)– 9 – 10 | **Nursing Intervention:** |
| Location of pain: chest, arm, jaw, left side | Place patient in comfortable position, preferably lying down with head up. |
| Any numbness to arm, shoulder, mandible or neck N/A | Notify physician. If patient does not have a contraindication to aspirin: Chew 1 regular strength aspirin (325 mg). |
| Any other associated symptoms? N/V dizzy diaphoresis N/A | Record vital signs. Reassure patient. |
| **O)** | Document status and treatment administered. Document history or pain, location, radiation, duration. |
| T 98 P 92 R 18 BP 130/50 WT 280 | Start oxygen at 2 liters/minute. Be prepared to perform CPR/have AED available. |
| EKG Normal Sinus Rhythm | (Heartburn: Mylanta, 1 ounce (30 ml) 1 time.) |
| Check apical (regular, irregular) Regular | Further orders as per MD. |
| Auscultate lungs | **If condition appears emergent:** |
| Note general appearance (diaphoretic, dyspnea, skin color, fatigued) Ø diaphoresis noted | - Start IV, any fluid, if IV services are available at your site and obtain subsequent order at 10 cc/hr. |
| Diaphoresis Y /(N) | - Administer Nitroglycerine Sublingual 0.4 mg if SBP>100, document BP reading and obtain subsequent order.l |
| Dizziness Y /(N) | |
| Nausea/vomiting Y /(N) | **Patient Teaching:** |
| Cyanosis Y /(N) | Encourage patient to relax since chest pain is not always serious, but a nurse/doctor shoud check the patient over. For recurrent chest pain, the patient should do the following: |
| Weakness Y /(N) | - Sit down for a few minutes. |
| Skin color: (pink) mottled, cyanotic, gray, pale, flushed | - RELAX. Getting nervous will tighten up chest muscles and make the heart beat faster. |
| Skin temperature: (warm) hot, cool, clammy, (dry) | - Breathe slowly and evenly with a paruse between breaths. |
| Swelling or edema in lower extremities: note if present in one or both none | - (If symptoms do not go away fairly soon, see the nurse or sign up to sick call.) |
| | **Follow-Up:** As indicated by MD. |
| **A)** | |
| Alteration in Health Maintenance | |
| Alteration in Comfort | |
| Signature/ Title  A Hardin (PN) | |

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

**CHEST PAIN – PRESUMED CARDIAC ORIGIN**

Exhibit B



**ALABAMA**
**PROGRESS NOTES**

**Offender Information:**

HSR# 11/1 0012

Date/Time

Last Name: Jones (Cedric)   First Name: Cedric   MI

ID#: 241066

# ATHLETE'S FOOT/JOCK ITCH (TINEA PEDIS & TINEA CRURIS)

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** <br><br> Allergies? NKA <br><br> Is this a recurring problem? yes <br><br> How long have you had this problem? years <br><br> Does the area itch or burn? | **P)** <br><br> **Refer to Provider:** <br> If recurring problem without healing given use of the treatment protocol. <br> All diabetics with open foot sore <br> If any open sores present <br> Signs of secondary infection <br> Temperature greater than 99.5°F <br> If allergic to topical antifungal agent |
| Any past HX, if so, how treated? creams +tolfanate <br><br> Are you taking medications? None | **Nursing Intervention:** <br> Cleanse area with soap and water. <br> Tolnaftate 1% cream b.i.d. x 4 weeks; instruct patient on use of anti-fungal cream (use sparingly, etc.) - Give one tube. |
| **O)** <br><br> T 98.4   P 81   R 18   BP 132/80   WT 131 lbs   98% <br><br> Note location and size of areas involved (check feet, head, groin and hands). <br><br> Check for rash, secondary infection, flaky, macerated patches, fissures cracking <br><br> Open sores? N/A <br><br> Unilateral or bilateral erythemia? N/A <br><br> Well defined borders? <br> Distribution of groin area (usually not scrotum) <br> inner thigh | **Patient Teaching (Athlete's Foot):** <br> Expose feet to air whenever possible. <br> Keep feet clean and dry, thoroughly between toes. <br> Wear shower shoes in shower (if available), canvas shoes during the day <br> Wear clean socks (cotton preferred) <br> Put on socks before underwear to avoid spreading infection to groin <br> Medication instruction <br> Follow-up if worsens or does not subside within 4 weeks <br><br> **Patient Teaching (Jock Itch)** <br> a. Dry affected area thoroughly after bathing and evenly apply medication <br> b. Keep skin clean and dry <br> c. Wear loose-fitting clothing which should be changed daily (esp. cotton underwear if allowed.) <br> d. Anti-fungal cream as above |
| **A)** <br><br> Altered Skin Integrity | **Follow-Up:** <br> Explain the importance of follow-up if symptoms worsen or persist for more than 4 weeks |

Signature/ Title  Shuman, RN

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL ATHLETE'S FOOT/JOCK ITCH (TINEA PEDIS & TINEA CR

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I Need to see a Dermatologist to see what's going on with my skin. None of meds. I've been giving is Working !! All these different hypotheses the Doc & Nurses have been giving me, seem to be inaccurate ?

