FILED
2021 Jan-27 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

phire
eMAR

**SYMBOL KEY**

- A: ABSENT
- *: SEE NOTES
- H: HELD
- M: MISSED
- R: REFUSED
- N: NO SHOW
- C: COMPLETED

**SITE KEY**

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2018 | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL | 04:00 | | | | | | | | | | LH | SH | CJ | LH | LH R | LH | CJ | CJ R | LH | JM R | | | | | | | | | | | | |
| STOP 05/27/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 85522407 | TAKE ONE TABLET(S) ORALLY ONCE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 33.3% | BAKER, MARIANNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/07/2018 | **Tolnaftate 1% Cream - KOP** SUB FOR: NP-27 | 00:15 | | | | | | | SLB | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/13/2018 | | QUANTITY GIVEN | | | | | | | SLB 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 89675089 | APPLY CREAM TOPICALLY TWICE DAILY AS NEEDED - | DAYS TO LAST | | | | | | | SLB 7 | | | | | | | | | | | | | | | | | | | | | | | | |
| NA | RODDAM, ROY FRANKLIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/24/2018 | **Tolnaftate 1% Powder - KOP** SUB FOR: TINAMAR | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/20/2018 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 89378532 | APPLY 1 APPLICATION(S) TOPICALLY TWICE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NA | RODDAM, ROY FRANKLIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/24/2018 | **Chlorthalidone 25mg Tab** SUB FOR: HYGROTON | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/20/2018 | **DISCONTINUED - 11/6/2018 7:57:34 AM** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 85793825 | TAKE ONE TABLET(S) ORALLY ONCE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 27.7% | ROMANO, CHRISTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AD | DAVIS, AKERIA | CJ | JONES, CEDRIC | RP | PRICE, ROBERT | | | | |
| AH | HARDIE, ANGELA | JM | MURPHREE, JOSH | SH | HACKWORTH, SANDRA | | | | |
| AH1 | HORTON, ANDREA | LH | HYLTON, LINDA | SLB | BISHOP, SHERRY L. | | | | |
| BM | MCGOUGH, BOBBY | LT | TICE, LISA | | | | | | |

**Diagnosis**
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M **Alt Num** **Agency** DONALDSON CORR FACILITY **SSN**

**E - E22 - 1A -**
**JONES, CEDRIC - 00241066**

**November 2018**
**PAGE 2 OF 2**

Exhibit B

**Drug Admin History Report**

Sapphire eMAR

**Sapphire Health**
1.877.532.2345 FAX: 1.877.423.0601

Exhibit B

**Patient Name:** JONES, CEDRIC
**Drug Name:** AMLODIPINE 10MG TABLET (NORVASC)
**RX Number:** 15698555
**Directions:** TAKE ONE TABLET(S) ORALLY ONCE DAILY

from Pop to Y 10-17-18
from Y to SEG 11-2-18
Cedric Jones
J. Clark 11-27-18

| DATE | TIME | ACTION | USER | RESULT DATE |
|---|---|---|---|---|
| 11/19/2018 | 4:00 AM | ~~Refusal~~ | MURPHREE, JOSH | 11/19/2018 4:36:39 AM |
| 11/18/2018 | 4:00 AM | Administered | HYLTON, LINDA | 11/18/2018 3:11:11 AM |
| 11/17/2018 | 4:00 AM | ~~Refusal~~ | JONES, CEDRIC | 11/17/2018 5:58:13 AM |
| 11/16/2018 | 4:00 AM | Administered | JONES, CEDRIC | 11/16/2018 5:10:56 AM |
| 11/15/2018 | 4:00 AM | Administered | HYLTON, LINDA | 11/15/2018 3:17:51 AM |
| 11/14/2018 | 4:00 AM | ~~Refusal~~ | HYLTON, LINDA | 11/14/2018 2:48:51 AM |
| 11/13/2018 | 4:00 AM | Administered | HYLTON, LINDA | 11/13/2018 3:34:21 AM |
| 11/12/2018 | 4:00 AM | Administered | JONES, CEDRIC | 11/12/2018 2:32:17 AM |
| 11/11/2018 | 4:00 AM | Administered | HACKWORTH, SANDRA | 11/11/2018 2:53:32 AM |
| 11/10/2018 | 4:00 AM | Administered | HYLTON, LINDA | 11/10/2018 3:52:16 AM |
| 10/31/2018 | 4:00 AM | Administered | PRICE, ROBERT | 10/31/2018 2:38:00 AM |
| 10/30/2018 | 4:00 AM | ~~NoShow~~ | MURPHREE, JOSH | 10/30/2018 3:51:33 AM |
| 10/29/2018 | 4:00 AM | Administered | BISHOP, SHERRY L. | 10/29/2018 3:30:52 AM |
| 10/28/2018 | 4:00 AM | Administered | BISHOP, SHERRY L. | 10/28/2018 2:22:20 AM |
| 10/27/2018 | 4:00 AM | Administered | MURPHREE, JOSH | 10/27/2018 3:16:49 AM |
| 10/26/2018 | 4:00 AM | Administered | SCHAEFER, CLAYTON R | 10/26/2018 2:05:59 AM |
| 10/25/2018 | 4:00 AM | Administered | BISHOP, SHERRY L. | 10/25/2018 3:18:19 AM |
| 10/24/2018 | 4:00 AM | Administered | BISHOP, SHERRY L. | 10/24/2018 2:29:55 AM |
| 10/23/2018 | 4:00 AM | Administered | HACKWORTH, SANDRA | 10/23/2018 2:46:00 AM |
| 10/22/2018 | 4:00 AM | Administered | HYLTON, LINDA | 10/22/2018 2:04:07 AM |
| 10/21/2018 | 4:00 AM | Administered | PRICE, ROBERT | 10/21/2018 2:57:52 AM |
| 10/20/2018 | 4:00 AM | Administered | BISHOP, SHERRY L. | 10/20/2018 1:49:28 AM |

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

**Drug Admin History Report**

**Sapphire Health**
1.877.532.2345 FAX: 1.877.423.0601

Exhibit B

**Patient Name:** JONES, CEDRIC
**Drug Name:** AMLODIPINE 10MG TABLET (NORVASC)
**RX Number:** 15698555
**Directions:** TAKE ONE TABLET(S) ORALLY ONCE DAILY

| | | | | | |
|---|---|---|---|---|---|
| 10/19/2018 | 4:00 AM | Administered | BISHOP, SHERRY L. | | 10/19/2018 3:17:12 AM |
| 10/18/2018 | 4:00 AM | NoShow | BISHOP, SHERRY L. | | 10/18/2018 3:31:03 AM |
| 10/16/2018 | 4:00 AM | NoShow | HYLTON, LINDA | | 10/16/2018 5:01:42 AM |
| 10/15/2018 | 4:00 AM | NoShow | JONES, CEDRIC | | 10/15/2018 3:34:41 AM |
| 10/14/2018 | 4:00 AM | NoShow | JONES, CEDRIC | | 10/14/2018 3:48:08 AM |
| 10/13/2018 | 4:00 AM | Administered | MURPHREE, JOSH | | 10/13/2018 3:15:29 AM |
| 10/12/2018 | 4:00 AM | NoShow | HACKWORTH, SANDRA | | 10/12/2018 5:27:44 AM |
| 10/11/2018 | 4:00 AM | NoShow | ROMAN, SHELLY | | 10/11/2018 5:40:01 AM |
| 10/10/2018 | 4:00 AM | NoShow | HYLTON, LINDA | | 10/12/2018 2:41:05 AM |
| 10/9/2018 | 4:00 AM | NoShow | PRICE, ROBERT | | 10/9/2018 6:01:03 AM |
| 10/8/2018 | 4:00 AM | NoShow | HORTON, ANDREA | | 10/8/2018 5:15:58 AM |
| 10/7/2018 | 4:00 AM | NoShow | HORTON, ANDREA | | 10/7/2018 5:14:45 AM |
| 10/6/2018 | 4:00 AM | NoShow | HACKWORTH, SANDRA | | 10/6/2018 4:57:33 AM |
| 10/5/2018 | 4:00 AM | NoShow | HACKWORTH, SANDRA | | 10/5/2018 3:50:46 AM |
| 0/4/2018 | 4:00 AM | NoShow | HACKWORTH, SANDRA | | 10/4/2018 4:29:40 AM |
| 10/3/2018 | 4:00 AM | NoShow | PRICE, ROBERT | | 10/3/2018 6:20:00 AM |
| 10/2/2018 | 4:00 AM | NoShow | MURPHREE, JOSH | | 10/2/2018 5:06:34 AM |
| 10/1/2018 | 4:00 AM | NoShow | PRICE, ROBERT | | 10/1/2018 6:14:16 AM |
| 9/30/2018 | 4:00 AM | Administered | PRICE, ROBERT | | 9/30/2018 3:47:12 AM |
| 9/29/2018 | 4:00 AM | NoShow | HYLTON, LINDA | | 9/29/2018 4:03:27 AM |
| 9/28/2018 | 4:00 AM | NoShow | HYLTON, LINDA | | 9/28/2018 5:02:05 AM |
| 9/27/2018 | 4:00 AM | NoShow | HACKWORTH, SANDRA | | 9/27/2018 4:42:35 AM |
| 9/26/2018 | 4:00 AM | NoShow | HYLTON, LINDA | | 9/26/2018 3:55:42 AM |

REPORT GENERATED BY JACLARK AT 11/19/2018 2:29:18 PM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

**Return from Offsite**

Name: Jones Cedric, DOC#: 241066, Date: 10-10-19

Subjective statement of the patient about what transpired: They just cleaned it polished it.

Documents returned with the patient:

Temperature: 98.9 Blood pressure: 122/78, Pulse: 71, RR: 16 98%

Apparent condition of the patient on return: (Describe any scars, wounds, dressings, casts, etc.) No Δ in condition

Recommended medications: None

Need or plans for infirmary admission: Y, N

MD notified of medication recommendations? Y, N N/A

Orders for meds received from staff physician? Y, N Circle those meds above which were ordered.