Name (print): Ted Jones, Jr.   AIS # 241066   Date of Birth ▮▮▮▮

Institution: WED   Housing Area: E-22   Date: 11-5-18

Sick Call Form Collected by Health Staff: ⟨initials⟩ Title: LPN Date: 11/5/18 Time: 1:30

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _Hardie W_   Date: 11/5/18

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

    **Co-Pay Fee Incurred:**

    ____ $4.00 - Nurse

    ____ $4.00 - OTC(s); If **Restrictive Housing**-no OTC charge

    ____ $4.00 - **Scheduled but Refused Encounter**

2 ____ Referral for follow up required; to be scheduled

    (a) ____ Medical Provider

    (b) ____ Dental Clinic

    (c) ____ Mental Health Services

    (d) ____ Other:_____

---

Inmate Name _____   AIS# _____

ADOC-OHS form E-7 (a) 022013    Distribution: Original (page 1)-Inmate Health Record
    Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014    Copy (page 2)-inmate post health review

Exhibit B

## Alabama Department of Corrections
## Inmate Body Chart Documentation Form



Institution: ___WNF___     Date: _11-2-18_   Time: _1916_

Individual Requesting Body Chart (print name): ___Sgt Jones___     Title: _____

Inmate statement:

" _____

_____ "

**Description of markings:**

No injuries or markings noted

_____

_____

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): ___Craig Phin LPN___     Date: _11-2-18_ Time: _1916_

Inmate Name: ___Jones, Cedric___     AIS #: _241066_ DOB: ▮▮▮

Issued 8/2014

File: Original-Inmate Health File  Copy: ADOC Official
ADOC Office of Health Services  Form E 11 (a) 8/2014

          Exhibit B

**Wexford Health**
SOURCES INCORPORATED

ALABAMA
PROGRESS NOTES

HSR#

Date/Time 11-1-18  2340

Offender Information:

Last Name: Jones    First Name: Cedric    MI: ___    ID#: 241060

## NON-SPECIFIC DISCOMFORT

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Allergies? NKA | **Refer to Provider:** Patient presents more than twice at NSC for c/o same discomfort. Patient presents with signs of acute, severe discomfort. |
| Location of pain/discomfort. eye socket | |
| Describe pain i.e.; stabbing, throbbing, constant, intermittent etc. Throbbing | **Nursing Intervention:** For discomfort: Acetaminophen 325 mg, 1 - 2 tablets p.o. t.i.d. p.r.n. x 7 days (max OTC dose is 1200 mg per day). |
| Have you had this pain before and how was it treated? Tylenol | |
| Rate the pain level on a scale of 1-10 | |
| 1  2  3  4  5  6  7  8  9  (10) | |

98⁵  78  18  117/73  131  98%

T        P       R       BP       WT

Document signs of obvious discomfort.

Document observations related to body part affected

I/M requested to clip his toenails. I/M lowered his head and held it there until finished clipping his own toenails. No complaint verbalized.

**A)** Alteration in Comfort

**Follow Up:** Return to sick call if discomfort does not improve.

Signature/ Title  Ledra Erin Jones RN



## Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** THE TYLENOL I took for 7 day was Temporary Relief from the throbbing + aching of my Bruised EYE Socket NEED to Speak to the DOC!! I'm still IN PAIN!!!

Name (print): CEDRIC JONES    AIS # 241006    Date of Birth ▮▮▮▮

Institution: N.E.D.    Housing Area: Y-44    Date: 11-1-18

Sick Call Form Collected by Health Staff: ___ (initials) Title: LPN Date: 11-1-18 Time: 034__

**Request Triaged** (check as appropriate):

A. ___ Sick Call Nurse Encounter **Not** Required

(1) ___ Referring to Chronic Care Manager

(2) ___ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ___ Bring to HCU at this time for further evaluation

(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: ___ LPN    Date: 1/1/18

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ___ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

___ $4.00 - Nurse

___ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

___ $4.00 – Scheduled but Refused Encounter

2 ___ Referral for follow up required; to be scheduled

(a) ___ Medical Provider

(b) ___ Dental Clinic

(c) ___ Mental Health Services

(d) ___ Other:_____

Inmate Name _____    AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.



**Wexford Health**
SOURCES INCORPORATED

ALABAM/
PROGRESS NOTES

**Offender Information:**

HSR#

Date/Time 10-25-18    0120

Last Name: Jones   First Name: Cedric   MI:    ID#: 24/066

# ATHLETE'S FOOT/JOCK ITCH (TINEA PEDIS & TINEA CRURIS)

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Allergies? NKA | **Refer to Provider:** |
| | If recurring problem without healing given use of the treatment protocol. |
| Is this a recurring problem? Yes | All diabetics with open foot sore |
| | If any open sores present |
| How long have you had this problem? Two months | Signs of secondary infection |
| | Temperature greater than 99.5°F |
| Does the area itch or burn? Yes | If allergic to topical antifungal agent |
| Any past HX, if so, how treated? cream | **Nursing Intervention:** |
| | ~~Cleanse area with soap and water.~~ |
| Are you taking medications? | Tolnaftate 1% cream b.i.d. x 4 weeks; instruct patient on use of anti-fungal cream (use sparingly, etc.) - Give one tube. |
| **O)** | |
| T 98   P 79   R 18   BP 135/90   WT 02 979 PA | **Patient Teaching (Athlete's Foot):** |
| | Expose feet to air whenever possible. |
| Note location and size of areas involved (check feet, head, groin and hands). groin | Keep feet clean and dry, thoroughly between toes. |
| | Wear shower shoes in shower (if available), canvas shoes during the day |
| Check for rash, secondary infection, flaky, macerated patches, fissures cracking NA | Wear clean socks (cotton preferred) |
| | Put on socks before underwear to avoid spreading infection to groin |
| Open sores? NA | Medication instruction |
| | Follow-up if worsens or does not subside within 4 weeks |
| Unilateral or bilateral erythemia? | **Patient Teaching (Jock Itch)** |
| Well defined borders? | a. Dry affected area thoroughly after bathing and evenly apply medication |
| Distribution of groin area (usually not scrotum) | b. Keep skin clean and dry |
| | c. Wear loose-fitting clothing which should be changed daily (esp. cotton underwear if allowed.) |
| | d. Anti-fungal cream as above |
| **A)** | **Follow-Up:** |
| | Explain the importance of follow-up if symptoms worsen or persist for more than 4 weeks |
| Altered Skin Integrity | |