Name of MD notified Dr. Wilson, Appointment date to see staff physician for review and follow up:

Nursing signature: [signature], Date 10-10-19, Time: 1108

MD REVIEW

Any new diagnoses by the consultant: none

Recommended tests: none

Other recommendations of the consultant: none

Follow-up visit requested by consultant? Y, N. When? 6 months

Purpose of follow-up: clean & polish

Summary review by staff physician:

follow up 6 months

MD signature: C Romano, CRNP [signature], Date: 10/11/19

CP1017AL -- AL-1017-Return from Offsite – revision 03/11/10
ADOC Approved

Wexford Health SOURCES INCORPORATED

# Referral Request - ALABAMA

*NOTE: Always send the complete form with the Certification of Services form*

Due 09/2 ~~04-05-19~~ CF

| | | | |
|---|---|---|---|
| Patient: Jones, Cedric | Patient #: 241066 | DOB: [redacted] | Sex: ☒ Male ☐ Female |
| Site: WDCF | Phone: | Fax: | Cost Center: |
| Date of request: 3/28/19 | DOI: | EDR: | |

☒ Off-site ☐ On-site clinic ☐ Telemedicine ☐ Urgent ☒ Routine ☐ Retro request

Responsible party: ☒ Wexford Health ☐ Other: Auth 330 940 112

Service type requested (complete additional applicable fields): ☐ Office Visit ☐ X-ray (XR) :

☐ Scheduled Admission (SA) ☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

Multiple visit treatments: ☐ Radiation Therapy ☐ Chemotherapy ☐ Other : Number of visits/treatments:

Procedure / Test / Specialty Service Requested: prosthetic eye clean + polish (6 months)

Specialist / Facility referred to: Cox Ocular ☐ Initial Visit ☐ Follow-Up #:

Presumed diagnosis: 6 month cleaning

Describe signs and symptoms:

doing well

Date of onset:

Exam data / Objective findings:

(R) eye prosthesis

Lab & x-ray data:

Current medications: MAR

Failed outpatient therapies:

Enrolled in Chronic Care Clinic: ☒ Yes ☐ No Which clinic(s)? HTN

Other diagnosis:

Comments:

| | | |
|---|---|---|
| Site Medical Provider: C Romano, CRNP | Signature: [signature] | Date: 3/28/19 |
| Site Medical Director: | Signature: | Date: |

☐ Proceed with requested service as described above by site director

☐ Alternative Treatment Plan for consideration as described by the RMD

UM sent - 9·5·19
Collegial - 9-6-19
~~to~~ Auth - 9·9·19
Made - 9·9·19
Appt - 10/10/19 @ 8:00

RMD Signature: Date:

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed by Targeted Completion Date, have patient re-e[valuat]ed by practitioner or midlevel practitioner to determine service is still necessary and appropriate.

If an ATP of another service has been recommended by the RMD a new referral form needs to be generated for this service by the site provider and send to the UM Reviewer. For ATP of site provider follow-up, new referral is not indicated.

9-6-19 — 12-6-19

Rev. 4/11/2018 Wexford Health Sources, Ind. PROPRIETARY and CONFIDENTIAL

received Auth 9.9.19



# Provider Consultation Report

(Complete and return in SEALED envelope with Correctional Officer)

**Reference #:** 330940112 **Date of Service:** 10/10/19

**Inmate:** Jones, Cedric **Inmate ID:** 241066 **DOB:** [redacted]

**Facility:** **Facility: ID:** **Phone:**

**Practitioner:** **Practitioner Type:** **Location:**

***** See Attached Certificate of Service for Health Services Authorized *****

*For security reasons inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended tests and treatments are to be scheduled by Wexford.*

Review of Case (Chief complaint, exam findings, etc.):

Clean and polish of right ocular prosthesis. Socket looks good but prosthesis is sticky with some dried mucous. Cedric said he rubbed his eye & prosthesis came out. Under microscope I do not see any places other than a few surface scratches that I buffed out.

Diagnosis and Prescription Suggestions (To be reviewed by Wexford Medical Director):

Can equivalent medication substitution be used? ☐ Yes ☐ No   Follow-up needed? ☒ Yes ☐ No

If follow up needed, explain:

Call for follow up appt.

| Elise Cox Pratt | Elise Cox Pratt | 10.10.19 |
|---|---|---|
| Provider Name (Print) | Provider Signature | Date |

**To be completed by Wexford provider**

Recommendation after review of consultant's report: ◉ No further action ○ Implement the following

Implement:

6 month follow up

| C Romano, CRNP | [signature] | 10/11/19 |
|---|---|---|
| Provider Name (Print) | Provider Signature | Date |

Rev. 5/3/2018

**Wexford Health** SOURCES INCORPORATED

# Referral Request - ALABAMA

**NOTE: Always send the complete form with the Certification of Services form**

Due 09/[illegible] 04056 CF

| | | | |
|---|---|---|---|
| **Patient:** Jones, Cedric | **Patient #:** 241066 | **DOB** [redacted] | **Sex:** ☒ Male ☐ Female |
| **Site:** WDCF | **Phone:** | **Fax:** | **Cost Center:** |
| **Date of request:** 3/28/19 | **DOI:** | | **EDR:** |

☒ **Off-site** ☐ **On-site clinic** ☐ **Telemedicine** ☐ **Urgent** ☒ **Routine** ☐ **Retro request**

**Responsible party:** ☒ Wexford Health ☐ Other:

**Service type requested** (complete additional applicable fields): ☐ Office Visit ☐ X-ray (XR) :
☐ Scheduled Admission (SA) ☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

**Multiple visit treatments:** ☐ Radiation Therapy ☐ Chemotherapy ☐ Other : Number of visits/treatments:

**Procedure / Test / Specialty Service Requested:** prosthetic eye clean + polish (6 months)

**Specialist / Facility referred to:** Cox Ocular ☐ Initial Visit ☐ Follow-Up #:

**Presumed diagnosis:** 6 month cleaning

**Describe signs and symptoms:**

doing well

**Date of onset:**

**Exam data / Objective findings:**

Ⓡ eye prosthesis

**Lab & x-ray data:**

**Current medications:** MAR

**Failed outpatient therapies:**

**Enrolled in Chronic Care Clinic:** ☒ Yes ☐ No **Which clinic(s)?** HTN

**Other diagnosis:**

**Comments:**

| | | |
|---|---|---|
| **Site Medical Provider:** C Romano, CRNP | **Signature:** [signature] | **Date:** 3/28/19 |
| **Site Medical Director:** | **Signature:** | **Date:** |

☐ Proceed with requested service as described above by site director

☐ Alternative Treatment Plan for consideration as described by the RMD

**RMD Signature:** **Date:**

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed by Targeted Completion Date, have patient re-evaluated by practitioner or midlevel practitioner to determine service is still necessary and appropriate.

**If an ATP of another service has been recommended by the RMD a new referral form needs to be generated for this service by the site provider and send to the UM Reviewer. For ATP of site provider follow-up, new referral is not indicated.**

Rev. 4/11/2018 Wexford Health Sources, Ind. PROPRIETARY and CONFIDENTIAL

**Return from Offsite**

Name: Jones, Cedric DOC#: 241069 Date: 3/27/19

Subjective statement of the patient about what transpired: Had a follow up

Documents returned with the patient: Paperwork

Temperature: 98.2 Blood pressure: 156/94, Pulse: 80, RR: 18 $SpO_2$ 99%.

Apparent condition of the patient on return: (Describe any scars, wounds, dressings, casts, etc.) Ø dressings or wounds noted —

Recommended medications: Ø , ,

Need or plans for infirmary admission: Y, (N)?

MD notified of medication recommendations? Y, (N) N/A

Orders for meds received from staff physician? Y, N N/A Circle those meds above which were ordered.

Name of MD notified Roddam, Appointment date to see staff physician for review and follow up: —

Nursing signature: A Hardie LPN, Date: 3/27/19, Time: 1225

MD REVIEW

Any new diagnoses by the consultant: none ,

Recommended tests: none , ,

Other recommendations of the consultant: none

Follow-up visit requested by consultant? (Y), N. When? 6 months

Purpose of follow-up: Clean + polish

Summary review by staff physician:

follow up 6 months

MD signature: C Romano, CRNP, Date: 3/28/19

CP1017AL -- AL-1017-Return from Offsite – revision 03/11/10
ADOC Approved



# Provider Consultation Report

(Complete and return in SEALED envelope with Correctional Officer)

Reference #: 552651881 | Date of Service: 03.27.19

Inmate: Jones, Cedric | Inmate ID: 241066 | DOB: [redacted]

Facility: Cox Ocular | Facility: ID: | Phone:

Practitioner: | Practitioner Type: | Location:

***** See Attached Certificate of Service for Health Services Authorized *****

*For security reasons inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended tests and treatments are to be scheduled by Wexford.*

Review of Case (Chief complaint, exam findings, etc.):

Clean and polish of ocular prosthesis - right eye. Socket looks good. lids slightly red but I think that is due to them saying it had been dry. Cedric states he got some lubricant and it did much better after that.

Diagnosis and Prescription Suggestions (To be reviewed by Wexford Medical Director):

continue artificial tears if he needs them.

Can equivalent medication substitution be used? ☐ Yes ☐ No | Follow-up needed? ☑ Yes ☐ No

If follow up needed, explain:

call for follow up appt.