Signature/ Title

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL ATHLETE'S FOOT/JOCK ITCH (TINEA PEDIS & TINEA CF

70 of 143                                                              Exhibit B



# Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

I need to see and speak to the Doc not a Nurse! I have jock itch and dry skin on the inside of my thighs & on my testicle sac. Need some Eucerin Cre

Name (print): CEDRIC JONES   AIS # 341066   Date of Birth: ▉▉▉▉

Institution: W.E.,D   Housing Area: Y-44   Date: 10-34-18

Sick Call Form Collected by Health Staff: SS (initials) Title: RN Date: 0-23-18 Time: 085

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter <u>Not</u> Required

(1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: D Billip RN   Date: 10-24-18

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ✓ Resolved by Nurse Encounter

**Co-Pay Fee <u>Incurred</u>:**

✓ $4.00 - Nurse

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

_____ $4.00 – **Scheduled but Refused Encounter**

2 _____ Referral for follow up required; to be scheduled

(a) _____ Medical Provider

(b) _____ Dental Clinic

(c) _____ Mental Health Services

(d) _____ Other:_____

---

Jones, Cedric
**Inmate Name**

241066
**AIS#**

ADOC-OHS form E-7 (a) 022013

Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

**Alabama Department of Corrections**
**Inmate Body Chart Documentation Form**

Institution: ___Donaldson___     Date: _10·17·18_     Time: _0455_

Individual Requesting Body Chart (print name): ___Lt   Jenkins___     Title: _____

Inmate statement:

" ___No   Statement_____

_____ "



**Description of markings:**

(R) face  red  and  slight  swelling  redness  around  neck, (L)  eye  red,

_____

_____

_____

**Check below:**
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _Ony Phiir Vrw_     Date: _10·17·18_  Time: _0455_

Inmate Name: ___Jones, Cedric___     AIS #: _241066_   DOB: ▓▓▓▓

ADOC – Office of Health Services
Form E-11 (a) 08/2014

File:  Original - Inmate Health file
Copy - ADOC Official

72 of 143                                           Exhibit B

**Wexford Health**
SOURCES INCORPORATED

ALABAMA
PROGRESS NOTES

HSR# _Donaldson_

Date/Time _10/21/16  2300_

**Offender Information:**

_Jones_     _Cedric_       ID#: _241066_
Last Name     First Name    MI

## NON-SPECIFIC DISCOMFORT

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Allergies? _NKA_ | **Refer to Provider:** Patient presents more than twice at NSC for c/o same discomfort. Patient presents with signs of acute, severe discomfort. |
| Location of pain/discomfort. _Face, (R) side eye_ | |
| Describe pain i.e.; stabbing, throbbing, constant, intermittent etc. _Throbbing_ | **Nursing Intervention:** For discomfort: Acetaminophen 325 mg, 1 - 2 tablets p.o. t.i.d. p.r.n. x 7 days (max OTC dose is 1200 mg per day). |
| Have you had this pain before and how was it treated? _yes_ | |
| Rate the pain level on a scale of 1-10 | |
| 1  2  3  4  5  6  7  8  9  (10) | |
| _I/m Stated was hit in face and maced. I/m complains he's in pain._ | |
| **O)** | |
| T _98.3_  P _63_  R _12_  BP ___  WT _138/65_  O2 _99%_ Document signs of obvious discomfort. | |
| Document observations related to body part affected | |
| (R) _eye has bruising noted_ | |
| **A)** | **Follow Up:** Return to sick call if discomfort does not improve. |
| **Alteration in Comfort** | |

Signature/ Title _J. Mur LPN_

## Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

My whole EYE AND BRAIN Hurts on the ~~xxxx~~ RigHt SIDE of my Face.

Name (print): CEDRIC JONES     AIS # 241066     Date of Birth ▮▮▮▮

Institution: W[ ]ED     Housing Area: Y-44     Date: 10-19-18

Sick Call Form Collected by Health Staff: SB (initials) Title: PN Date: 10-20-18 Time: 05:30

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter Not Required     (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. _X_ Nurse Sick Call Encounter Required     (1) _____ Bring to HCU at this time for further evaluation

    (2) _X_ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: A Dudley RN     Date: 10-20-18

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter     2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**

_✓_ $4.00 - Nurse     (a) _____ Medical Provider

_____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge     (b) _____ Dental Clinic

_____ $4.00 – **Scheduled but Refused Encounter**     (c) _____ Mental Health Services

    (d) _____ Other:_____

---

Inmate Name     AIS#

ADOC-OHS form E-7 (a) 022013     Distribution: Original (page 1)-Inmate Health Record
                                 Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014     Copy (page 2)-inmate post health review

# ~~Ch~~ronic Disease Clinic Follow-Up

Inmate Name: Jones, Cedric
Number: 241066   Institution: WDCF

**List chronic diseases:**

| | | | | | |
|---|---|---|---|---|---|
| 1) Pre DM | | 3) | | 5) | |
| 2) HTN | | 4) | | 6) | |