Else Cox Pratt (Provider Name (Print)) | [signature] (Provider Signature) | 3-27-19 (Date)

**To be completed by Wexford provider**

Recommendation after review of consultant's report: ◉ No further action ○ Implement the following

Implement:

follow up 6 months

C Romano, CRNP (Provider Name (Print)) | CR (Provider Signature) | 3/28/19 (Date)

Rev. 5/3/2018

Wexford Health SOURCES INCORPORATED 3-21-19 Cox Ocular @ 9:3[illegible] Auth: 552 651 881 **Ref[illegible]l Request - ALABAMA**

***NOTE: Always send the complete form with the Certification of Services form***

2-9-1[illegible] C

Patient: Jones, Cedric | Patient #: 241066 | DO[redacted] [redacted]ale ☐ Female

Site: WDCF | Phone: | Fax[redacted]

Date of request: 2/6/19 | DOI: | EDR:

☒ Off-site ☐ On-site clinic ☐ Telemedicine | ☐ Urgent ☒ Routine ☐ Retro request

Responsible party: ☒ Wexford Health ☐ Other:

Service type requested (complete additional applicable fields): ☒ Office Visit ☐ X-ray (XR) :

☐ Scheduled Admission (SA) ☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

Multiple visit treatments: ☐ Radiation Therapy ☐ Chemotherapy ☐ Other : | Number of visits/treatments:

Procedure / Test / Specialty Service Requested: prosthetic eye clean + polish

Specialist / Facility referred to: Cox Ocular | ☐ Initial Visit ☐ Follow-Up #:

Presumed diagnosis: 6 month cleaning

Describe signs and symptoms:

last cleaning May 2018, no symptoms at this time but has had in the past

Date of onset:

Exam data / Objective findings:

(R) eye prosthesis

Lab & x-ray data:

Current medications: MAR

Failed outpatient therapies:

Enrolled in Chronic Care Clinic: ☒ Yes ☐ No | Which clinic(s)? HTN

Other diagnosis:

Comments:

Site Medical Provider: C Romano, CRNP | Signature: CR | Date: 2/6/19

Site Medical Director: | Signature: | Date:

☐ Proceed with requested service as described above by site director

☐ Alternative Treatment Plan for consideration as described by the RMD

RMD Signature: | Date:

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed by Targeted Completion Date, have patient re-evaluated by practitioner or midlevel practitioner to determine service is still necessary and appropriate.

**If an ATP of another service has been recommended by the RMD a new referral form needs to be generated for this service by the site provider and send to the UM Reviewer. For ATP of site provider follow-up, new referral is not indicated.**

Target: 03.29.19 Approved: 02.11.19

Rev. 4/11/2018 Wexford Health Sources, Ind. PROPRIETARY and CONFIDENTIAL

BioReference LABORATORIES
an OPKO Health Company

**FINAL REPORT**

PHYSICIAN
ROMANO, CHRISTY
A5225 - DONALDSON CORRECTIONAL
100 WARRIOR LANE ,
BESSEMER, AL 35023
Acct #: (A5225) MO
P: (205)436-3681

PATIENT
JONES, CEDRIC
DOB: [redacted] Age: 34 Y Sex: M
U/FL: Bed:
Rm:
Inmate ID: 241066
Address: ,
, AL
P:

SAMPLE
Specimen ID: 945145385
Date Of Report: 04/08/2020 13:33
Date Collected: 04/07/2020 11:23
Date Received: 04/08/2020 10:27
North America Eastern Time

Notes: NON FASTING

NOTE: SST tube submitted was inadequately spun. Serum was found to contain RBCs. Certain tests, e.g. Glucose, may be decreased while others e.g. Potassium or LDH may be elevated.

# CLINICAL REPORT

## Clinical Abnormalities Summary:

(May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

**WBC** 3.40 L

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| -------* CHEMISTRY *-------- | | | | | | | |
| Total Protein | 6.8 | | 5.9-8.4 | g/dL | 04/08/20 | 7.1 | 10/08/19 |
| Albumin | 4.1 | | 3.5-5.2 | g/dL | 04/08/20 | 4.5 | 10/08/19 |
| Globulin | 2.7 | | 1.7-3.7 | g/dL | 04/08/20 | 2.6 | 10/08/19 |
| A/G Ratio | 1.5 | | 1.1-2.9 | Ratio | 04/08/20 | 1.7 | 10/08/19 |
| Glucose | 80 | | 70-99 | mg/dL | 04/08/20 | 97 | 10/08/19 |
| Sodium | 138 | | 136-145 | mmol/L | 04/08/20 | 141 | 10/08/19 |
| Potassium | 4.5 | | 3.6-5.6 | mmol/L | 04/08/20 | 3.7 | 10/08/19 |
| Chloride | 101 | | 96-108 | mmol/L | 04/08/20 | 103 | 10/08/19 |
| CO2 | 23 | | 22-29 | mmol/L | 04/08/20 | 29 | 10/08/19 |
| BUN | 11 | | 6-20 | mg/dL | 04/08/20 | 9 | 10/08/19 |
| Creatinine | 0.95 | | 0.67-1.31 | mg/dL | 04/08/20 | 0.81 | 10/08/19 |
| e-GFR | 104 | | >or=60 | mL/min | 04/08/20 | 117 | 10/08/19 |
| e-GFR, African American | 121 | | >or=60 | mL/min | 04/08/20 | 136 | 10/08/19 |
| BUN/Creat Ratio | 11.6 | | 10.0-28.0 | | 04/08/20 | 11.1 | 10/08/19 |
| Calcium | 9.4 | | 8.6-10.4 | mg/dL | 04/08/20 | 9.9 | 10/08/19 |
| Bilirubin, Total | 0.4 | | <1.2 | mg/dL | 04/08/20 | <0.2 | 10/08/19 |
| Alk Phos | 62 | | 40-156 | U/L | 04/08/20 | 53 | 10/08/19 |
| AST | 14 | | <40 | U/L | 04/08/20 | 12 | 10/08/19 |
| ALT | 11 | | <41 | U/L | 04/08/20 | 12 | 10/08/19 |
| -* CARDIOVASCULAR/LIPIDS *-- | | | | | | | |
| Cholesterol | 148 | | <200 | mg/dL | 04/08/20 | 159 | 10/08/19 |
| Triglycerides | 77 | | <150 | mg/dL | 04/08/20 | 99 | 10/08/19 |
| HDL CHOL., DIRECT | 56 | | >40 | mg/dL | 04/08/20 | 58 | 10/08/19 |
| HDL as % of Cholesterol | 38 | | >14 | % | 04/08/20 | 36 | 10/08/19 |
| Evaluation: BELOW AVERAGE RISK | | | | | | | |
| Chol/HDL Ratio | 2.6 | | <7.4 | | 04/08/20 | 2.7 | 10/08/19 |
| Evaluation: BELOW AVERAGE RISK | | | | | | | |

C. Romano, CRNP 4/9/20

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger MD
Laboratory Director

Printed 04/09/2020 08:12

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.



**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| ROMANO, CHRISTY<br>A5225 - DONALDSON CORRECTIONAL<br>100 WARRIOR LANE ,<br>BESSEMER, AL 35023<br>Acct #: (A5225) MO<br>P: (205)436-3681 | JONES, CEDRIC<br>DOB: [redacted] Age: 34 Y Sex: M<br>U/FL: Bed:<br>Rm:<br>Inmate ID: 241066<br>Address: ,<br>, AL<br>P: | Specimen ID: 945145385<br>Date Of Report: 04/08/2020 13:33<br>Date Collected: 04/07/2020 11:23<br>Date Received: 04/08/2020 10:27<br>North America Eastern Time |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| LDL/HDL Ratio | 1.38 | | <3.56 | | 04/08/20 | 1.40 | 10/08/19 |
| NON-HDL CHOLESTEROL | 92 | | <130 | mg/dL | 04/08/20 | 101 | 10/08/19 |
| LDL Cholesterol | 77 | | <100 | mg/dL | 04/08/20 | 81 | 10/08/19 |
| VLDL, CALCULATED | 15 | | 7-32 | mg/dL | 04/08/20 | 20 | 10/08/19 |
| ------* HEMATOLOGY *-------- | | | | | | | |
| WBC | | 3.40 L | 3.66-10.60 | x10(3)/uL | 04/08/20 | 6.09 | 10/08/19 |
| RBC | 5.40 | | 3.94-5.76 | x10(6)/uL | 04/08/20 | 4.82 | 10/08/19 |
| HGB | 15.4 | | 12.0-16.9 | g/dL | 04/08/20 | 13.6 | 10/08/19 |
| HCT | 47.0 | | 34.6-49.6 | % | 04/08/20 | 42.0 | 10/08/19 |
| MCV | 87.0 | | 78.0-98.0 | fL | 04/08/20 | 87.1 | 10/08/19 |
| MCH | 28.5 | | 25.8-33.1 | pg | 04/08/20 | 28.2 | 10/08/19 |
| MCHC | 32.8 | | 31.7-35.3 | g/dL | 04/08/20 | 32.4 | 10/08/19 |
| RDW | 15.3 | | 12.2-15.3 | % | 04/08/20 | 14.5 | 10/08/19 |
| POLYS | 39.3 | | 34.9-75.3 | % | 04/08/20 | 50.3 | 10/08/19 |
| LYMPHS | 46.2 | | 14.0-51.8 | % | 04/08/20 | 37.9 | 10/08/19 |
| MONOS | 12.4 | | 3.5-13.2 | % | 04/08/20 | 8.2 | 10/08/19 |
| EOS | 1.8 | | 0.0-6.2 | % | 04/08/20 | 1.6 | 10/08/19 |
| BASOS | 0.3 | | 0.0-1.0 | % | 04/08/20 | 0.7 | 10/08/19 |
| IMMATURE GRANULOCYTES | 0.0 | | 0.0-1.0 | % | 04/08/20 | 1.3 H | 10/08/19 |
| Platelet Count | 256 | | 140-425 | x10(3)/uL | 04/08/20 | 265 | 10/08/19 |
| MPV | 10.4 | | 8.6-12.1 | fL | 04/08/20 | 10.7 | 10/08/19 |
| -----* MISCELLANEOUS *------ | | | | | | | |
| Hemoglobin A1C | 5.5 | | <5.7 | % | 04/08/20 | 5.5 | 10/08/19 |

HEMOGLOBIN A1c AND eAG REFERENCE RANGES

| A1c(%) | DIABETES CATEGORY* |
|---|---|
| <5.7 | Normal (non-diabetic) |
| 5.7-6.4 | Increased risk of diabetes |
| =>6.5 | Consistent with diabetes |

| A1c(%) | eAG(ESTIMATED AVERAGE PLASMA GLUCOSE)(mg/dL) |
|---|---|
| 6 | 126 |
| 7 | 154 |
| 8 | 183 |
| 9 | 212 |
| 10 | 240 |
| 11 | 269 |
| 12 | 298 |

*recommended ranges-American Diabetes Association(2010)

NOTE: The amount of glycated hemoglobin as measured by the HbA1c test may be overestimated in African Americans and should not be used as the sole parameter of glycemic burden. Similarly, hemolysis, genetic hemoglobin variants and chemically modified hemoglobin derivatives (as seen in renal failure, smoking, aspirin use) may also affect glycated hemoglobin levels.