**Attach pharmacy profile or list current medications:** EMAR ATTACHED
compliant
5'7

**Subjective:** EKG 11-16-18

Asthma: # attacks in last month? ___
# short acting beta agonist canisters in last month? ___
# times awakening with asthma symptoms per week? ___
CV/hypertension (Y/N): Chest pain? N   SOB? N
HIV/HCV (Y/N): Nausea/vomiting? ___   Abdominal pain/swelling? N

Seizure disorder: # seizures since last visit? ___
Diabetes mellitus: # of hypoglycemic reactions since last visit? 0
Weight loss/gain ↓ ↑ 0 #lbs
Palpitations? N   Ankle edema? N
Diarrhea? ___   Rashes/lesions? ___

For all diseases, since last visit, describe new symptoms: No complaints. A1C improved,
now in normal range. continue to monitor

**Patient adherence (Y/N): with medications?** Y   with diet? Y   with exercise? Y

**Vital signs:** Temp 98.4   BP 136/76   Pulse 82   Resp 18   Wt 140   INR ___
PEFR ___   #1 ___   #2 ___   #3 ___

**Labs:** Hgb A1C 5.5   HIV VL ___   CD4 ___   Total Chol 159   LDL 81   HDL 58   Trig 99

**Range of fingerstick glucose/BP monitoring:** ___   O₂ Sat 99%
10-8-19   BMI 21

**PE:**

| | |
|---|---|
| HEENT/neck: supple | Extremities: no edema |
| Heart: RRR S1 S2 | Neurological: nonfocal |
| Lungs: clear | GU/rectal: not indicated |
| Abdomen: smg | Other: |

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | Pre DM | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 2 | HTN | | | | | | | | |
| 3 | | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 4 | | | | | | ☐ | ☐ | ☐ | ☐ |
| 5 | | | | | | | | | |
| 6 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**

Medication changes? ∅

Diagnostics: ___

Labs: CMP A1C

Reviewed Lab/Procedures/Reports with pt. ☑ YES ☐ NO ☐ N/A   Indicated Treatment Plan changes discussed ☑ YES ☐ NO ☐ N/A

Monitoring: BP: ___ X day/week/month   Glucose: ___ X day/week/month   Peak flow: ___

Education provided: ☐ Nutrition ☑ Exercise ☑ Smoking ☑ Test results ☑ Medication management ☐ Other: ___

Referral (list type): Specialist: ___   Other: Pre DM HTN

Chronic care program: ___

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☑ Other: 180   Discharged from CCC: [name] ___

Advance Level Provider Signature: G Johnson MD

Date: 10/29/19   Time: 0857

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015



**Wexford Health**
SOURCES INCORPORATED

## Patient Information Education Log

| Facility Name: WDCF | | | | |
|---|---|---|---|---|
| Patient's Name   Last   Jones | First   Cedric | | MI | AIS Number  241066 |
| Birth Date | Medication Allergies: ☑ N ☐ Y  If Yes List: | | | |
| Diagnosis:  Pre DM, HTN | | | | |

| Patient Education Title | Encounter Type | Date | Patient Initials | Nurse Initials |
|---|---|---|---|---|
| Acne | | | | |
| Asthma | | | | |
| Athlete's Foot | | | | |
| Back Pain and Exercise | | | | |
| Breast Pumping Instructions | | | | |
| CAD (Coronary Artery Disease) | | | | |
| Chlamydia Infection | | | | |
| Cholesterol (Hyperlipidemia) (AHA) | | | | |
| Congestive Heart Failure | | | | |
| Constipation | | | | |
| COPD (Chronic Obstructive Pulmonary Disease) (CDC) | | | | |
| Cuts, Scrapes and Stitches | | | | |
| Diabetes | PTP | CC | 10-29-19 | |
| Dysmenorrhea | | | | |
| Ear Infections | | | | |
| Gastroenteritis | | | | |
| Genital Herpes | | | | |
| Genital HPV Infection | | | | |
| GERD | | | | |
| Glaucoma (NIH) | | | | |
| Gonorrhea | | | | |
| Heat-Related Illness | | | | |
| Hepatitis B and C | | | | |
| HIV/AIDS | | | | |
| Hypertension | | CC | 10-29-19 | |
| Hyperthyroidism (NIH) | | | | |
| Hypothyroidism (NIH) | | | | |
| Influenza | | | | |
| Jock Itch | | | | |
| Lupus (CDC) | | | | |
| MRSA | | | | |
| Nutrition: Healthy Food Choices | | | | |
| Oral Hygiene | | | | |
| Pap Smears, Abnormal | | | | |
| Scabies | | | | |
| Seizures | | | | |
| Sickle Cell (CDC) | | | | |
| Smoking Cessation | | | | |
| Strep Throat | | | | |
| Stress Management | | | | |
| Substance Abuse | | | | |
| Syphilis | | | | |
| Tuberculosis | | | | |
| Uterine Bleeding, Abnormal | | | | |
| Vaginal Yeast Infections | | | | |
| Vaginitis | | | | |
| Warfarin (NIH) | | | | |

Education will be ongoing throughout your treatment. Your signature confirms that this education information has been reviewed with you.

| X Cedric Jones | | |
|---|---|---|
| Patient Signature | Patient Initials | |

| Health Staff Signature | Print Name | Initials |
|---|---|---|
| | | |
| | | |
| | | |