C Romano, CRNP

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director 4/9/20

Page 2 of 3
Printed 04/09/2020 08:12

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.



BioReference LABORATORIES
an OPKO Health Company

**FINAL REPORT**

PHYSICIAN
ROMANO, CHRISTY
A5225 - DONALDSON CORRECTIONAL
100 WARRIOR LANE ,
BESSEMER, AL 35023
Acct #: (A5225) MO
P: (205)436-3681

PATIENT
JONES, CEDRIC
DOB: [redacted] Age: 34 Y Sex: M
U/FL: Bed:
Rm:
Inmate ID: 241066
Address: ,
, AL
P:

SAMPLE
Specimen ID: 945145385
Date Of Report: 04/08/2020 13:33
Date Collected: 04/07/2020 11:23
Date Received: 04/08/2020 10:27
North America Eastern Time

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| TSH | 1.200 | | 0.<br>234-4.020 | uIU/mL | 04/08/20 | 1.090 | 10/08/19 |
| THYROXINE, FREE (FT4) | 1.02 | | 0.80-1.73 | ng/dL | 04/08/20 | 0.92 | 10/08/19 |

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Page 3 of 3
Printed 04/09/2020 08:12

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

C Romano, CRNP
CR 4/9/20

Exhibit B

BioReference
LABORATORIES
an OPKO Health Company

**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| ROMANO, CHRISTY<br>A5225 - DONALDSON CORRECTIONAL<br>100 WARRIOR LANE ,<br>BESSEMER, AL 35023<br>Acct #: (A5225) MO<br>P: (205)436-3681 | JONES, CEDRIC<br>DOB: [redacted] Age: 33 Y Sex: M<br>U/FL: [redacted] d:<br>Rm:<br>Inmate ID: 241066<br>Address: ,<br>, AL<br>P: | Specimen ID: 944645286<br>Date Of Report: 10/09/2019 17:04<br>Date Collected: 10/08/2019 09:10<br>Date Received: 10/09/2019 12:09<br>North America Eastern Time |

Notes: PATIENT FASTING

## CLINICAL REPORT

### Clinical Abnormalities Summary:

(May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

**IMMATURE GRANULOCYTES** 1.3 H
**Album/creat ratio, urine** 69.0 H

L Johnston, PA-C 10/10/19

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| -------* CHEMISTRY *-------- | | | | | | | |
| Total Protein | 7.1 | | 5.9-8.4 | g/dL | 10/09/19 | 7.2 | 04/30/19 |
| Albumin | 4.5 | | 3.5-5.2 | g/dL | 10/09/19 | 4.3 | 04/30/19 |
| Globulin | 2.6 | | 1.7-3.7 | g/dL | 10/09/19 | 2.9 | 04/30/19 |
| A/G Ratio | 1.7 | | 1.1-2.9 | Ratio | 10/09/19 | 1.5 | 04/30/19 |
| Glucose | 97 | | 70-99 | mg/dL | 10/09/19 | 113 H | 04/30/19 |
| Sodium | 141 | | 136-145 | mmol/L | 10/09/19 | 141 | 04/30/19 |
| Potassium | 3.7 | | 3.6-5.6 | mmol/L | 10/09/19 | 4.0 | 04/30/19 |
| Chloride | 103 | | 96-108 | mmol/L | 10/09/19 | 103 | 04/30/19 |
| CO2 | 29 | | 22-29 | mmol/L | 10/09/19 | 25 | 04/30/19 |
| BUN | 9 | | 6-20 | mg/dL | 10/09/19 | 10 | 04/30/19 |
| Creatinine | 0.81 | | 0.67-1.31 | mg/dL | 10/09/19 | 0.85 | 04/30/19 |
| e-GFR | 117 | | >or=60 | mL/min | 10/09/19 | 115 | 04/30/19 |
| e-GFR, African American | 136 | | >or=60 | mL/min | 10/09/19 | 133 | 04/30/19 |
| BUN/Creat Ratio | 11.1 | | 10.0-28.0 | Ratio | 10/09/19 | 11.8 | 04/30/19 |
| Calcium | 9.9 | | 8.6-10.4 | mg/dL | 10/09/19 | 9.3 | 04/30/19 |
| Bilirubin, Total | <0.2 | | <1.2 | mg/dL | 10/09/19 | 0.2 | 04/30/19 |
| Alk Phos | 53 | | 40-156 | U/L | 10/09/19 | 59 | 04/30/19 |
| AST | 12 | | <40 | U/L | 10/09/19 | 13 | 04/30/19 |
| ALT | 12 | | <41 | U/L | 10/09/19 | 12 | 04/30/19 |
| -* CARDIOVASCULAR/LIPIDS *-- | | | | | | | |
| Cholesterol | 159 | | <200 | mg/dL | 10/09/19 | 154 | 04/30/19 |
| Triglycerides | 99 | | <150 | mg/dL | 10/09/19 | 90 | 04/30/19 |
| HDL CHOL., DIRECT | 58 | | >40 | mg/dL | 10/09/19 | 44 | 04/30/19 |
| HDL as % of Cholesterol | 36 | | >14 | % | 10/09/19 | 29 | 04/30/19 |
| Evaluation: BELOW AVERAGE RISK | | | | | | | |
| Chol/HDL Ratio | 2.7 | | <7.4 | | 10/09/19 | 3.5 | 04/30/19 |
| Evaluation: BELOW AVERAGE RISK | | | | | | | |

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Printed 10/10/2019 07:28

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

BioReference LABORATORIES an OPKO Health Company

**FINAL REPORT**

PHYSICIAN
ROMANO, CHRISTY
A5225 - DONALDSON CORRECTIONAL
100 WARRIOR LANE ,
BESSEMER, AL 35023
Acct #: (A5225) MO
P: (205)436-3681

PATIENT
JONES, CEDRIC
DOB: [redacted] Age: 33 Y Sex: M
U/FL: Bed:
Rm:
Inmate ID: 241066
Address: ,
, AL
P:

SAMPLE
Specimen ID: 944645286
Date Of Report: 10/09/2019 17:04
Date Collected: 10/08/2019 09:10
Date Received: 10/09/2019 12:09
North America Eastern Time

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| LDL/HDL Ratio | 1.40 | | <3.56 | | 10/09/19 | 2.09 | 04/30/19 |
| NON-HDL CHOLESTEROL | 101 | | <130 | mg/dL | 10/09/19 | 110 | 04/30/19 |
| LDL Cholesterol | 81 | | <100 | mg/dL | 10/09/19 | 92 | 04/30/19 |
| VLDL, CALCULATED | 20 | | 7-32 | mg/dL | 10/09/19 | 18 | 04/30/19 |
| ------* HEMATOLOGY *-------- | | | | | | | |
| WBC | 6.09 | | 3.66-10.60 | x10(3)/uL | 10/09/19 | 4.65 | 04/30/19 |
| RBC | 4.82 | | 3.94-5.76 | x10(6)/uL | 10/09/19 | 5.26 | 04/30/19 |
| HGB | 13.6 | | 12.0-16.9 | gm/dL | 10/09/19 | 14.8 | 04/30/19 |
| HCT | 42.0 | | 34.6-49.6 | % | 10/09/19 | 45.1 | 04/30/19 |
| MCV | 87.1 | | 78.0-98.0 | fL | 10/09/19 | 85.7 | 04/30/19 |
| MCH | 28.2 | | 25.8-33.1 | pg | 10/09/19 | 28.1 | 04/30/19 |
| MCHC | 32.4 | | 31.7-35.3 | gm/dL | 10/09/19 | 32.8 | 04/30/19 |
| RDW | 14.5 | | 12.2-15.3 | % | 10/09/19 | 13.5 | 04/30/19 |
| POLYS | 50.3 | | 34.9-75.3 | % | 10/09/19 | 51.2 | 04/30/19 |
| LYMPHS | 37.9 | | 14.0-51.8 | % | 10/09/19 | 40.9 | 04/30/19 |
| MONOS | 8.2 | | 3.5-13.2 | % | 10/09/19 | 5.4 | 04/30/19 |
| EOS | 1.6 | | 0.0-6.2 | % | 10/09/19 | 1.7 | 04/30/19 |
| BASOS | 0.7 | | 0.0-1.0 | % | 10/09/19 | 0.6 | 04/30/19 |
| IMMATURE GRANULOCYTES | | 1.3 H | 0.0-1.0 | % | 10/09/19 | 0.2 | 04/30/19 |
| Platelet Count | 265 | | 140-425 | x10(3)/uL | 10/09/19 | 216 | 04/30/19 |
| MPV | 10.7 | | 8.6-12.1 | fL | 10/09/19 | 10.3 | 04/30/19 |

NOTE: New reference range for Basos, Abs. Count implemented 9-11-19.