April 2, 2019

Exhibit B


**Sapphire eMAR**

| | |
|---|---|
| A: ABSENT | 1. ORALLY |
| *: SEE NOTES | 2. RIGHT BUTTOCKS (GLUTEUS) |
| H: HELD | 3. LEFT BUTTOCKS (GLUTEUS) |
| M: MISSED | 4. RIGHT VENTRAL GLUTEUS |
| R: REFUSED | 5. LEFT VENTRAL GLUTEUS |
| N: NO SHOW | 6. RIGHT THIGH (QUADRICEPS) |
| C: COMPLETED | 7. LEFT THIGH (QUADRICEPS) |
| | 8. RIGHT KNEE |
| | 9. LEFT KNEE |
| | 10. RIGHT ARM (DELTOID) |
| | 11. LEFT ARM (DELTOID) |
| | 12. RIGHT ARM (DELTOID) BACK |

14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

26. ABDOMEN UPPER QUADRANT LEFT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**ROUTINE MEDICATION**

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/25/2019 STOP 04/21/2020 RX 18214370 100% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | | | | | | | | | | | | | | | | | | | | | | | | | | FR | LT | HS | | | | |
| START 05/03/2019 STOP 11/01/2019 RX 13873534 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED - RODDAM, ROY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 10/07/2019 STOP 04/03/2020 RX 17740801 95.2% | **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | | | | | | | | HS | LH | LH | LH | FR | FR | HS | FR | JC | JC | JC | HS | JC | HS | HS | LH | LH | LHR | FR | LT | HS | | | | |
| START 10/25/2019 STOP 04/21/2020 RX 1379 | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | | | | | | | | | | | | | | | | | | | | | | | | | | FR | LT | HS | | | | |
| START 05/28/2019 STOP 11/23/2019 RX 14338589 NA | **Stye Eye Ointment - KOP** SUB FOR: MINERAL OIL/PETR WHITE *NF EXP 11/18/2019* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| FR | RAMIREZ, FRANCISCA | LT | TICE, LISA | | | | | | |
| HS | SKINNER, HALEY | | | | | | | | |
| JC | CARTER, JILL | | | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

| | |
|---|---|
| **Diagnosis** | Essential (primary) hypertension, Presence of artificial eye |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Facility** | ALDC - DONALDSON CORR FACILITY |
| **DOB** | **Gender** M  **Alt Num**  |

**Agency** DONALDSON CORR FACILITY
**SSN**

**J - J3 - 1A -**
**JONES, CEDRIC - 00241066**

October 2019
PAGE 1 OF 2

*Exhibit B*


Sapphire eMAR

SYMBOL KEY:
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

SITE KEY:
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT LEFT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. WRIST RIGHT
44. WRIST LEFT
45. SUBCLAVIEN RIGHT
46. SUBCLAVIEN LEFT
47. DELTOID RIGHT
48. DELTOID LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP LEFT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

## ROUTINE MEDICATION

**GLUCOSE**

| EFFECTIVE DATES | MEDICATION VITAL | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 06/25/2019 STOP 06/24/2020 RX 1254065 | GLUCOSE Take/Perform ONCE DAILY WEEKLY ON DAY(S) TUESDAY - JOHNSTON, LUCY - [MEDICAL] | 04:00 | HS 103 | | | | | HS 112 | | | | | | | | | | | FR R | | | | HS 91 | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/2019 STOP 11/08/2019 RX 14068065 93.4% | amLODIPine 10mg Tablet SUB FOR: NORVASC DISCONTINUED - 10/25/2019 8:37:37 AM TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | HS | JC | JC | JC | FR | LH | JC | HS | LH | LH | LH | FR | FR | HS | FR | JC | HS | JC | HS | HS | LH | LH | LH R | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 04/22/2019 STOP 10/18/2019 RX 13577540 94.6% | HCTZ 25mg Tablet SUB FOR: HYDRODIURIL DISCONTINUED - 10/7/2019 10:15:12 AM TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | HS | JC | JC | JC | FR | LH | JC | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 09/13/2019 STOP 11/08/2019 RX 14067684 93.4% | Lisinopril 40mg Tablet SUB FOR: PRINIVIL DISCONTINUED - 10/25/2019 8:36:52 AM TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | HS | JC | JC | JC | FR | LH | JC | HS | LH | LH | LH | FR | FR | HS | FR | JC | HS | JC | HS | HS | LH | LH | LH R | | | | | | | | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| FR | RAMIREZ, FRANCISCA | LT | TICE, LISA | | | | | | |
| HS | SKINNER, HALEY | | | | | | | | |
| JC | CARTER, JILL | | | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY     **Agency** DONALDSON CORR FACILITY
**DOB**          **Gender** M          **Alt Num**          **SSN**
J - J3 - 1A
**JONES, CEDRIC - 00241066**     October 2019     PAGE 2 OF 2

# Chronic Disease Clinic Follow-Up

Inmate Name: Jones, Cedric
Number: 241066   Institution: WDCF

**List chronic diseases:**

| 1) Pre DM - 6-2019 | 3) | 5) |
| 2) | 4) | 6) |

**Attach pharmacy profile or list current medications:** _____

5'7

Norvasc 10 mg
Art. Tears
HCTz 25mg
lisinopril 40mg
Stye ointment

**Subjective:**

| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit? 0 |
| # times awakening with asthma symptoms per week?_____ | Weight loss/gain ↓ ↑ 0 #lbs |
| CV/hypertension (Y/N): Chest pain?_____ SOB?_____ | Palpitations?_____ Ankle edema?_____ |
| HIV/HCV (Y/N): Nausea/vomiting?_____ | Abdominal pain/swelling?_____ Diarrhea?_____ Rashes/lesions?_____ |