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| -----* MISCELLANEOUS *------ | | | | | | | |
| Hemoglobin A1C | 5.5 | | <5.7 | % | 10/09/19 | 6.1 H | 05/28/19 |

L Johnston, PA-C
[signature] 10/10/19

HEMOGLOBIN A1c AND eAG REFERENCE RANGES

| A1c(%) | DIABETES CATEGORY* |
|---|---|
| <5.7 | Normal (non-diabetic) |
| 5.7-6.4 | Increased risk of diabetes |
| =>6.5 | Consistent with diabetes |

| A1c(%) | eAG(ESTIMATED AVERAGE PLASMA GLUCOSE)(mg/dL) |
|---|---|
| 6 | 126 |
| 7 | 154 |
| 8 | 183 |
| 9 | 212 |
| 10 | 240 |
| 11 | 269 |
| 12 | 298 |

*recommended ranges-American Diabetes Association(2010)

NOTE: The amount of glycated hemoglobin as measured by the HbA1c test may be overestimated in African Americans and should not be used as the sole parameter of glycemic burden.

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Printed 10/10/2019 07:28

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

BioReference LABORATORIES
an OPKO Health Company

**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| ROMANO, CHRISTY<br>A5225 - DONALDSON CORRECTIONAL<br>100 WARRIOR LANE ,<br>BESSEMER, AL 35023<br>Acct #: (A5225) MO<br>P: (205)436-3681 | JONES, CEDRIC<br>DOB: [redacted] Age: 33 Y Sex: M<br>U/FL: Bed:<br>Rm:<br>Inmate ID: 241066<br>Address: ,<br>, AL<br>P: | Specimen ID: 944645286<br>Date Of Report: 10/09/2019 17:04<br>Date Collected: 10/08/2019 09:10<br>Date Received: 10/09/2019 12:09<br>North America Eastern Time |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| Similarly, hemolysis, genetic hemoglobin variants and chemically modified hemoglobin derivatives (as seen in renal failure, smoking, aspirin use) may also affect glycated hemoglobin levels. | | | | | | | |
| TSH | 1.090 | | 0.234-4.020 | uIU/mL | 10/09/19 | 1.340 | 04/30/19 |
| NOTE: New reference range for TSH implemented on 9-16-19. | | | | | | | |
| THYROXINE, FREE (FT4) | 0.92 | | 0.80-1.73 | ng/dL | 10/09/19 | 1.06 | 04/30/19 |
| CREAT.URN.TIMED/RAND | 17.4 | | Not Estab. | mg/dL | 10/09/19 | | |
| Album/creat ratio, urine | | 69.0 H | <30.0 | mg/g creat | 10/09/19 | | |
| The reported value for MICROALB CREAT RATIO is based on the method limit for the MICROALBUMIN assay. | | | | | | | |
| MICROALBUMIN,RANDOM | <1.2 | | Not Estab. | mg/dL | 10/09/19 | | |
| NOTE: Specimen submitted is LIPEMIC. This may cause inaccurate results. Please resubmit a fasting specimen at your earliest convenience. | | | | | | | |

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Printed 10/10/2019 07:28

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

Exhibit B

BioReference LABORATORIES an OPKO Health Company

**FINAL REPORT**

PHYSICIAN
JOHNSTON, LUCY
A5225 - DONALDSON CORRECTIONAL
100 WARRIOR LANE ,
BESSEMER, AL 35023
Acct #: (A5225) MO
P: (205)436-3681

PATIENT
JONES, CEDRIC
DOB: [redacted] Age: 33 Y Sex: M
U/FL [redacted] Bed:
Rm:
Inmate ID: 241066
Address: ,
, AL
P:

SAMPLE
Specimen ID: 944290317
Date Of Report: 05/30/2019 13:00
Date Collected: 05/28/2019 16:02
Date Received: 05/30/2019 11:54
*North America Eastern Time*

Notes: NON FASTING

## CLINICAL REPORT

**Clinical Abnormalities Summary:** (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

**Hemoglobin A1C** 6.1 H

Johnston PA2 6/3/19

**-----* MISCELLANEOUS *------**

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| **Hemoglobin A1C** | | *6.1 H* | <5.7 | % | 05/30/19 | | |

HEMOGLOBIN A1c AND eAG REFERENCE RANGES

| A1c(%) | DIABETES CATEGORY* |
|---|---|
| <5.7 | Normal (non-diabetic) |
| 5.7-6.4 | Increased risk of diabetes |
| =>6.5 | Consistent with diabetes |

| A1c(%) | eAG(ESTIMATED AVERAGE PLASMA GLUCOSE)(mg/dL) |
|---|---|
| 6 | 126 |
| 7 | 154 |
| 8 | 183 |
| 9 | 212 |
| 10 | 240 |
| 11 | 269 |
| 12 | 298 |

*recommended ranges-American Diabetes Association(2010)

NOTE: The amount of glycated hemoglobin as measured by the HbA1c test may be overestimated in African Americans and should not be used as the sole parameter of glycemic burden. Similarly, hemolysis, genetic hemoglobin variants and chemically modified hemoglobin derivatives (as seen in renal failure, smoking, aspirin use) may also affect glycated hemoglobin levels.

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Page 1 of 1
Printed 06/03/2019 08:47

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.



BioReference LABORATORIES an OPKO Health Company

**FINAL REPORT**

PHYSICIAN
JOHNSTON, LUCY
A5225 - DONALDSON CORRECTIONAL
100 WARRIOR LANE ,
BESSEMER, AL 35023
Acct #: (A5225) MO
P: (205)436-3681

PATIENT
JONES, CEDRIC
DOB: [redacted] Age: 33 Y Sex: M
U/FL: Bed:
Rm:
Inmate ID: 241066
Address: ,
, AL
P:

SAMPLE
Specimen ID: 944215217
Date Of Report: 05/01/2019 15:46
Date Collected: 04/30/2019 10:48
Date Received: 05/01/2019 11:41
North America Eastern Time

Notes: NON FASTING

## CLINICAL REPORT

**Clinical Abnormalities Summary:** (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

Glucose 113 H

L Johnston, PA-C 5/6/19

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| -------* CHEMISTRY *-------- | | | | | | | |
| Total Protein | 7.2 | | 5.9-8.4 | g/dL | 05/01/19 | 7.4 | 11/06/18 |
| Albumin | 4.3 | | 3.5-5.2 | g/dL | 05/01/19 | 4.7 | 11/06/18 |
| Globulin | 2.9 | | 1.7-3.7 | g/dL | 05/01/19 | 2.7 | 11/06/18 |
| A/G Ratio | 1.5 | | 1.1-2.9 | Ratio | 05/01/19 | 1.7 | 11/06/18 |
| **Glucose** | | 113 H | 70-99 | mg/dL | 05/01/19 | 83 | 11/06/18 |
| Sodium | 141 | | 136-145 | mmol/L | 05/01/19 | 137 | 11/06/18 |
| Potassium | 4.0 | | 3.6-5.6 | mmol/L | 05/01/19 | 4.9 | 11/06/18 |
| Chloride | 103 | | 96-108 | mmol/L | 05/01/19 | 97 | 11/06/18 |
| CO2 | 25 | | 22-29 | mmol/L | 05/01/19 | 27 | 11/06/18 |
| BUN | 10 | | 6-20 | mg/dL | 05/01/19 | 18 | 11/06/18 |
| Creatinine | 0.85 | | 0.67-1.31 | mg/dL | 05/01/19 | 1.06 | 11/06/18 |
| e-GFR | 115 | | >or=60 | mL/min | 05/01/19 | 92 | 11/06/18 |
| e-GFR, African American | 133 | | >or=60 | mL/min | 05/01/19 | 107 | 11/06/18 |
| BUN/Creat Ratio | 11.8 | | 10.0-28.0 | Ratio | 05/01/19 | 17.0 | 11/06/18 |
| Calcium | 9.3 | | 8.6-10.4 | mg/dL | 05/01/19 | 9.8 | 11/06/18 |
| Bilirubin, Total | 0.2 | | <1.2 | mg/dL | 05/01/19 | 0.2 | 11/06/18 |
| Alk Phos | 59 | | 40-156 | U/L | 05/01/19 | 59 | 11/06/18 |
| AST | 13 | | <40 | U/L | 05/01/19 | 16 | 11/06/18 |
| ALT | 12 | | <41 | U/L | 05/01/19 | 19 | 11/06/18 |
| -* CARDIOVASCULAR/LIPIDS *-- | | | | | | | |
| Cholesterol | 154 | | <200 | mg/dL | 05/01/19 | 169 | 11/06/18 |
| Triglycerides | 90 | | <150 | mg/dL | 05/01/19 | 149 | 11/06/18 |
| HDL CHOL., DIRECT | 44 | | >40 | mg/dL | 05/01/19 | 45 | 11/06/18 |
| HDL as % of Cholesterol | 29 | | >14 | % | 05/01/19 | 27 | 11/06/18 |
| Evaluation: BELOW AVERAGE RISK | | | | | | | |
| Chol/HDL Ratio | 3.5 | | <7.4 | | 05/01/19 | 3.8 | 11/06/18 |
| Evaluation: BELOW AVERAGE RISK | | | | | | | |
| LDL/HDL Ratio | 2.09 | | <3.56 | | 05/01/19 | 2.09 | 11/06/18 |
| NON-HDL CHOLESTEROL | 110 | | <130 | mg/dL | 05/01/19 | | |
| LDL Cholesterol | 92 | | <100 | mg/dL | 05/01/19 | 94 | 11/06/18 |

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Page 1 of 2
Printed 05/06/2019 08:26

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.