For all diseases, since last visit, describe new symptoms:

No complaints. Discussed diagnosis and treatment options.
↓ "I'm gonna exercise and get it down myself" is what
he wants to do. If A1C not ↓ by next visit,
will put on metformin then          O₂ 95%
                                     BMI 21

**Patient adherence (Y/N):** with medications? Y    with diet? Y    with exercise? Y

**Vital signs:** Temp 98.2   BP 132/70   Pulse 80   Resp 18   Wt 140   PEFR____   INR____
**Labs:** Hgb A1C 6.1   HIV VL____   CD4____   Total Chol____   LDL____   HDL____   Trig____
**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| HEENT/neck: supple | Extremities: + edema |
| Heart: S1S2 | Neurological: nonfocal |
| Lungs: clear | GU/rectal: not indicated |
| Abdomen: (ND) | Other: |

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
| | | G | F | P | NA | I | S | W | NA |
| 1 | preDM | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 2 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

...n:
...ication changes: ⊖
...stics: ⊖

Add Dr A1C to PPD

...ab/Procedures/Reports with pt. ☑YES ☐NO ☐N/A   Indicated Treatment Plan changes discussed ☐YES ☐NO ☐

BP:____ X day/week/month   Glucose:____ X day/week/month   Peak flow:____ Other:____

...ded: ☑Nutrition ☑Exercise ☑Smoking ☐Test results ☑Medication management ☑Other: prev

...: Specialist:____        error        Chronic care program:____

...? ☐90 ☐60 ☐30 ☑Other: 180 120   Discharged from CCC: [name]____

...r Signature: G Johnston PA-C   Date: 6/25/19   Time:

...is provided for the public domain and may be freely copied and used.
...Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

**Wexford Health**
SOURCES INCORPORATED

## Patient Information Education Log

| Facility Name: | WOCF | | | | |
|---|---|---|---|---|---|
| Patient's Name   Last | Jones | First | cedric | MI | AIS Number 241066 |
| Birth Date | 11 0 1 86 | Medication Allergies: ☑N ☐Y  If Yes List: | | | |
| Diagnosis: | pre DM | | | | |

| Patient Education Title | Encounter Type | Date | Patient Initials | Nurse Initials |
|---|---|---|---|---|
| Acne | | | | |
| Asthma | | | | |
| Athlete's Foot | | | | |
| Back Pain and Exercise | | | | |
| Breast Pumping Instructions | | | | |
| CAD (Coronary Artery Disease) | | | | |
| Chlamydia Infection | | | | |
| Cholesterol (Hyperlipidemia) (AHA) | | | | |
| Congestive Heart Failure | | | | |
| Constipation | | | | |
| COPD (Chronic Obstructive Pulmonary Disease) (CDC) | | | | |
| Cuts, Scrapes and Stitches | | | | |
| Diabetes   Pre | CC | 6-25-19 | | |
| Dysmenorrhea | | | | |
| Ear Infections | | | | |
| Gastroenteritis | | | | |
| Genital Herpes | | | | |
| Genital HPV Infection | | | | |
| GERD | | | | |
| Glaucoma (NIH) | | | | |
| Gonorrhea | | | | |
| Heat-Related Illness | | | | |
| Hepatitis B and C | | | | |
| HIV/AIDS | | | | |
| Hypertension | | | | |
| Hyperthyroidism (NIH) | | | | |
| Hypothyroidism (NIH) | | | | |
| Influenza | | | | |
| Jock Itch | | | | |
| Lupus (CDC) | | | | |
| MRSA | | | | |
| Nutrition: Healthy Food Choices | | | | |
| Oral Hygiene | | | | |
| Pap Smears, Abnormal | | | | |
| Scabies | | | | |
| Seizures | | | | |
| Sickle Cell (CDC) | | | | |
| Smoking Cessation | | | | |
| Strep Throat | | | | |
| Stress Management | | | | |
| Substance Abuse | | | | |
| Syphilis | | | | |
| Tuberculosis | | | | |
| Uterine Bleeding, Abnormal | | | | |
| Vaginal Yeast Infections | | | | |
| Vaginitis | | | | |
| Warfarin (NIH) | | | | |

| Education will be ongoing throughout your treatment. Your signature confirms that this education information has been reviewed with you. | |
|---|---|
| C Smg Jr.  Patient Signature | Patient Initials |

| Health Staff Signature | Print Name | Initials |
|---|---|---|
| Johnston PN | Johnston PN | LM |
| | | |
| | | |

April 2, 2019

1

Exhibit B

# Chronic Disease Clinic Follow-Up

Inmate Name: Jones Cedric
Number: 241066    Institution: WDCF

**List chronic diseases:**

| 1) HTN | 3) | 5) |
| 2) | 4) | 6) |

**Attach pharmacy profile or list current medications:** _____ EMAR att

5'7

**Subjective:** EKG 11-16-18

| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ |
| # times awakening with asthma symptoms per week?_____ | Weight loss/gain ↓↑ S ___ #lbs |
| CV/hypertension (Y/N): Chest pain?_____ SOB?_____ | Palpitations?_____ Ankle edema?_____ |
| HIV/HCV (Y/N): Nausea/vomiting?_____ Abdominal pain/swelling?_____ Diarrhea?_____ Rashes/lesions?_____ |