**FINAL REPORT**

PHYSICIAN
JOHNSTON, LUCY
A5225 - DONALDSON CORRECTIONAL
100 WARRIOR LANE ,
BESSEMER, AL 35023
Acct #: (A5225) MO
P: (205)436-3681

PATIENT
JONES, CEDRIC
DOB: [redacted] Age: 33 Y Sex: M
U/FL: Bed:
Rm:
Inmate ID: 241066
Address: ,
, AL
P:

SAMPLE
Specimen ID: 944215217
Date Of Report: 05/01/2019 15:46
Date Collected: 04/30/2019 10:48
Date Received: 05/01/2019 11:41
North America Eastern Time

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| VLDL, CALCULATED | 18 | | 7-32 | mg/dL | 05/01/19 | 30 | 11/06/18 |
| ------* HEMATOLOGY *-------- | | | | | | | |
| WBC | 4.65 | | 3.66-10.60 | x10(3)/uL | 05/01/19 | 3.83 | 11/06/18 |
| RBC | 5.26 | | 3.94-5.76 | x10(6)/uL | 05/01/19 | 5.73 | 11/06/18 |
| HGB | 14.8 | | 12.0-16.9 | gm/dL | 05/01/19 | 15.9 | 11/06/18 |
| HCT | 45.1 | | 34.6-49.6 | % | 05/01/19 | 49.4 | 11/06/18 |
| MCV | 85.7 | | 78.0-98.0 | fL | 05/01/19 | 86.2 | 11/06/18 |
| MCH | 28.1 | | 25.8-33.1 | pg | 05/01/19 | 27.7 | 11/06/18 |
| MCHC | 32.8 | | 31.7-35.3 | gm/dL | 05/01/19 | 32.2 | 11/06/18 |
| RDW | 13.5 | | 12.2-15.3 | % | 05/01/19 | 14.2 | 11/06/18 |
| POLYS | 51.2 | | 34.9-75.3 | % | 05/01/19 | 35.9 | 11/06/18 |
| LYMPHS | 40.9 | | 14.0-51.8 | % | 05/01/19 | 53.0 H | 11/06/18 |
| MONOS | 5.4 | | 3.5-13.2 | % | 05/01/19 | 7.8 | 11/06/18 |
| EOS | 1.7 | | 0.0-6.2 | % | 05/01/19 | 2.3 | 11/06/18 |
| BASOS | 0.6 | | 0.0-1.0 | % | 05/01/19 | 1.0 | 11/06/18 |
| IMMATURE GRANULOCYTES | 0.2 | | 0.0-1.0 | % | 05/01/19 | 0.0 | 11/06/18 |
| Platelet Count | 216 | | 140-425 | x10(3)/uL | 05/01/19 | 320 | 11/06/18 |
| MPV | 10.3 | | 8.6-12.1 | fL | 05/01/19 | 10.0 | 11/06/18 |
| -----* MISCELLANEOUS *------ | | | | | | | |
| TSH | 1.340 | | 0.178-4.530 | uIU/mL | 05/01/19 | 2.380 | 11/06/18 |
| THYROXINE, FREE (FT4) | 1.06 | | 0.80-1.73 | ng/dL | 05/01/19 | 1.01 | 11/06/18 |

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Printed 05/06/2019 08:26

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

 

**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| BUTLER, J<br>A5225 - DONALDSON CORRECTIONAL<br>100 WARRIOR LANE ,<br>BESSEMER, AL 35023<br>Acct #: (A5225) MO<br>P: (205)436-3681 | JONES, CEDRIC<br>DOB: [redacted] Age: 32 Y Sex: M<br>U/FL: Bed:<br>Rm:<br>Inmate ID: 241066<br>Address: ,<br>, AL<br>P: | Specimen ID: 943771465<br>Date Of Report: 11/07/2018 12:19<br>Date Collected: 11/06/2018 12:58<br>Date Received: 11/07/2018 10:59<br>*North America Eastern Time* |

Notes: NON FASTING

## CLINICAL REPORT

**Clinical Abnormalities Summary:** (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | | | |
|---|---|---|---|
| LYMPHS | 53.0 H | NUCLEATED RED BLOOD CELLS | 0.5 H |
| THYROXINE(T4) | 4.6 L | | |

-------* CHEMISTRY *--------

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| Total Protein | 7.4 | | 5.9-8.4 | g/dL | 11/07/18 | 7.3 | 04/03/18 |
| Albumin | 4.7 | | 3.5-5.2 | g/dL | 11/07/18 | 4.5 | 04/03/18 |
| Globulin | 2.7 | | 1.7-3.7 | g/dL | 11/07/18 | 2.8 | 04/03/18 |
| A/G Ratio | 1.7 | | 1.1-2.9 | | 11/07/18 | 1.6 | 04/03/18 |
| Glucose | 83 | | 70-99 | mg/dL | 11/07/18 | 80 | 04/03/18 |
| Sodium | 137 | | 136-145 | mmol/L | 11/07/18 | 140 | 04/03/18 |
| Potassium | 4.9 | | 3.6-5.6 | mmol/L | 11/07/18 | 4.2 | 04/03/18 |
| Chloride | 97 | | 96-108 | mmol/L | 11/07/18 | 99 | 04/03/18 |
| CO2 | 27 | | 22-29 | mmol/L | 11/07/18 | 27 | 04/03/18 |
| BUN | 18 | | 6-20 | mg/dL | 11/07/18 | 11 | 04/03/18 |
| Creatinine | 1.06 | | 0.67-1.31 | mg/dL | 11/07/18 | 0.77 | 04/03/18 |
| e-GFR | 92 | | >or=60 | mL/min | 11/07/18 | 120 | 04/03/18 |
| e-GFR, African American | 107 | | >or=60 | mL/min | 11/07/18 | 139 | 04/03/18 |
| BUN/Creat Ratio | 17.0 | | 10.0-28.0 | | 11/07/18 | 14.3 | 04/03/18 |
| Calcium | 9.8 | | 8.6-10.4 | mg/dL | 11/07/18 | 9.9 | 04/03/18 |
| Uric Acid | 5.6 | | 3.4-8.5 | mg/dL | 11/07/18 | 3.2 L | 04/03/18 |
| Iron | 158 | | 59-158 | ug/dL | 11/07/18 | 91 | 04/03/18 |
| Bilirubin, Total | 0.2 | | <1.2 | mg/dL | 11/07/18 | 0.4 | 04/03/18 |
| LD | 166 | | 135-225 | U/L | 11/07/18 | 181 | 04/03/18 |
| Alk Phos | 59 | | 40-156 | U/L | 11/07/18 | 57 | 04/03/18 |
| AST | 16 | | <40 | U/L | 11/07/18 | 11 | 04/03/18 |
| PHOSPHORUS | 3.5 | | 2.7-4.5 | mg/dL | 11/07/18 | 4.2 | 04/03/18 |
| ALT | 19 | | <41 | U/L | 11/07/18 | 10 | 04/03/18 |
| GGTP | 35 | | 10-71 | U/L | 11/07/18 | 22 | 04/03/18 |
| -* CARDIOVASCULAR/LIPIDS *-- | | | | | | | |
| Cholesterol | 169 | | <200 | mg/dL | 11/07/18 | 158 | 04/03/18 |
| Triglycerides | 149 | | <150 | mg/dL | 11/07/18 | 78 | 04/03/18 |
| HDL CHOL., DIRECT | 45 | | >40 | mg/dL | 11/07/18 | 47 | 04/03/18 |
| HDL as % of Cholesterol | 27 | | >14 | % | 11/07/18 | 30 | 04/03/18 |

Evaluation: BELOW AVERAGE RISK

11/08/18

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Page 1 of 2
Printed 11/07/2018 13:36

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

 

BioReference
LABORATORIES
an OPKO Health Company

**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| BUTLER, J<br>A5225 - DONALDSON CORRECTIONAL<br>100 WARRIOR LANE ,<br>BESSEMER, AL 35023<br>Acct #: (A5225) MO<br>P: (205)436-3681 | JONES, CEDRIC<br>DOB: [redacted] Age: 32 Y Sex: M<br>U/FL: Bed:<br>Rm:<br>Inmate ID: 241066<br>Address: ,<br>, AL<br>P: | Specimen ID: 943771465<br>Date Of Report: 11/07/2018 12:19<br>Date Collected: 11/06/2018 12:58<br>Date Received: 11/07/2018 10:59<br>*North America Eastern Time* |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| Chol/HDL Ratio | 3.8 | | <7.4 | | 11/07/18 | *3.4* | 04/03/18 |
| Evaluation: BELOW AVERAGE RISK | | | | | | | |
| LDL/HDL Ratio | 2.09 | | <3.56 | | 11/07/18 | *2.02* | 04/03/18 |
| LDL Cholesterol | 94 | | <100 | mg/dL | 11/07/18 | *95* | 04/03/18 |
| VLDL, CALCULATED | 30 | | 7-32 | mg/dL | 11/07/18 | *16* | 04/03/18 |
| ------* HEMATOLOGY *-------- | | | | | | | |
| WBC | 3.83 | | 3.66-10.60 | x10(3)/uL | 11/07/18 | *6.48* | 04/03/18 |
| RBC | 5.73 | | 3.94-5.76 | x10(6)/uL | 11/07/18 | *5.19* | 04/03/18 |
| HGB | 15.9 | | 12.0-16.9 | gm/dL | 11/07/18 | *14.2* | 04/03/18 |
| HCT | 49.4 | | 34.6-49.6 | % | 11/07/18 | *45.0* | 04/03/18 |
| MCV | 86.2 | | 78.0-98.0 | fL | 11/07/18 | *86.7* | 04/03/18 |
| MCH | 27.7 | | 25.8-33.1 | pg | 11/07/18 | *27.4* | 04/03/18 |
| MCHC | 32.2 | | 31.7-35.3 | gm/dL | 11/07/18 | *31.6* | 04/03/18 |
| RDW | 14.2 | | 12.2-15.3 | % | 11/07/18 | *14.3* | 04/03/18 |
| POLYS | 35.9 | | 34.9-75.3 | % | 11/07/18 | *50.5* | 04/03/18 |
| **LYMPHS** | | *53.0 H* | 14.0-51.8 | % | 11/07/18 | *41.4* | 04/03/18 |
| MONOS | 7.8 | | 3.5-13.2 | % | 11/07/18 | *6.5* | 04/03/18 |
| EOS | 2.3 | | 0.0-6.2 | % | 11/07/18 | *0.8* | 04/03/18 |
| BASOS | 1.0 | | 0.0-1.0 | % | 11/07/18 | *0.5* | 04/03/18 |
| **NUCLEATED RED BLOOD CELLS** | | *0.5 H* | 0.0-0.4 | /100 WBC | 11/07/18 | | |
| IMMATURE GRANULOCYTES | 0.0 | | 0.0-1.0 | % | 11/07/18 | *0.3* | 04/03/18 |
| Platelet Count | 320 | | 140-425 | x10(3)/uL | 11/07/18 | *254* | 04/03/18 |
| MPV | 10.0 | | 8.6-12.1 | fL | 11/07/18 | *10.2* | 04/03/18 |
| -----* MISCELLANEOUS *------ | | | | | | | |
| TSH | 2.380 | | 0.178-4.530 | uIU/mL | 11/07/18 | *3.050* | 04/03/18 |
| **THYROXINE(T4)** | | *4.6 L* | 4.9-12.9 | ug/dL | 11/07/18 | *6.8* | 04/03/18 |
| T3 UPTAKE (T3U) | 34.9 | | 24.3-39.0 | % | 11/07/18 | *34.3* | 04/03/18 |
| THYROXINE, FREE (FT4) | 1.01 | | 0.80-1.73 | ng/dL | 11/07/18 | *1.36* | 04/03/18 |
| FREE T4 INDEX | 1.6 | | 1.5-3.8 | | 11/07/18 | *2.3* | 04/03/18 |
| T3 (THYRONINE), TOTAL | 72 | | 72-180 | ng/dL | 11/07/18 | *144* | 04/03/18 |

NOTE: Specimen submitted is LIPEMIC. This may cause inaccurate results.
Please resubmit a fasting specimen at your earliest convenience.