For all diseases, since last visit, describe new symptoms:_____

No complaints. Discussed compliance & consequences
of noncompliance

**Patient adherence (Y/N):** with medications? Y    with diet? Y    with exercise? Y
O₂ 97%
BMI 21

**Vital signs:** Temp 98.2  BP 134/76  Pulse 82  Resp 16  Wt 140  PEFR ___  INR ___
**Labs:** Hgb A1C ___  HIV VL ___  CD4 ___  Total Chol 154  LDL 92  HDL 44  Trig 90
**Range of fingerstick glucose/BP monitoring:**

**PE:**    4-30-19

| HEENT/neck: Supple | Extremities: 0 edema |
| Heart: S₁ S₂ | Neurological: nonfocal |
| Lungs: clear | GU/rectal: not indicated |
| Abdomen: SNT | Other: |

**Assessment:**

|  | Degree of Control | | | | Clinical Status | | | |
| --- | G | F | P | NA | I | S | W | NA |
| 1 HTN | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
Medication changes: ∅
Diagnostics:
Labs: DDO

Reviewed Lab/Procedures/Reports with pt. ☒YES ☐NO ☐N/A   Indicated Treatment Plan changes discussed ☒YES ☐NO ☐

Monitoring:  BP:____X day/week/month    Glucose:____X day/week/month    Peak flow:____    Other: _____

Education provided: ☒Nutrition ☒Exercise ☒Smoking ☒Test results ☒Medication management ☒Other: _____

Referral (list type): Specialist:_____    Chronic care program: _____

# days to next visit? ☐ 90   ☐ 60   ☐ 30   ☒Other: 180    Discharged from CCC: [name] _____

| Advance Level Provider Signature: C Romano, CRNP  an | Date: 5/7/19    Time: |

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015



**Sapphire eMAR**

A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK

14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION



| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 03/06/2019 | **Lubrifresh PM Eye Oint - KOP** | NON-SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SUB FOR: ARTIFICIAL TEARS OPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 09/01/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 12445717 | APPLY OINTMENT(S) INTO THE RIGHT EYE TWICE DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NA | ROMANO, CHRISTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| LH | HYLTON, LINDA | | | | | | | | |
| LW | WELCH, LISA | | | | | | | | |
| RP | PRICE, ROBERT | | | | | | | | |

**Diagnosis** Essential (primary) hypertension
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** ▮▮▮▮▮▮   **Gender** M   **Alt Num**   **Agency** DONALDSON CORR FACILITY   **SSN**

J - J3 - 1A -

**JONES, CEDRIC - 00241066**

May 2019
PAGE 2 OF 2

**Active Compliance Report**  **Sapphire Health**

1.877.532.2345   FAX: 1.877.423.0601

| FACILITY | PATIENT | LOCATION | RX NUMBER | MEDICATION | DIRECTIONS | START DATE | STOP DATE | PRESCRIBER | COMPLIANCE |
|---|---|---|---|---|---|---|---|---|---|
| ALDC - DONALDSON CORR FACILITY | 00241066 - JONES, CEDRIC | J - J3 - 1A - | 85522347 | amLODIPine 10mg Tablet (NORVASC) | TAKE ONE TABLET(S) ORALLY ONCE DAILY | 5/28/2018 | 5/27/2019 | BUTLER, JAMES | 74.6% |
| ALDC - DONALDSON CORR FACILITY | 00241066 - JONES, CEDRIC | J - J3 - 1A - | 85522407 | Lisinopril 40mg Tablet (PRINIVIL) | TAKE ONE TABLET(S) ORALLY ONCE DAILY | 5/28/2018 | 5/27/2019 | BAKER, MARIANNE | 74.6% |
| ALDC - DONALDSON CORR FACILITY | 00241066 - JONES, CEDRIC | J - J3 - 1A - | 13577540 | HCTZ 25mg Tablet (HYDRODIURIL) | TAKE 1 TABLET(S) ORALLY ONCE DAILY | 4/22/2019 | 10/18/2019 | ROMANO, CHRISTY | 100% |

Exhibit B

83 of 143

5-7-19

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELI

## KOP Last Issued Report

**Sapphire** eMAR

**Sapphire Health**

1.877.532.2345   FAX: 1.877.423.0601

| FACILITY | PATIENT | LOCATION | PATIENT ID | MEDICATION | DIRECTIONS | LAST DATE | LAST QTY |
|---|---|---|---|---|---|---|---|
| ALDC - DONALDSON CORR FACILITY | JONES, CEDRIC | J - J3 - 1A - | 00241066 | Artificial Tears Sol 1.4% (AKWA TEAR DROPS) | INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS | 03/08/2019 | 1.0000 |
| ALDC - DONALDSON CORR FACILITY | JONES, CEDRIC | J - J3 - 1A - | 00241066 | Artificial Tears Sol 1.4% (AKWA TEAR DROPS) | INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED | | |
| ALDC - DONALDSON CORR FACILITY | JONES, CEDRIC | J - J3 - 1A - | 00241066 | Lubrifresh PM Eye Oint (ARTIFICIAL TEARS OPH) | APPLY OINTMENT(S) INTO THE RIGHT EYE TWICE DAILY | 03/07/2019 | 1.0000 |