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Page 2 of 2
Printed 11/07/2018 13:36

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

107 of 143

Exhibit B

GE MAC1200 JONES, CEDRIC 000241966, DONALDSON CORRECTIONAL_INFIRMARY
32 Years

HR 79bpm

Measurement Results:

| | | |
|---|---|---|
| QRS | | 98 ms |
| QT/QTcB | 340 / | 389 ms |
| PR | | 118 ms |
| P | : | 94 ms |
| RR/PP | : 750 / | 755 ms |
| P/QRS/T | : 62/ 76/ | 29 degrees |

-90 aUR aUL 0 I III +90 II aUF

< P
< T
< QRS

Interpretation:
12SL - Interpretation:
Normal sinus rhythm
Normal ECG

J Johnston
11/19/18

Refer. Physician :
Technician : NO OVERREAD, CMPD

Unconfirmed report.

I AUR U1 U4
II AUL U2 U5
III AUF U3 U6
II

Cart# 2829 Site# 32
Nov/16/2018 16:43:17 25mm/s 10mm/mU ADS 60Hz 0.08 - 150Hz 4x2 SR1 12 Lead U6.2 M12i (6) 12SL®v231

P/N 2009828-061 Vital Signs™ PRINTED IN U.S.A.

Exhibit B



Sapphire
eMAR

A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/02/2019 STOP 04/29/2020 RX 18087483 NA | **Artificial Tears 1.4% - KOP** SUB FOR: POLYVINYL ALCOHOL *NF EXP 04/29/2020* - INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED - ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 11/24/2019 STOP 05/21/2020 RX 18613596 NA | **Genteal PM Ophth Oint - KOP** *NF EXP 05/21/2020* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 03/20/2020 STOP 09/15/2020 RX 31808929 NA | **HCTZ 25mg Tablet - KOP** SUB FOR: HYDRODIURIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION VITAL | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 06/25/2019 STOP 06/24/2020 RX 1254065 | **GLUCOSE** Take/Perform ONCE DAILY WEEKLY ON DAY(S) TUESDAY - JOHNSTON, LUCY - [MEDICAL] | 04:00 | | | LH N | | | | | | | JM N | | | | | | | LH N | | | | | | | JH N | | | | | | | LH N |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/25/2019 STOP 04/21/2020 RX 18214370 NA | **amLODIPine 10mg Tablet - KOP** SUB FOR: NORVASC DISCONTINUED - 4/7/2020 8:20:30 AM TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME |
|---|---|
| JH | HOLLIDAY, JESSICA |
| JM | MURPHREE, JOSH |
| LH | HYLTON, LINDA |

**Diagnosis** Essential (primary) hypertension, Prediabetes, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**Agency** DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M **Alt Num** **SSN**

**N - N1 - 102A -**
**JONES, CEDRIC - 00241066**

**March 2020**
**PAGE 1 OF 2**

Exhibit B

Sapphire eMAR

A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/07/2019 | **HCTZ 25mg Tablet - KOP** SUB FOR: HYDRODIURIL | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 04/03/2020 | **DISCONTINUED - 3/20/2020 8:36:04 AM** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 17740801 | TAKE 1 TABLET(S) ORALLY ONCE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NA | ROMANO, CHRISTY - [MEDICAL] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/25/2019 | **Lisinopril 40mg Tablet - KOP** SUB FOR: PRINIVIL | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 04/21/2020 | **DISCONTINUED - 4/7/2020 8:18:46 AM** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 18214379 | TAKE 1 TABLET(S) ORALLY ONCE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NA | ROMANO, CHRISTY - [MEDICAL] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| JH | HOLLIDAY, JESSICA | | | | | | | | |
| JM | MURPHREE, JOSH | | | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Prediabetes, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY **Agency** DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M **Alt Num** **SSN**
**N - N1 - [redacted]**
**JONES, CEDRIC - 00241066**

**March 2020**
**PAGE 2 OF 2**

Exhibit B

Sapphire eMAR

A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
(DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/25/2019 STOP 04/21/2020 RX 18214370 NA | **amLODIPine 10mg Tablet - KOP** SUB FOR: NORVASC<br>TAKE 1 TABLET(S) ORALLY ONCE DAILY -<br>ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 11/02/2019 STOP 04/29/2020 RX 18087483 NA | **Artificial Tears 1.4% - KOP** SUB FOR: POLYVINYL ALCOHOL<br>*NF EXP 04/29/2020* - INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED -<br>ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 11/24/2019 STOP 05/21/2020 RX 18613596 NA | **Genteal PM Ophth Oint - KOP**<br>*NF EXP 05/21/2020* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY -<br>ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 10/07/2019 STOP 04/03/2020 RX 17740801 NA | **HCTZ 25mg Tablet - KOP** SUB FOR: HYDRODIURIL<br>TAKE 1 TABLET(S) ORALLY ONCE DAILY -<br>ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 10/25/2019 STOP 04/21/2020 RX 18214379 NA | **Lisinopril 40mg Tablet - KOP** SUB FOR: PRINIVIL<br>TAKE 1 TABLET(S) ORALLY ONCE DAILY -<br>ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| CN | NETHERY, CATHERINE | | | | | | | | |
| JC | CARTER, JILL | | | | | | | | |
| JM | MURPHREE, JOSH | | | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M **Alt Num** **Agency** DONALDSON CORR FACILITY **SSN**
**N - N1 - 102A -**
**JONES, CEDRIC - 00241066**

**February 2020**
**PAGE 1 OF 2**

Exhibit B

111 of 143



A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION VITAL | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 06/25/2019 STOP 06/24/2020 RX 1254065 | GLUCOSE<br>Take/Perform ONCE DAILY WEEKLY ON DAY(S) TUESDAY -<br>JOHNSTON, LUCY - [MEDICAL] | 04:00 | | | | LH 108 | | | | | | | JC N | | | | | | | JM N | | | | | | | CN N | | | | | | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| CN | NETHERY, CATHERINE | | | | | | | | |
| JC | CARTER, JILL | | | | | | | | |
| JM | MURPHREE, JOSH | | | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**Agency** DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M **Alt Num** **SSN**
**N - N1 - 102A -**
**JONES, CEDRIC - 00241066**
**February 2020**
**PAGE 2 OF 2**

Exhibit B

112 of 143

..UTES
..D
MISSED
..: REFUSED
N: NO SHOW
C: COMPLETED

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

..ATION

**..ODIPine 10mg Tablet - KOP**
..UB FOR: NORVASC
START 10/25/.. STOP 04/21/2020 RX 18214370 NA
TAKE 1 TABLET(S) ORALLY ONCE DAILY -
ROMANO, CHRISTY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:00 | | | | | | | | | | | | | | | | | | | | | | | AH | | | | | SH | | | |
| QUANTITY GIVEN | | | | | | | | | | | | | | | | | | | | | | | AH 1 | | | | | SH 30 | | | |
| DAYS TO LAST | | | | | | | | | | | | | | | | | | | | | | | AH 1 | | | | | SH 30 | | | |

**Artificial Tears 1.4% - KOP**
SUB FOR: POLYVINYL ALCOHOL
START 11/02/2019 STOP 04/29/2020 RX 18087483 NA
*NF EXP 04/29/2020* - INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED -
ROMANO, CHRISTY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:00 | | | | | | | | | | | | | | | | | | | | | | | AH | | | | | SH | | | |
| QUANTITY GIVEN | | | | | | | | | | | | | | | | | | | | | | | AH 1 | | | | | SH 1 | | | |
| DAYS TO LAST | | | | | | | | | | | | | | | | | | | | | | | AH 30 | | | | | SH 30 | | | |

**Genteal PM Ophth Oint - KOP**
START 11/24/2019 STOP 05/21/2020 RX 18613596 NA
*NF EXP 05/21/2020* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY -
ROMANO, CHRISTY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:00 | | | | | | | | | | | | | | | | | | | | | | | AH | | | | | | | | |
| QUANTITY GIVEN | | | | | | | | | | | | | | | | | | | | | | | AH 1 | | | | | | | | |
| DAYS TO LAST | | | | | | | | | | | | | | | | | | | | | | | AH 30 | | | | | | | | |

**HCTZ 25mg Tablet - KOP**
SUB FOR: HYDRODIURIL
START 10/07/2019 STOP 04/03/2020 RX 17740801 NA
TAKE 1 TABLET(S) ORALLY ONCE DAILY -
ROMANO, CHRISTY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:00 | | | | | | | | | | | | | | | | | | | | | | | AH | | | | | SH | | | |
| QUANTITY GIVEN | | | | | | | | | | | | | | | | | | | | | | | AH 1 | | | | | SH 30 | | | |
| DAYS TO LAST | | | | | | | | | | | | | | | | | | | | | | | AH 1 | | | | | SH 30 | | | |