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

5-7-19

84 of 143

Exhibit B

# Chronic Disease Clinic Follow-Up

Inmate Name: Jones, Cedric
Number: 241066   Institution: WDCF

List chronic diseases:

| | | |
|---|---|---|
| 1) HTN | 3) | 5) |
| 2) | 4) | 6) |

Attach pharmacy profile or list current medications: _____ EMAR att

5'7   EKG 3-22-18

**Subjective:**

| | |
|---|---|
| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ |
| # times awakening with asthma symptoms per week?_____ | Weight loss/gain ↓ ↑ _____ #lbs |
| CV/hypertension (Y/N): Chest pain?_____ SOB?_____ | Palpitations?_____ Ankle edema?_____ |
| HIV/HCV (Y/N): Nausea/vomiting?_____ Abdominal pain/swelling?_____ | Diarrhea?_____ Rashes/lesions?_____ |

For all diseases, since last visit, describe new symptoms:
no complaints. Inmate has poor compliance but it has
been improved since passing toseek over the last
few weeks. Discussed the importance of compliance
& inmate expressed understanding

Patient adherence (Y/N): with medications? Y   with diet? Y   with exercise? Y   O₂ 97%   BMI 21

Vital signs: Temp 97.8  BP 136/80  Pulse 80  Resp 16  Wt 135  PEFR _____  INR _____
Labs: Hgb A1C _____  HIV VL _____  CD4 _____  Total Chol 169  LDL 94  HDL 45  Trig 149
Range of fingerstick glucose/BP monitoring: _____

**PE:**   11-6-18

| | |
|---|---|
| HEENT/neck: supple, Ⓡ eye prosthes | Extremities: Ø edema |
| Heart: S1S2 | Neurological: nonfocal |
| Lungs: clear | GU/rectal: not indicated |
| Abdomen: SNTD | Other: |

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | HTN | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 2 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**

Medication changes: Ø

Diagnostics: Ø

Labs: BPII

Reviewed Lab/Procedures/Reports with pt. ☑YES ☐NO ☐N/A   Indicated Treatment Plan changes discussed ☑YES ☐NO ☐N/A

Monitoring:  BP:_____ X day/week/month   Glucose:_____ X day/week/month   Peak flow:_____   Other:_____

Education provided: ☐Nutrition ☐Exercise ☐Smoking ☐Test results ☐Medication management ☑Other: HTN

Referral (list type): Specialist:_____   Chronic care program:_____

# days to next visit? ☐ 90  ☐ 60  ☐ 30  ☑ Other: 180   Discharged from CCC: [name]_____

Advance Level Provider Signature: **L Johnston, PA-C** RMJ   Date: 11/27/18   Time: 8:50

HC (11/06) This form is provided for the public domain and may be freely copied and used.
RAL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

Exhibit B



phire eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK

13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP RIGHT
68. HAND RIGHT
69. HAND LEFT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL RIGHT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/02/2018 | **Acetaminophen 325mg Tab** SUB FOR: TYLENOL | 04:00 | SLB | SH | CJ | LH | CJ | SH | SH R | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/09/2018 | | 10:00 | LT | AD | AH1 | AH | AH | BM | AH | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 89569646 90.5% | TAKE 2 TABLET(S) ORALLY THREE TIMES DAILY - RODDAM, ROY FRANKLIN | 17:00 | LT | M | AH1 | AH | AH | JM | BM | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2018 | **amLODIPine 10mg Tablet** SUB FOR: NORVASC | 04:00 | | | | | | | | | | LH | SH | CJ | LH | LH R | LH | CJ | | CJ R | LH | JM R | | | | | | | | | | 30 | | |
| STOP 05/27/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 85522347 33.3% | TAKE ONE TABLET(S) ORALLY ONCE DAILY - BUTLER, JAMES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 09/16/2018 | **Artificial Tears Sol 1.4% – KOP** SUB FOR: AKWA TEAR DROPS | NON-SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/15/2018 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 85655298 NA | INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS - RODDAM, ROY FRANKLIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/16/2018 | **Artificial Tears Sol 1.4% – KOP** SUB FOR: AKWA TEAR DROPS | 16:00 | | | | | | | | | | | | | | | | | LT | | | | | | | | | | | | | | |
| STOP 05/17/2019 | | QUANTITY GIVEN | | | | | | | | | | | | | | | | | LT 1 | | | | | | | | | | | | | | |
| RX 89689740 NA | INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS - RODDAM, ROY FRANKLIN | DAYS TO LAST | | | | | | | | | | | | | | | | | LT 30 | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/06/2018 | **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL | 04:00 | | | | | | | | SH R | RP | LH | SH | CJ | LH | LH R | LH | CJ | | CJ R | LH | JM R | | | | | | | | | | 30 | | |
| STOP 05/04/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 89648305 66.7% | TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AD | DAVIS, AKERIA | CJ | JONES, CEDRIC | RP | PRICE, ROBERT | | | | |
| AH | HARDIE, ANGELA | JM | MURPHREE, JOSH | SH | HACKWORTH, SANDRA | | | | |
| AH1 | HORTON, ANDREA | LH | HYLTON, LINDA | SLB | BISHOP, SHERRY L. | | | | |
| BM | MCGOUGH, BOBBY | LT | TICE, LISA | | | | | | |

**Diagnosis**

**Allergies** NO KNOWN DRUG ALLERGY

**Facility** ALDC - DONALDSON CORR FACILITY

**DOB**　　　　　　**Gender** M　　　**Alt Num**　　　　**Agency** DONALDSON CORR FACILITY　　　**SSN**

E - E22 - 1A -

JONES, CEDRIC - 00241066

November 2018

PAGE 1 OF 2

86 of 143

Exhibit B