**Lisinopril 40mg Tablet - KOP**
SUB FOR: PRINIVIL
START 10/25/2019 STOP 04/21/2020 RX 18214379 NA
TAKE 1 TABLET(S) ORALLY ONCE DAILY -
ROMANO, CHRISTY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:00 | | | | | | | | | | | | | | | | | | | | | | | AH | | | | | SH | | | |
| QUANTITY GIVEN | | | | | | | | | | | | | | | | | | | | | | | AH 1 | | | | | SH 30 | | | |
| DAYS TO LAST | | | | | | | | | | | | | | | | | | | | | | | AH 1 | | | | | SH 30 | | | |

| INIT | FULL NAME |
|---|---|
| AH | HORTON, ANDREA |
| JC | CARTER, JILL |
| LH | HYLTON, LINDA |
| SH | HACKWORTH, SANDRA |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**Agency** DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M **Alt Num** **SSN**
**N - N1 - 102A -**
**JONES, CEDRIC - 00241066**
**January 2020**
**PAGE 1 OF 2**

Exhibit B



A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## EDICATION

| EFFECTIVE DATES | MEDICATION VITAL | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 06/25/2019 | GLUCOSE | 04:00 | | | | | | | LH N | | | | | | | LH N | | | | | | | JC R | | | | | | | JC R | | | |
| STOP 06/24/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 1254065 | Take/Perform ONCE DAILY WEEKLY ON DAY(S) TUESDAY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | JOHNSTON, LUCY - [MEDICAL] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HORTON, ANDREA | | | | | | | | |
| JC | CARTER, JILL | | | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |
| SH | HACKWORTH, SANDRA | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY **Agency** DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M **Alt Num** **SSN**
**N - N1 - 102A -**
**JONES, CEDRIC - 00241066**

**January 2020**
**PAGE 2 OF 2**

Exhibit B

114 of 143

Exhibit B

Sapphire ...TION

...ENT
...E NOTES
...HELD
...: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ...Pine 10mg Tablet - KOP<br>...: NORVASC | 10:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH |
| 04/21/2020 | | QUANTITY GIVEN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH 30 |
| RX 18214370 | TAKE 1 TABLET(S) ORALLY ONCE DAILY - | DAYS TO LAST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH 30 |
| NA | ROMANO, CHRISTY - [MEDICAL] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/02/2019 | Artificial Tears 1.4% - KOP<br>SUB FOR: POLYVINYL ALCOHOL | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 04/29/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 18087483 | *NF EXP 04/29/2020* - INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NA | ROMANO, CHRISTY - [MEDICAL] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/24/2019 | Genteal PM Ophth Oint - KOP | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 05/21/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 18613596 | *NF EXP 05/21/2020* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NA | ROMANO, CHRISTY - [MEDICAL] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/07/2019 | HCTZ 25mg Tablet - KOP<br>SUB FOR: HYDRODIURIL | 10:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH |
| STOP 04/03/2020 | | QUANTITY GIVEN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH 30 |
| RX 17740801 | TAKE 1 TABLET(S) ORALLY ONCE DAILY - | DAYS TO LAST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH 30 |
| NA | ROMANO, CHRISTY - [MEDICAL] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/25/2019 | Lisinopril 40mg Tablet - KOP<br>SUB FOR: PRINIVIL | 10:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH |
| STOP 04/21/2020 | | QUANTITY GIVEN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH 30 |
| RX 18214379 | TAKE 1 TABLET(S) ORALLY ONCE DAILY - | DAYS TO LAST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH 30 |
| NA | ROMANO, CHRISTY - [MEDICAL] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HORTON, ANDREA | JH | HOLLIDAY, JESSICA | | | | | | |
| CN | NETHERY, CATHERINE | LH | HYLTON, LINDA | | | | | | |
| FR | RAMIREZ, FRANCISCA | | | | | | | | |
| JC | CARTER, JILL | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M **Alt Num** **Agency** DONALDSON CORR FACILITY **SSN**

**C - C29 - 1A -**

**JONES, CEDRIC - 00241066**

**December 2019**

**PAGE 1 OF 2**



SENT
EE NOTES
HELD
I: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

Sapphire
MEDICATION VITAL

06/24/2020
RX
1254065
Take/Perform ONCE DAILY WEEKLY ON DAY(S) TUESDAY
-
JOHNSTON, LUCY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04:00 | | | JC N | | | | | | | LH N | | | | | | | JH N | | | | | | | CN N | | | | | | | FR N |

EFFECTIVE DATES

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATES

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATES

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATES

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME |
|---|---|
| AH | HORTON, ANDREA |
| CN | NETHERY, CATHERINE |
| FR | RAMIREZ, FRANCISCA |
| JC | CARTER, JILL |

| INIT | FULL NAME |
|---|---|
| JH | HOLLIDAY, JESSICA |
| LH | HYLTON, LINDA |

| INIT | FULL NAME |
|---|---|

| INIT | FULL NAME |
|---|---|

| INIT | FULL NAME |
|---|---|

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M **Alt Num** **Agency** DONALDSON CORR FACILITY
**SSN**
**C - C29 - 1A -**
**JONES, CEDRIC - 00241066**
**December 2019**
**PAGE 2 OF 2**

Exhibit B



**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

**EFFECTIVE DATES:** START 10/25/2019 · STOP 04/21/2020 · RX 18214370 · NA

**MEDICATION:** amLODIPine 10mg Tablet - KOP
SUB FOR: NORVASC
TAKE 1 TABLET(S) ORALLY ONCE DAILY -
ROMANO, CHRISTY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04:00 | JC N | JC N | LH N | LH | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10:00 | | | | RP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QUANTITY GIVEN | | | | RP 29 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAYS TO LAST | | | | RP 29 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**EFFECTIVE DATES:** START 11/02/2019 · STOP 04/29/2020 · RX 18087483 · NA

**MEDICATION:** Artificial Tears 1.4% - KOP
SUB FOR: POLYVINYL ALCOHOL
*NF EXP 04/29/2020* - INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED -
ROMANO, CHRISTY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:00 | | | | | | | | | | | | SH | | | | | | | | | | | | | | | | | | | |
| QUANTITY GIVEN | | | | | | | | | | | | SH 1 | | | | | | | | | | | | | | | | | | | |
| DAYS TO LAST | | | | | | | | | | | | SH 30 | | | | | | | | | | | | | | | | | | | |

**EFFECTIVE DATES:** START 05/03/2019 · STOP 11/01/2019 · RX 13873534 · NA

**MEDICATION:** Artificial Tears Sol 1.4% - KOP
SUB FOR: AKWA TEAR DROPS
INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED -
RODDAM, ROY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**EFFECTIVE DATES:** START 11/24/2019 · STOP 05/21/2020 · RX 18613596 · NA

**MEDICATION:** Genteal PM Ophth Oint - KOP
*NF EXP 05/21/2020* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY -
ROMANO, CHRISTY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**EFFECTIVE DATES:** START 10/07/2019 · STOP 04/03/2020 · RX 17740801 · NA

**MEDICATION:** HCTZ 25mg Tablet - KOP
SUB FOR: HYDRODIURIL
TAKE 1 TABLET(S) ORALLY ONCE DAILY -
ROMANO, CHRISTY - [MEDICAL]

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04:00 | JC N | JC N | LH N | LH | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10:00 | | | | RP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QUANTITY GIVEN | | | | RP 22 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAYS TO LAST | | | | RP 22 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME |
|---|---|
| JC | CARTER, JILL |
| LH | HYLTON, LINDA |
| RP | PRICE, ROBERT |
| SH | HACKWORTH, SANDRA |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**Agency** DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M **Alt Num** **SSN**
**C - C29 - 1A -**
**JONES, CEDRIC - 00241066**
**November 2019**
**PAGE 1 OF 2**

118 of 143

Exhibit B

 **Sapphire eMAR**

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK

13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP LEFT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/25/2019 | **Lisinopril 40mg Tablet – KOP** | 04:00 | JC N | JC N | LH N | LH | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 04/21/2020 | SUB FOR: PRINIVIL | 10:00 | | | | RP | | | | | | | | SH | | | | | | | | | | | | | | | | | | | |
| RX 18214379 | TAKE 1 TABLET(S) ORALLY ONCE DAILY - | QUANTITY GIVEN | | | | RP 6 | | | | | | | | SH 30 | | | | | | | | | | | | | | | | | | | |
| NA | ROMANO, CHRISTY - [MEDICAL] | DAYS TO LAST | | | | RP 6 | | | | | | | | SH 30 | | | | | | | | | | | | | | | | | | | |
| START 05/28/2019 | **Stye Eye Ointment – KOP** | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/23/2019 | SUB FOR: MINERAL OIL/PETR WHITE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 14338589 | *NF EXP 11/18/2019* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NA | ROMANO, CHRISTY - [MEDICAL] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## MEDICATION VITAL

| EFFECTIVE DATES | MEDICATION VITAL | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 06/25/2019 | **GLUCOSE** | 04:00 | | | | | JC N | | | | | | | JC N | | | | | | | LH N | | | | | | | JC N | | | | | | |
| STOP 06/24/2020 | Take/Perform ONCE DAILY WEEKLY ON DAY(S) TUESDAY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 1254065 | JOHNSTON, LUCY - [MEDICAL] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| JC | CARTER, JILL | | | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |
| RP | PRICE, ROBERT | | | | | | | | |
| SH | HACKWORTH, SANDRA | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY    **Agency** DONALDSON CORR FACILITY
**DOB**          **Gender** M    **Alt Num**    **SSN**

C - C29 - 1A -
**JONES, CEDRIC - 00241066**

November 2019
PAGE 2 OF 2