FILED
2021 Jan-27  PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit B



**Sapphire eMAR**

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION



| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/25/2019 STOP 04/21/2020 RX 18214370 NA | **amLODIPine 10mg Tablet - KOP** SUB FOR: NORVASC TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | FR | LT | HS | HS | JC N | |
| START 05/03/2019 STOP 11/01/2019 RX 13873534 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED - RODDAM, ROY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 10/07/2019 STOP 04/03/2020 RX 17740801 NA | **HCTZ 25mg Tablet - KOP** SUB FOR: HYDRODIURIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | | | | | | | | HS | LH | LH | LH | FR | FR | HS | JC | JC | JC | JC | JC | HS | HS | LH | LH | LH R | FR | LT | HS | HS | JC N | | |
| START 10/25/2019 STOP 04/21/2020 RX 18214370 NA | **Lisinopril 40mg Tablet - KOP** SUB FOR: PRINIVIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | FR | LT | HS | HS | JC N | JC | |
| START 05/28/2019 STOP 11/23/2019 RX 14338589 NA | **Stye Eye Ointment - KOP** SUB FOR: MINERAL OIL/PETR WHITE *NF EXP 11/18/2019* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| FR | RAMIREZ, FRANCISCA | LT | TICE, LISA | | | | | | |
| HS | SKINNER, HALEY | | | | | | | | |
| JC | CARTER, JILL | | | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

| | |
|---|---|
| **Diagnosis** | Essential (primary) hypertension, Presence of artificial eye |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Facility** | ALDC - DONALDSON CORR FACILITY |
| **DOB** | **Gender** M   **Alt Num** |

**Agency** DONALDSON CORR FACILITY
**SSN**

**C - C29 - 1A -**

**October 2019**
**PAGE 1 OF 2**

**JONES, CEDRIC - 00241066**

REPORT GENERATED BY DPS AT 11/9/2019 2:17:15 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES


Sapphire eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**Exhibit B**

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION VITAL | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 06/25/2019 STOP 06/24/2020 RX 1254065 | GLUCOSE Take/Perform ONCE DAILY WEEKLY ON DAY(S) TUESDAY - JOHNSTON, LUCY - [MEDICAL] | 04:00 | HS 103 | | | | | | | HS 112 | | | | | | | FR R | | | | | | | HS 91 | | | | | | | HS R | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 09/13/2019 STOP 11/08/2019 RX 14088065 93.9% | amLODIPine 10mg Tablet SUB FOR: NORVASC DISCONTINUED - 10/25/2019 8:37:37 AM TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | HS | JC | JC | JC | FR | LH | JC | HS | LH | LH | FR | FR | HS | FR | JC | JC | HS | JC | HS | HS | LH | LH | LH R | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 04/22/2019 STOP 10/18/2019 RX 13577540 94.6% | HCTZ 25mg Tablet SUB FOR: HYDRODIURIL DISCONTINUED - 10/7/2019 10:15:12 AM TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | HS | JC | JC | JC | FR | LH | JC | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 09/13/2019 STOP 11/08/2019 RX 14067664 93.9% | Lisinopril 40mg Tablet SUB FOR: PRINIVIL DISCONTINUED - 10/25/2019 8:36:52 AM TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | HS | JC | JC | JC | FR | LH | JC | HS | LH | LH | LH | FR | FR | HS | FR | JC | JC | HS | JC | HS | HS | LH | LH | LH R | | | | | | | |

|     |     |     |     |     | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| FR | RAMIREZ, FRANCISCA | LT | TICE, LISA | | | | | | |
| HS | SKINNER, HALEY | | | | | | | | |
| JC | CARTER, JILL | | | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

| **Diagnosis** | Essential (primary) hypertension, Presence of artificial eye |
|---|---|
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Facility** | ALDC - DONALDSON CORR FACILITY |

**DOB** C - C29 - 1A          **Gender** M          **Alt Num**          **Agency** DONALDSON CORR FACILITY          **SSN**

**JONES, CEDRIC - 00241066**          **October 2019**          **PAGE 2 OF 2**

REPORT GENERATED BY DPS AT 11/9/2019 2:17:15 AM                    ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

120 of 143


eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/13/2019 STOP 11/08/2019 RX 14066065 93.9% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | HS | JC | HS | LH | RC | AJ | HS | LH | HS | JC | JC | JC | JC | HS | HS | JC | LH | HS | JC | JC | LT | LH | LH | JC | LH | LH R | LH | LT | JC | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/03/2019 STOP 11/01/2019 RX 13873534 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED - RODDAM, ROY - [MEDICAL] | 10:00 QUANTITY GIVEN DAYS TO LAST | | | | | | | | | | | SH / SH 1 / SH 30 | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/13/2019 STOP 11/08/2019 RX 14067684 93.9% | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | HS | JC | HS | LH | RC | AJ | HS | LH | HS | JC | JC | JC | JC | HS | HS | LT | LH | HS | JC | LT | LH | LH | JC | LT R | LH | LH R | LH | LT | JC | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2019 STOP 11/23/2019 RX 14338589 NA | **Stye Eye Ointment - KOP** SUB FOR: MINERAL OIL/PETR WHITE *NF EXP 11/18/2019* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - ROMANO, CHRISTY - [MEDICAL] | 10:00 QUANTITY GIVEN DAYS TO LAST | | | | | | | | | | | SH / SH 1 / SH 30 | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION VITAL | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 06/25/2019 STOP 06/24/2020 RX 1254065 | **GLUCOSE** Take/Perform ONCE DAILY WEEKLY ON DAY(S) TUESDAY - JOHNSTON, LUCY - [MEDICAL] | 04:00 | | | HS R | | | | | | | | | | | | | | | | JC R | | | | | | | LH 86 | | | | JC 99 | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AJ | JOHNSON, ASHLEY | LT | TICE, LISA | | | | | | |
| HS | SKINNER, HALEY | RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | |
| JC | CARTER, JILL | SH | HACKWORTH, SANDRA | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC – DONALDSON CORR FACILITY
**DOB** ▮▮▮▮▮    **Gender** M    **Alt Num**    **Agency** DONALDSON CORR FACILITY    **SSN**

J – J3 – 1A –
**JONES, CEDRIC – 00241066**    **September 2019**    PAGE

REPORT GENERATED BY DPS AT 10/9/2019 2:12:41 AM    ALL PRE-PRINTED NAMES IN SIGNATURE TAB

Exhibit B



**Sapphire eMAR**

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**ROUTINE MEDICATION**



| | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 04/22/2019 STOP 10/18/2019 RX 13577540 94.1% | HCTZ 25mg Tablet SUB FOR: HYDRODIURIL DISCONTINUED - 10/7/2019 10:15:12 AM TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | HS | JC | HS | LH | RC | AJ | HS | LH | HS | JC | JC | JC | JC | HS | HS | LT | LH | HS | JC | JC | LT | LH | LH | JC | LT | LH R | LH | LH | LT | JC | | |
| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AJ | JOHNSON, ASHLEY | LT | TICE, LISA | | | | | | |
| HS | SKINNER, HALEY | RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | |
| JC | CARTER, JILL | SH | HACKWORTH, SANDRA | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

| | |
|---|---|
| **Diagnosis** | Essential (primary) hypertension, Presence of artificial eye |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Facility** | ALDC - DONALDSON CORR FACILITY |
| **DOB** | ████████  **Gender** M   **Alt Num**    **Agency** DONALDSON CORR FACILITY   **SSN** |

J - J3 - 1A -

**JONES, CEDRIC - 00241066**

September 2019
PAGE 2 OF 2

REPORT GENERATED BY DPS AT 10/9/2019 2:12:41 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B



**Sapphire** eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK

13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP LEFT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL RIGHT
73. VENTROGLUTEAL LEFT

## ROUTINE MEDICATION

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/13/2019 **STOP** 11/08/2019 **RX** 14068065 94.1% — **amLODIPine 10mg Tablet** SUB FOR: NORVASC — TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | LW | AH R | LW | JC | AH | CJ | AH | LW | LW | JC | SH | LH | LW | AH | JC N | HS | HS | JC | JC | LH | HS | LH | AH | JC | JC | LH | LH | HS | HS | | |

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/03/2019 **STOP** 11/01/2019 **RX** 13873534 NA — **Artificial Tears Sol 1.4% – KOP** SUB FOR: AKWA TEAR DROPS — INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED - RODDAM, ROY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 04/22/2019 **STOP** 10/18/2019 **RX** 13577540 95% — **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL — TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | LW | AH R | LW | JC | AH | CJ | AH | LW | LW | JC | SH | LH | LW | AH | JC N | HS | HS | JC | JC | LH | LH | HS | LH | AH | JC | JC | LH | LH | HS | HS | |

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/13/2019 **STOP** 11/08/2019 **RX** 14067684 94.1% — **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL — TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY - [MEDICAL] | 04:00 | LW | AH R | LW | JC | AH | CJ | AH | LW | LW | JC | SH | LH | LW | AH | JC N | HS | JC | JC | LH | LH | AH | LH | JC | JC | LH | LH | HS | HS | | | |

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/28/2019 **STOP** 11/23/2019 **RX** 14338589 NA — **Stye Eye Ointment – KOP** SUB FOR: MINERAL OIL/PETR WHITE — *NF EXP 11/18/2019* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - ROMANO, CHRISTY - [MEDICAL] | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | LH | HYLTON, LINDA | | | | | | |
| CJ | JONES, CEDRIC | LW | WELCH, LISA | | | | | | |
| HS | SKINNER, HALEY | SH | HACKWORTH, SANDRA | | | | | | |
| JC | CARTER, JILL | | | | | | | | |

| | |
|---|---|
| **Diagnosis** | Essential (primary) hypertension, Presence of artificial eye |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Facility** | ALDC - DONALDSON CORR FACILITY |
| **DOB** | [REDACTED]   **Gender** M   **Alt Num** |
| **J - J3 - 1A -** | |
| **JONES, CEDRIC - 00241066** | |

**Agency** DONALDSON CORR FACILITY
**SSN**

**August 2019**
**PAGE 1 OF 2**

REPORT GENERATED BY DPS AT 9/9/2019 2:20:25 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B

Exhibit B

**Sapphire** eMAR

| SYMBOL KEY |
|---|
| A: ABSENT |
| *: SEE NOTES |
| H: HELD |
| M: MISSED |
| R: REFUSED |
| N: NO SHOW |
| C: COMPLETED |

**SITE KEY**

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK

13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIAN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**ROUTINE MEDICATION**

| EFFECTIVE DATES | MEDICATION VITAL | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 06/25/2019 **STOP** 06/24/2020 **RX** 1254065 | **GLUCOSE** Take/Perform ONCE DAILY WEEKLY ON DAY(S) TUESDAY - JOHNSTON, LUCY - [MEDICAL] | 04:00 | | | | | | | CJ R | | | | | | LW R | | | | | | | LH 91 | | | | | | | JC 119 | | | | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | LH | HYLTON, LINDA | | | | | | |
| CJ | JONES, CEDRIC | LW | WELCH, LISA | | | | | | |
| HS | SKINNER, HALEY | SH | HACKWORTH, SANDRA | | | | | | |
| JC | CARTER, JILL | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye

**Allergies** NO KNOWN DRUG ALLERGY

**Facility** ALDC - DONALDSON CORR FACILITY

**DOB** ~~[redacted]~~   **Gender** M   **Alt Num**

**Agency** DONALDSON CORR FACILITY

**SSN**

**August 2019**

**PAGE 2 OF 2**

J - J3 - 1A -

**JONES, CEDRIC - 00241066**

REPORT GENERATED BY DPS AT 9/9/2019 2:20:25 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES



**Sapphire eMAR**

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK

13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/13/2019 STOP 11/08/2019 RX 14068065 93.1% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | CJ | LW | SH | RP | LH | FR | LW | LW | SH | SH | LW R | LW | LW R | JP R | JP | LW | LW | SH | SH | CJ | LW | SH | AH | SH | LH | LH | LH | LH | AH | LW | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/03/2019 STOP 11/01/2019 RX 13873534 NA | **Artificial Tears Sol 1.4% – KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED - RODDAM, ROY FRANKLIN | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 04/22/2019 STOP 10/18/2019 RX 13577540 94.4% | **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | CJ | LW | SH | RP | LH | FR | LW | LW | SH | SH | LW R | LW | LW R | JP R | JP | LW | LW | SH | SH | CJ | LW | SH | AH | SH | LH | LH | LH | LH | AH | LW | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/13/2019 STOP 11/08/2019 RX 14067684 93.1% | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | CJ | LW | SH | RP | LH | FR | LW | LW | SH | SH | LH R | LW | LW R | JP R | JP | LW | LW | SH | SH | CJ | LW | SH | AH | SH | LH | LH | LH | LH | AH | LW | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2019 STOP 11/23/2019 RX 14338589 NA | **Stye Eye Ointment – KOP** SUB FOR: MINERAL OIL/PETR WHITE *NF EXP 11/18/2019* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - ROMANO, CHRISTY | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | LH | HYLTON, LINDA | | | | | | |
| CJ | JONES, CEDRIC | LW | WELCH, LISA | | | | | | |
| FR | RAMIREZ, FRANCISCA | RP | PRICE, ROBERT | | | | | | |
| JP | PEDIGO, JACKLYN | SH | HACKWORTH, SANDRA | | | | | | |

| | |
|---|---|
| **Diagnosis** | Essential (primary) hypertension, Presence of artificial eye |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Facility** | ALDC - DONALDSON CORR FACILITY |
| **DOB** | **Gender** M   **Alt Num** |

**Agency** DONALDSON CORR FACILITY   **SSN**

**July 2019**

J – J3 – 1A –

**JONES, CEDRIC – 00241066**

PAGE 1 OF 2

REPORT GENERATED BY DPS AT 8/9/2019 2:20:25 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

**Exhibit B**


Sapphire eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**ROUTINE MEDICATION**

| EFFECTIVE DATES | MEDICATION VITAL | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 06/25/2019 STOP 06/24/2020 RX 1254065 | **GLUCOSE** Take/Perform ONCE DAILY WEEKLY ON DAY(S) TUESDAY - JOHNSTON, LUCY M | 04:00 | | LW R | | | | | | | SH O | | | | | | | | LW R | | | | | | AH 92 | | | | | | | AH 98 | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | LH | HYLTON, LINDA | | | | | | |
| CJ | JONES, CEDRIC | LW | WELCH, LISA | | | | | | |
| FR | RAMIREZ, FRANCISCA | RP | PRICE, ROBERT | | | | | | |
| JP | PEDIGO, JACKLYN | SH | HACKWORTH, SANDRA | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** J - J3 - 1     **Gender** M     **Alt Num**     **Agency** DONALDSON CORR FACILITY     **SSN**

**July 2019**
**PAGE 2 OF 2**

**JONES, CEDRIC - 00241066**

REPORT GENERATED BY DPS AT 8/9/2019 2:20:25 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B



**Sapphire eMAR**

**Exhibit B**

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK

13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP LEFT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/13/2019 | **amLODIPine 10mg Tablet** | | 04:00 | LW | JP | RP | LW | LH | FR | LH | LH | SH | LW | FR | SH | SH | LW | FR | LH | LH | LW | FR | SH | FR | LW | LW | LH | LH | LH | SH | AH | | | |
| STOP 11/08/2019 | SUB FOR: NORVASC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 14068065 | TAKE 1 TABLET(S) ORALLY ONCE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 96.4% | ROMANO, CHRISTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/03/2019 | **Artificial Tears Sol 1.4% – KOP** | | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/01/2019 | SUB FOR: AKWA TEAR DROPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 13873534 | INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NA | RODDAM, ROY FRANKLIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 04/22/2019 | **HCTZ 25mg Tablet** | | 04:00 | LW | JP | RP | LW | LH | FR | LH | LH | SH | LW | FR | SH | SH | LW | FR | LH | LH | LW | FR | SH | FR | LW | LW | LH | LW | LH | SH | AH | | | |
| STOP 10/18/2019 | SUB FOR: HYDRODIURIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 13577540 | TAKE 1 TABLET(S) ORALLY ONCE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 97.4% | ROMANO, CHRISTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/13/2019 | **Lisinopril 40mg Tablet** | | 04:00 | LW | JP | RP | LW | LH | FR | LH | LH | SH | LW | FR | SH | SH | LW | FR | LH | LH | LW | FR | SH | SH | FR | LW | LW | LH | LW | LH | SH | AH | | |
| STOP 11/08/2019 | SUB FOR: PRINIVIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 14067684 | TAKE 1 TABLET(S) ORALLY ONCE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 96.4% | ROMANO, CHRISTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2019 | **Stye Eye Ointment - KOP** | | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/23/2019 | SUB FOR: MINERAL OIL/PETR WHITE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX 14338589 | *NF EXP 11/18/2019* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NA | ROMANO, CHRISTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | LW | WELCH, LISA | | | | | | |
| FR | RAMIREZ, FRANCISCA | RP | PRICE, ROBERT | | | | | | |
| JP | PEDIGO, JACKLYN | SH | HACKWORTH, SANDRA | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** ████████   **Gender** M        **Alt Num**          **SSN**

**Agency** DONALDSON CORR FACILITY

**June 2019**
**PAGE 1 OF 1**

J - J3 - 1A -

**JONES, CEDRIC  - 00241066**

REPORT GENERATED BY DPS AT 7/9/2019 2:17:49 AM          ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

127 of 143



**Sapphire eMAR**

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP LEFT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/13/2019 STOP 11/08/2019 RX 14068065 96.4% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | LW | JP | RP | LW | LH | FR | LH | LH | SH | LW | FR | SH | SH | LW | FR | LH | LW | FR | SH | FR | LW | LW | LH | LH | LH | SH | AH | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/03/2019 STOP 11/01/2019 RX 13873534 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED - RODDAM, ROY FRANKLIN | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 04/22/2019 STOP 10/18/2019 RX 13577540 97.4% | **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | LW | JP | RP | LW | LH | FR | LH | LH | SH | LW | FR | SH | SH | LW | FR | LH | LW | FR | SH | FR | LW | LW | LH | LH | LH | SH | AH | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/13/2019 STOP 11/08/2019 RX 14067684 96.4% | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | LW | JP | RP | LW | LH | FR | LH | LH | SH | LW | FR | SH | SH | LW | FR | LH | LW | FR | SH | SH | LW | LW | LH | LW | LH | SH | AH | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2019 STOP 11/23/2019 RX 14338589 NA | **Stye Eye Ointment - KOP** SUB FOR: MINERAL OIL/PETR WHITE *NF EXP 11/18/2019* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - ROMANO, CHRISTY | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | LW | WELCH, LISA | | | | | | |
| FR | RAMIREZ, FRANCISCA | RP | PRICE, ROBERT | | | | | | |
| JP | PEDIGO, JACKLYN | SH | HACKWORTH, SANDRA | | | | | | |
| LH | HYLTON, LINDA | | | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC ~ DONALDSON CORR FACILITY
**DOB** ▬▬▬▬▬▬  **Gender** M   **Alt Num**   **SSN**
J - J3 - 1A

**JONES, CEDRIC  - 00241066**

**Agency** DONALDSON CORR FACILITY

June 2019
PAGE 1 OF 1

Exhibit B

127 of 143



**sapphire** eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/13/2019 STOP 11/08/2019 RX 14068065 92.3% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | | | | | | | | | | | | | | LH R | SH R | SH | RP | LW | LH | RC | SH | LH | FR | LW | FR | LH | LW | LW | FR | SH | LW | LH |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/16/2018 STOP 05/17/2019 RX 89689740 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS - RODDAM, ROY FRANKLIN | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/03/2019 STOP 11/01/2019 RX 13873534 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE FOR DRYNESS AS NEEDED - RODDAM, ROY FRANKLIN | 10:00 | | | | | | | AH1 | | | | | | | | | | | | | | | | | | | | | | | | |
| | | QUANTITY GIVEN | | | | | | | AH1 | | | | | | | | | | | | | | | | | | | | | | | | |
| | | DAYS TO LAST | | | | | | | AH1 30 | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 04/22/2019 STOP 10/18/2019 RX 13577540 95.7% | **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | RP | LW | LW | LW | LH | LH | LW | | LH | RP | SH | LH | LW | LH R | SH R | SH | RP | LW | LH | RC | SH | LH | FR | LW | FR | LH | LW | LW | FR | SH | LW | LH |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/13/2019 STOP 11/08/2019 RX 14067684 92.3% | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | | | | | | | | | | | | | | LH R | SH R | SH | RP | LW | LH | RC | SH | LH | FR | LW | FR | LH | FR | SH | LW | LW |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | LW | WELCH, LISA | | | | | | |
| AH1 | HORTON, ANDREA | RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | |
| FR | RAMIREZ, FRANCISCA | RP | PRICE, ROBERT | | | | | | |
| LH | HYLTON, LINDA | SH | HACKWORTH, SANDRA | | | | | | |

| | |
|---|---|
| **Diagnosis** | Essential (primary) hypertension, Presence of artificial eye |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Facility** | ALDC - DONALDSON CORR FACILITY |
| **DOB** | J - J3 - ██  **Gender** M  **Alt Num** |

**Agency** DONALDSON CORR FACILITY
**SSN**

**JONES, CEDRIC  - 00241066**

May 2019
PAGE 1 OF 2

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B

128 of 143

**Sapphire eMAR**

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**Exhibit B**

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/28/2019 **STOP** 11/23/2019 **RX** 14338589 **NA** | **Stye Eye Ointment - KOP** SUB FOR: MINERAL OIL/PETR WHITE *NF EXP 11/18/2019* - APPLY 1 APPLICATION(S) INTO THE RIGHT EYE TWICE DAILY - ROMANO, CHRISTY | 10:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH | | |
| | | QUANTITY GIVEN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH 1 | | |
| | | DAYS TO LAST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AH 30 | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/28/2018 **STOP** 05/27/2019 **RX** 88522347 75.2% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC DISCONTINUED - 5/13/2019 8:30:23 AM TAKE ONE TABLET(S) ORALLY ONCE DAILY - BUTLER, JAMES | 04:00 | RP | LW | LW | LW | LH | LH | LW | LH | RP | SH | LH | LW | LW | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/28/2018 **STOP** 05/27/2019 **RX** 88522407 75.2% | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL DISCONTINUED - 5/13/2019 8:15:40 AM TAKE ONE TABLET(S) ORALLY ONCE DAILY - BAKER, MARIANNE | 04:00 | RP | LW | LW | LW | LH | LH | LW | LH | RP | SH | LH | LW | LW | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 03/06/2019 **STOP** 09/01/2019 **RX** 13445717 **NA** | **Lubrifresh PM Eye Oint - KOP** SUB FOR: ARTIFICIAL TEARS OPN DISCONTINUED - 5/23/2019 12:41:31 PM APPLY OINTMENT(S) INTO THE RIGHT EYE TWICE DAILY - ROMANO, CHRISTY | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | LW | WELCH, LISA | | | | | | |
| AH1 | HORTON, ANDREA | RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | |
| FR | RAMIREZ, FRANCISCA | RP | PRICE, ROBERT | | | | | | |
| LH | HYLTON, LINDA | SH | HACKWORTH, SANDRA | | | | | | |

**Diagnosis** Essential (primary) hypertension, Presence of artificial eye
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** _____ **Gender** M **Alt Num** **Agency** DONALDSON CORR FACILITY **SSN**

J - J3 - 1A -
**JONES, CEDRIC - 00241066**

**May 2019**
**PAGE 2 OF 2**

REPORT GENERATED BY DPS AT 6/9/2019 2:18:43 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES



**phire** eMAR

**Exhibit B**

**130 of 143**

| SYMBOL KEY |
|---|
| A: ABSENT |
| *: SEE NOTES |
| H: HELD |
| M: MISSED |
| R: REFUSED |
| N: NO SHOW |
| C: COMPLETED |

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP LEFT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2018 STOP 05/27/2019 RX 85522347 74.7% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC TAKE ONE TABLET(S) ORALLY ONCE DAILY - BUTLER, JAMES | 04:00 | SH | FR | RP | RP | SR | RC | LH R | LH | SH | LH | RP | LH R | LH | SH | JM | SR | JM | RP | SH | FR | RC | RP | JM | LW | LH | LH | LW | SH | RC | | |
| START 11/16/2018 STOP 05/17/2019 RX 89689740 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS - RODDAM, ROY FRANKLIN | NON_SCHEDU LED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 04/22/2019 STOP 10/18/2019 RX 13577540 100% | **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | | | | | | | | | | | | | | | | | | | | | | RP | JM | LW | LH | LH | LW | SH | RC | | |
| START 05/28/2018 STOP 05/27/2019 RX 85522407 74.7% | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL TAKE ONE TABLET(S) ORALLY ONCE DAILY - BAKER, MARIANNE | 04:00 | SH | FR | RP | RP | SR | RC | LH R | LH | SH | LH | RP | LH R | LH | SH | JM | SR | JM | RP | SH | FR | FR | RC | JM | LW | LH | LH | LW | SH | RC | | |
| START 03/06/2019 STOP 09/01/2019 RX 12445717 NA | **Lubrifresh PM Eye Oint - KOP** SUB FOR: ARTIFICIAL TEARS OPN APPLY OINTMENT(S) INTO THE RIGHT EYE TWICE DAILY - ROMANO, CHRISTY | NON_SCHEDU LED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| FR | RAMIREZ, FRANCISCA | RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | |
| JM | MURPHREE, JOSH | RP | PRICE, ROBERT | | | | | | |
| LH | HYLTON, LINDA | SH | HACKWORTH, SANDRA | | | | | | |
| LW | WELCH, LISA | SR | ROMAN, SHELLY | | | | | | |

| | |
|---|---|
| **Diagnosis** | Essential (primary) hypertension |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Facility** | ALDC – DONALDSON CORR FACILITY |
| **DOB** | ▭▭▭▭ **Gender** M   **Alt Num** |

**Agency** DONALDSON CORR FACILITY
**SSN**

J - J3 - 1A

**April 2019**

**JONES, CEDRIC - 00241066**

**PAGE 1 OF 2**

 phire eMAR

**Exhibit B**

| SYMBOL KEY | SITE KEY | | |
|---|---|---|---|
| A: ABSENT | 1. ORALLY | 13. LEFT ARM (DELTOID) BACK | 25. ABDOMEN UPPER QUADRANT LEFT | 37. RIGHT EAR | 49. ANTECUBITAL RIGHT | 61. FEMORAL VEIN LEFT |

SYMBOL KEY
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

SITE KEY
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK

13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**ROUTINE MEDICATION**

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/06/2018 STOP 05/04/2019 RX 89648305 90.4% | HCTZ 25mg Tablet SUB FOR: HYDRODIURIL DISCONTINUED - 4/22/2019 8:36:48 AM TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | SH | FR | RP | RP | SR | RC | LH R | LH | SH | LH | RP | LH R | LH | SH | JM | SR | JM | RP | SH | FR | FR | RC | | | | | | | | | | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| FR | RAMIREZ, FRANCISCA | RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | |
| JM | MURPHREE, JOSH | RP | PRICE, ROBERT | | | | | | |
| LH | HYLTON, LINDA | SH | HACKWORTH, SANDRA | | | | | | |
| LW | WELCH, LISA | SR | ROMAN, SHELLY | | | | | | |

| Diagnosis | Essential (primary) hypertension | | | |
|---|---|---|---|---|
| Allergies | NO KNOWN DRUG ALLERGY | | | |
| Facility | ALDC - DONALDSON CORR FACILITY | | **Agency** DONALDSON CORR FACILITY | |
| DOB | | **Gender** M | **Alt Num** | **SSN** |

J - J3 - 1A -

**JONES, CEDRIC  - 00241066**

April 2019
PAGE 2 OF 2

REPORT GENERATED BY DPS AT 5/9/2019 2:17:23 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

**Exhibit B**


sapphire eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**ROUTINE MEDICATION**

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2018 STOP 05/27/2019 RX 85522347 71.6% | amLODIPine 10mg Tablet SUB FOR: NORVASC — TAKE ONE TABLET(S) ORALLY ONCE DAILY — BUTLER, JAMES | 04:00 | M | LH | SH | SH | RC | JM | SH | SH | SH | LH | LH | LH | JM | CJ | LH | LH | RP | SH | LH | SH | SH | SH | RC | LH | LH | SH | CJ | LH | LH | LH R | SH |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/16/2018 STOP 05/17/2019 RX 89689740 NA | Artificial Tears Sol 1.4% - KOP SUB FOR: AKWA TEAR DROP — INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS — RODDAM, ROY FRANKLIN | 10:00 / QUANTITY GIVEN / DAYS TO LAST | | | | | | | | AH / AH 1 / AH 30 | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 03/28/2019 STOP 03/30/2019 RX 13006809 NA | Earwax Drops 6.5% Otic - KOP SUB FOR: DEBROX — INSTILL 7 DROP(S) INTO EACH EAR ONCE DAILY — RODDAM, ROY FRANKLIN | 08:16 / QUANTITY GIVEN / DAYS TO LAST | | | | | | | | | | | | | | | | | | | | | | | | | | | | DG / DG 1 / DG 3 | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/06/2018 STOP 05/04/2019 RX 89648305 90.1% | HCTZ 25mg Tablet SUB FOR: HYDRODIURIL — TAKE 1 TABLET(S) ORALLY ONCE DAILY — ROMANO, CHRISTY | 04:00 | M | LH | SH | SH | RC | JM | SH | SH | SH | LH | LH | LH | JM | CJ | LH | LH | RP | SH | LH | SH | SH | SH | RC | LH | LH | SH | CJ | LH | LH | LH R | SH |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2018 STOP 05/27/2019 RX 85522407 71.6% | Lisinopril 40mg Tablet SUB FOR: PRINIVIL — TAKE ONE TABLET(S) ORALLY ONCE DAILY — BAKER, MARIANNE | 04:00 | M | LH | SH | SH | RC | JM | SH | SH | SH | LH | LH | LH | JM | CJ | LH | LH | RP | SH | LH | SH | SH | SH | RC | LH | LH | SH | CJ | LH | LH | LH R | S |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | JP | PEDIGO, JACKLYN | SH | HACKWORTH, SANDRA | | | | |
| CJ | JONES, CEDRIC | LH | HYLTON, LINDA | | | | | | |
| DG | GREEN, DOUGLAS | RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | |
| JM | MURPHREE, JOSH | RP | PRICE, ROBERT | | | | | | |

**Diagnosis** Essential (primary) hypertension
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**Agency** DONALDSON CORR FACILITY
**DOB** J - J3 - 1A -
**Gender** M
**Alt Num**
**SSN**

**March 2019**
**PAGE 1 OF 2**

**JONES, CEDRIC - 00241066**

REPORT GENERATED BY DPS AT 4/9/2019 2:24:24 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

**Sapphire** eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 03/06/2019 STOP 09/01/2019 RX 12445717 NA | **Lubrifresh PM Eye Oint - KOP** SUB FOR: ARTIFICIAL TEARS OPN APPLY OINTMENT(S) INTO THE RIGHT EYE TWICE DAILY ROMANO, CHRISTY | 10:00 QUANTITY GIVEN DAYS TO LAST | | | | | | | JP JP 1 JP 30 | | | | | | | | | | | | | | | | | | | | | | | | | |
| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| EFFECTIVE DATES | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | JP | PEDIGO, JACKLYN | SH | HACKWORTH, SANDRA | | | | |
| CJ | JONES, CEDRIC | LH | HYLTON, LINDA | | | | | | |
| DG | GREEN, DOUGLAS | RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | |
| JM | MURPHREE, JOSH | RP | PRICE, ROBERT | | | | | | |

| | |
|---|---|
| **Diagnosis** | Essential (primary) hypertension |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Facility** | ALDC - DONALDSON CORR FACILITY |
| **DOB** | **Gender** M    **Alt Num** |

**Agency** DONALDSON CORR FACILITY
**SSN**

J - J3 - 1A -
**JONES, CEDRIC** – 00241066

**March 2019**
**PAGE 2 OF 2**

REPORT GENERATED BY DPS AT 4/9/2019 2:24:24 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B



*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

[illegible] ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2018 STOP 05/27/2019 RX 85522347 67.9% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC TAKE ONE TABLET(S) ORALLY ONCE DAILY - BUTLER, JAMES | 04:00 | JM | SR | SH | RP R | LH | LH | RC | LH | JM | LH | LH | SH | LH | SH | LH | LH | SH | SH | JM R | JM | SH | SH | SH | M | M | RP | JM | LH | | | |
| START 11/16/2018 STOP 05/17/2019 RX 89689740 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS - RODDAM, ROY FRANKLIN | 16:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | QUANTITY GIVEN | | | | | | | | | | | | TC | | | | | | | | | | | | | | | | | | | |
| | | DAYS TO LAST | | | | | | | | | | | | TC 1 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | TC 14 | | | | | | | | | | | | | | | | | | | |
| START 11/06/2018 STOP 05/04/2019 RX 89648305 89.3% | **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | JM | SR | SH | RP R | LH | LH | RC | LH | JM | LH | LH | SH | LH | SH | LH | LH | SH | SH | JM R | JM | SH | SH | SH | M | M | RP | JM | LH | | | |
| START 05/28/2018 STOP 05/27/2019 RX 85522407 67.9% | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL TAKE ONE TABLET(S) ORALLY ONCE DAILY - BAKER, MARIANNE | 04:00 | JM | SR | SH | RP R | LH | LH | RC | LH | JM | LH | LH | SH | LH | SH | LH | LH | SH | SH | JM R | JM | SH | SH | SH | M | M | RP | JM | LH | | | |
| START 02/13/2019 STOP 02/16/2019 RX 11971383 100% | **Loratadine 10mg Tablet** SUB FOR: CLARITIN TAKE 1 TABLET(S) ORALLY ONCE DAILY - RODDAM, ROY FRANKLIN | 04:00 | | | | | | | | | | | | | | SH | LH | LH | | | | | | | | | | | | | | | |

| INIT | FULL NAME |
|---|---|
| JM | MURPHREE, JOSH |
| LH | HYLTON, LINDA |
| RC | CLUM-CORDINGLEY, ROSEANNE |
| RP | PRICE, ROBERT |

| INIT | FULL NAME |
|---|---|
| SH | HACKWORTH, SANDRA |
| SR | ROMAN, SHELLY |
| TC | COOK, TAMBERLY |

| INIT | FULL NAME |
|---|---|

| INIT | FULL NAME |
|---|---|

| INIT | FULL NAME |
|---|---|

**Diagnosis** Essential (primary) hypertension
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** [redacted] **Gender** M
J - J3 - 1A -
[illegible]ENES, CEDRIC - 00241066

**Alt Num**

**Agency** DONALDSON CORR FACILITY
**SSN**

REPORT GENERATED BY DPS AT 3/9/2019 2:16:46 AM

**February 2019**
**PAGE 1 OF 1**

ALL PRE-PRINTED NAMES IN SIGNATURE TABLE [illegible]

Exhibit B



**PRN/OTC MEDICATION
ADMINISTRATION RECORD**

| EFFECTIVE DATES | MEDICATION | HOUR | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 02/13/2019 | **Ibuprofen 200mg Tablet** SUB FOR: ADVIL | DAY | | | | | | | | | | | | | | | | | | | | | |
| **STOP** 02/15/2019 | | TIME | | | | | | | | | | | | | | | | | | | | | |
| **RX** 11971501 | TAKE 2 TABLET(S) ORALLY THREE TIMES DAILY AS NEEDED | INITIALS | | | | | | | | | | | | | | | | | | | | | |
| **NA** | RODDAM, ROY FRANKLIN | QTY | | | | | | | | | | | | | | | | | | | | | |
| EFFECTIVE DATES | MEDICATION | HOUR | | | | | | | | | | | | | | | | | | | | | |
| **START** | SUB FOR: | DAY | | | | | | | | | | | | | | | | | | | | | |
| **STOP** | | TIME | | | | | | | | | | | | | | | | | | | | | |
| **RX** 0 | | INITIALS | | | | | | | | | | | | | | | | | | | | | |
| | | QTY | | | | | | | | | | | | | | | | | | | | | |
| EFFECTIVE DATES | MEDICATION | HOUR | | | | | | | | | | | | | | | | | | | | | |
| **START** | SUB FOR: | DAY | | | | | | | | | | | | | | | | | | | | | |
| **STOP** | | TIME | | | | | | | | | | | | | | | | | | | | | |
| **RX** 0 | | INITIALS | | | | | | | | | | | | | | | | | | | | | |
| | | QTY | | | | | | | | | | | | | | | | | | | | | |
| EFFECTIVE DATES | MEDICATION | HOUR | | | | | | | | | | | | | | | | | | | | | |
| **START** | SUB FOR: | DAY | | | | | | | | | | | | | | | | | | | | | |
| **STOP** | | TIME | | | | | | | | | | | | | | | | | | | | | |
| **RX** 0 | | INITIALS | | | | | | | | | | | | | | | | | | | | | |
| | | QTY | | | | | | | | | | | | | | | | | | | | | |
| EFFECTIVE DATES | MEDICATION | HOUR | | | | | | | | | | | | | | | | | | | | | |
| **START** | SUB FOR: | DAY | | | | | | | | | | | | | | | | | | | | | |
| **STOP** | | TIME | | | | | | | | | | | | | | | | | | | | | |
| **RX** 0 | | INITIALS | | | | | | | | | | | | | | | | | | | | | |
| | | QTY | | | | | | | | | | | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Diagnosis** | Essential (primary) hypertension | | | | |
| **Allergies** | NO KNOWN DRUG ALLERGY | | | | |
| **Facility** | ALDC - DONALDSON CORR FACILITY | | **Agency** DONALDSON CORR FACILITY | | |
| **DOB** | **Gender** M | **Alt Num** | **SSN** | | |
| J - J3 - 1A | | | | 2/1/2019 12:00:00 AM | |
| **JONES, CEDRIC - 00241066** | | | | PAGE 1 OF 1 | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| TC | COOK, TAMBERLY | | | | | | | | |

REPORT GENERATED BY DPS_PRN AT 3/9/2019 3:22:14 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

## MEDICATION ADMINISTRATION RECORD

 **DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.4209

**Exhibit B**

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 5/28/18 DISCONTINUE 5/27/19 5522347 | **amLODIPine 10mg Tablet** Brand: NORVASC    JAMES BUTLER, NP TAKE ONE TABLET(S) ORALLY ONCE DAILY | 0400 | | | | | | | | | | | | | | | | | | | | | | | | EM JM | | | | | | | |
| ORIGINAL ORDER 1/06/18 DISCONTINUE 5/04/19 9648305 | **HCTZ 25mg Tablet** Brand: HYDRODIURIL    CHRISTY ROMANO, NP TAKE 1 TABLET(S) ORALLY ONCE DAILY | 0400 | | | | | | | | | | | | | | | | | | | | | | | | EM JM | | | | | | | |
| ORIGINAL ORDER 5/28/18 DISCONTINUE 5/27/19 5522407 | **Lisinopril 40mg Tablet** Brand: PRINIVIL    MARIANNE BAKER, NP TAKE ONE TABLET(S) ORALLY ONCE DAILY | 0400 | | | | | | | | | | | | | | | | | | | | | | | | EM JM | | | | | | | |
| ORIGINAL ORDER 02/13/19 DISCONTINUE 02/15/19 1971383 | **Loratadine 10mg Tablet** Brand: CLARITIN    ROY FRANKLIN RODDAM, MD TAKE 1 TABLET(S) ORALLY ONCE DAILY | 0400 | | | | | | | | | | | | | | | | | | | | | | | | EM | | | | | | | |
| ORIGINAL ORDER 02/13/19 DISCONTINUE 02/15/19 1971501 | **Ibuprofen 200mg Tablet** Brand: ADVIL    ROY FRANKLIN RODDAM, MD TAKE 2 TABLET(S) ORALLY THREE TIMES DAILY AS NEEDED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 11/16/18 DISCONTINUE 05/17/19 39689740 | **Artificial Tears Sol 1.4%** Brand: AKWA TEAR DROPS    ROY FRANKLIN RODDAM, MD INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS | P PK 0J | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GM | GManon (?) | LH | LHLlan |

| LOCATION J J3 1A | DOC. NO. | ALLERGIES NO KNOWN DRUG ALLERGY | | | DIAGNOSIS N/A |
|---|---|---|---|---|---|
| PATIENT NAME AND NUMBER JONES, CEDRIC 00241066 | | FACILITY DONALDSON CORR FACILITY | CHARTING FOR 02/01/2019 | THROUGH 02/28/2019 | |


**sapphire** eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP LEFT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2018 STOP 05/27/2019 RX 85522347 64.7% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC TAKE ONE TABLET(S) ORALLY ONCE DAILY - BUTLER, JAMES | 04:00 | SH | SH | SR | RC | JM | RP | SH | RP R | RP | SH | SH | LH | LH | RP | LH | LH | RP | SH | LH | LH | SH | LH | LH | SH R | SH R | LH | SR | SH | SH | SH | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/16/2018 STOP 05/17/2019 RX 89689740 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS - RODDAM, ROY FRANKLIN | NON_SCHEDU LED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/06/2018 STOP 05/04/2019 RX 89648305 90.3% | **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | SH | SH | SR | RC | JM | RP | SH | RP R | RP | SH | SH | LH | LH | RP | LH | LH | RP | SH | LH | LH | SH | LH | LH | SH R | SH R | LH | SR | SH | SH | SH | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2018 STOP 05/27/2019 RX 85522467 64.7% | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL TAKE ONE TABLET(S) ORALLY ONCE DAILY - BAKER, MARIANNE | 04:00 | SH | SH | SR | RC | JM | RP | SH | RP R | RP | SH | SH | LH | LH | RP | LH | LH | RP | SH | LH | LH | SH | LH | LH | SH R | SH R | LH | SR | SH | SH | SH | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| JM | MURPHREE, JOSH | SH | HACKWORTH, SANDRA | | | | | | |
| LH | HYLTON, LINDA | SR | ROMAN, SHELLY | | | | | | |
| RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | | | |
| RP | PRICE, ROBERT | | | | | | | | |

**Diagnosis** Essential (primary) hypertension
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** G - G6 -             **Gender** M     **Alt Num**

**Agency** DONALDSON CORR FACILITY
**SSN**

**January 2019**
**PAGE 1 OF 1**

**JONES, CEDRIC  - 00241066**



Sapphire eMAR

**Exhibit B**

**138 of 143**

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/28/2018 **STOP** 05/27/2019 **RX** 85522347 58.4% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC<br>TAKE ONE TABLET(S) ORALLY ONCE DAILY –<br>BUTLER, JAMES | 04:00 | LH | RP | LH | RC | SR | LH | LH R | LH | CJ | SH | SR | SR | SH | JM | JM | SH | SH | RP | JM | SH | AD | LH | CJ | LH | CJ | LH | JN | | | | | |
| **START** 11/16/2018 **STOP** 05/17/2019 **RX** 89689740 NA | **Artificial Tears Sol 1.4% – KOP** SUB FOR: AKWA TEAR DROPS<br>INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS –<br>RODDAM, ROY FRANKLIN | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **START** 11/06/2018 **STOP** 05/04/2019 **RX** 89648305 90.3% | **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL<br>TAKE 1 TABLET(S) ORALLY ONCE DAILY –<br>ROMANO, CHRISTY | 04:00 | LH | RP | LH | RC | SR | LH | LH R | LH | CJ | SH | SR | SR | SH | JM | JM | SH | SH | RP | JM | SH | AD | LH | CJ | LH | CJ | LH | JN | | | | | |
| **START** 05/28/2018 **STOP** 05/27/2019 **RX** 85522407 58.4% | **Lisinopril 40mg Tablet** SUB FOR: PRINIVIL<br>TAKE ONE TABLET(S) ORALLY ONCE DAILY –<br>BAKER, MARIANNE | 04:00 | LH | RP | LH | RC | SR | LH | LH R | LH | CJ | SH | SR | SR | SH | JM | JM | SH | SH | RP | JM | SH | AD | LH | CJ | LH | CJ | LH | JN | | | | | |
| **START** 11/21/2018 **STOP** 12/20/2018 **RX** 10084254 NA | **Lubrifresh PM Eye Oint – KOP** SUB FOR: ARTIFICIAL TEARS OPN<br>*NF EXP 12/20/2018* – APPLY OINTMENT(S) INTO THE RIGHT EYE TWICE DAILY –<br>RODDAM, ROY FRANKLIN | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AD | DAVIS, AKERIA | JN | NORRIS, JULIA | SH | HACKWORTH, SANDRA | | | | |
| CJ | JONES, CEDRIC | LH | HYLTON, LINDA | SR | ROMAN, SHELLY | | | | |
| DG | GREEN, DOUGLAS | RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | |
| JM | MURPHREE, JOSH | RP | PRICE, ROBERT | | | | | | |

**Diagnosis**

**Allergies** NO KNOWN DRUG ALLERGY

**Facility** ALDC - DONALDSON CORR FACILITY

**DOB** ▮▮▮▮   **Gender** M   **Alt Num**   **Agency** DONALDSON CORR FACILITY   **SSN**

G - G6 - 1A -

**JONES, CEDRIC - 00241066**

**December 2018**

**PAGE 1 OF 2**

REPORT GENERATED BY DPS AT 1/9/2019 2:25:47 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES



**Exhibit B**

**SYMBOL KEY**
A: ABSENT
\*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. LEFT ANTERIOR THIGH
17. RIGHT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL RIGHT
73. VENTROGLUTEAL LEFT

| ROU. MEDICATION | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/30/2018 | Tolnaftate 1% Cream - KOP SUB FOR: TINACTIN | 10:30 | | | | | | | | | | DG | | | | | | | | | | | | | | | | | | | | | | |
| STOP 12/27/2018 | | QUANTITY GIVEN | | | | | | | | | | DG | | | | | | | | | | | | | | | | | | | | | | |
| RX 10269931 | APPLY CREAM TOPICALLY TWICE DAILY GIVE 4 OF THE SMALL TUBS - | QUANTITY GIVEN | | | | | | | | | | DG 1 | | | | | | | | | | | | | | | | | | | | | | |
| NA | RODDAM, ROY FRANKLIN | DAYS TO LAST | | | | | | | | | | DG 7 | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AD | DAVIS, AKERIA | JN | NORRIS, JULIA | SH | HACKWORTH, SANDRA | | | | |
| CJ | JONES, CEDRIC | LH | HYLTON, LINDA | SR | ROMAN, SHELLY | | | | |
| DG | GREEN, DOUGLAS | RC | CLUM-CORDINGLEY, ROSEANNE | | | | | | |
| JM | MURPHREE, JOSH | RP | PRICE, ROBERT | | | | | | |

**Diagnosis**

**Allergies** NO KNOWN DRUG ALLERGY

**Facility** ALDC - DONALDSON CORR FACILITY

**DOB**    **Gender** M    **Alt Num**    **Agency** DONALDSON CORR FACILITY    **SSN**

G - G6 - 1A -

JONES, CEDRIC - 00241066

December 2018

PAGE 2 OF 2

REPORT GENERATED BY DPS AT 1/9/2019 2:25:47 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES


**Sapphire eMAR**

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK

13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**ROUTINE MEDICATION**

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 11/02/2018 **STOP** 11/09/2018 **RX** 89569646 90.5% | **Acetaminophen 325mg Tab** SUB FOR: TYLENOL TAKE 2 TABLET(S) ORALLY THREE TIMES DAILY - RODDAM, ROY FRANKLIN | 04:00 | SLB | SH | CJ | LH | CJ | SH R | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 10:00 | LT | AD | AH1 | AH | AH | BM | AH | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 17:00 | LT | M | AH1 | AH | AH | JM | BM | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/28/2018 **STOP** 05/27/2019 **RX** 85522347 45.7% | **amLODIPine 10mg Tablet** SUB FOR: NORVASC TAKE ONE TABLET(S) ORALLY ONCE DAILY - BUTLER, JAMES | 04:00 | | | | | | | | | | LH | SH | CJ | LH | LH R | LH | CJ R | LH | JM R | SR | AH1 | CJ | SH | RP | CJ | SH | LH | RC | LH | SH | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/16/2018 **STOP** 11/15/2018 **RX** 85655298 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS - RODDAM, ROY FRANKLIN | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 11/16/2018 **STOP** 05/17/2019 **RX** 89689740 NA | **Artificial Tears Sol 1.4% - KOP** SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS - RODDAM, ROY FRANKLIN | 16:00 | | | | | | | | | | | | | | | | | LT | | | | | | | | | | | | | | |
| | | QUANTITY GIVEN | | | | | | | | | | | | | | | | | LT 1 | | | | | | | | | | | | | | |
| | | DAYS TO LAST | | | | | | | | | | | | | | | | | LT 30 | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 11/06/2018 **STOP** 05/04/2019 **RX** 89648305 83.9% | **HCTZ 25mg Tablet** SUB FOR: HYDRODIURIL TAKE 1 TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | | | | | | | | SH R | RP | LH | SH | CJ | LH | LH R | LH | CJ R | LH | JM R | SR | AH1 | CJ | SH | RP | CJ | SH | LH | RC | LH | SH | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AD | DAVIS, AKERIA | CJ | JONES, CEDRIC | RC | CLUM-CORDINGLEY, ROSEANNE | SR | ROMAN, SHELLY | | |
| AH | HARDIE, ANGELA | JM | MURPHREE, JOSH | RP | PRICE, ROBERT | | | | |
| AH1 | HORTON, ANDREA | LH | HYLTON, LINDA | SH | HACKWORTH, SANDRA | | | | |
| BM | MCGOUGH, BOBBY | LT | TICE, LISA | SLB | BISHOP, SHERRY L. | | | | |

**Diagnosis**

NO KNOWN DRUG ALLERGY

...QC - DONALDSON CORR FACILITY          **Agency** DONALDSON CORR FACILITY

...86          **Gender** M          **Alt Num**          **SSN**

November 2018

PAGE 1 OF 3

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B

140 of 143



Sapphire eMAR

**SYMBOL KEY**

A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK

13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT

25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR

37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT

49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT

61. FEMORAL VEIN LEFT
62. LOWER LEG LEFT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT



**ROUTINE MEDICATION**

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/24/2018 **STOP** 11/30/2018 **RX** 85793825 27.7% | **Chlorthalidone 25mg Tab** SUB FOR: HYGROTON DISCONTINUED – 11/6/2018 7:57:34 AM TAKE ONE TABLET(S) ORALLY ONCE DAILY – ROMANO, CHRISTY | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AD | DAVIS, AKERIA | CJ | JONES, CEDRIC | RC | CLUM-CORDINGLEY, ROSEANNE | SR | ROMAN, SHELLY | | |
| AH | HARDIE, ANGELA | JM | MURPHREE, JOSH | RP | PRICE, ROBERT | | | | |
| AH1 | HORTON, ANDREA | LH | HYLTON, LINDA | SH | HACKWORTH, SANDRA | | | | |
| BM | MCGOUGH, BOBBY | LT | TICE, LISA | SLB | BISHOP, SHERRY L. | | | | |

**Diagnosis**

**Allergies** NO KNOWN DRUG ALLERGY

**Facility** ALDC – DONALDSON CORR FACILITY

G6 - 1A -          **Gender** M          **Alt Num**          **Agency** DONALDSON CORR FACILITY
                                                              **SSN**
S, CEDRIC - 00241066

November 2018
PAGE 3 OF 3

18 2:21:37 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B


Sapphire eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/22/2018 STOP 10/29/2018 RX 89292542 90.5% | Acetaminophen 325mg Tab SUB FOR: TYLENOL TAKE 2 TABLET(S) ORALLY THREE TIMES DAILY - RODDAM, ROY FRANKLIN | 04:00 | | | | | | | | | | | | | | | | | | | | | | | | | SH | SLB | SLB | CRS | SLB | SLB | | |
| | | 10:00 | | | | | | | | | | | | | | | | | | | | | | | FR N | AH1 | TC | AH | JS | AH | BM | | |
| | | 17:00 | | | | | | | | | | | | | | | | | | | | | | | FR | FR | FR | RP | AH1 | AH | M | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2018 STOP 05/27/2019 RX 85522347 27.7% | amLODIPine 10mg Tablet SUB FOR: NORVASC TAKE ONE TABLET(S) ORALLY ONCE DAILY - BUTLER, JAMES | 04:00 | RP N | JM N | RP N | SH N | SH N | SH N | AH1 N | AH1 N | RP N | LH N | SR N | SH N | JM N | CJ N | CJ N | LH N | M | SLB N | SLB | SLB | RP | LH | SH | SLB | SLB | CRS | JM | SLB | SLB | JM N | RP N |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/16/2018 STOP 11/15/2018 RX 85655298 NA | Artificial Tears Sol 1.4% - KOP SUB FOR: AKWA TEAR DROPS INSTILL 1-2 DROP(S) INTO EACH EYE AS NEEDED FOR DRYNESS - RODDAM, ROY FRANKLIN | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/28/2018 STOP 05/27/2019 RX 85522407 27.7% | Lisinopril 40mg Tablet SUB FOR: PRINIVIL TAKE ONE TABLET(S) ORALLY ONCE DAILY - BAKER, MARIANNE | 04:00 | RP N | JM N | RP N | SH N | SH N | SH N | AH1 N | AH1 N | RP N | LH N | SR N | SH N | JM N | CJ N | CJ N | LH N | M | SLB N | SLB | SLB | RP | LH | SH | SLB | SLB | CRS | JM | SLB | SLB | JM N | RP N |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 10/24/2018 STOP 11/20/2018 RX 89378532 NA | Tolnaftate 1% Powder - KOP SUB FOR: TINAMAR APPLY 1 APPLICATION(S) TOPICALLY TWICE DAILY - RODDAM, ROY FRANKLIN | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | CRS | SCHAEFER, CLAYTON R | LH | HYLTON, LINDA | SR | ROMAN, SHELLY | | |
| AH1 | HORTON, ANDREA | FR | RAMIREZ, FRANCISCA | RP | PRICE, ROBERT | TC | COOK, TAMBERLY | | |
| BM | MCGOUGH, BOBBY | JM | MURPHREE, JOSH | SH | HACKWORTH, SANDRA | | | | |
| CJ | JONES, CEDRIC | JS | SHEARER, JANETHA | SLB | BISHOP, SHERRY L. | | | | |

**Diagnosis**
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY         **Agency** DONALDSON CORR FACILITY
**DOB** [REDACTED]   **Gender** M   **Alt Num**   **SSN**

E - E22 - 1A -                                                                **October 2018**
**JONES, CEDRIC - 00241066**                                                   **PAGE 1 OF 2**

Exhibit B

**Sapphire** eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START** 05/24/2018 **STOP** 11/20/2018 **RX** 85793825 27.7% **Chlorthalidone 25mg Tab** SUB FOR: HYGROTON DISCONTINUED - 11/6/2018 7:57:34 AM TAKE ONE TABLET(S) ORALLY ONCE DAILY - ROMANO, CHRISTY | 04:00 | RF N | JM N | RP N | SH N | SH N | SH N | AH1 N | RF N | RP N | JM N | LH N | SR N | SH N | | JM N | CJ N | CJ N | M | SLB N | SLB | SLB | RP | LH | SH | SLB | SLB | CRS | JM | SLB | SLB | JM N | RP N |

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AH | HARDIE, ANGELA | CRS | SCHAEFER, CLAYTON R | LH | HYLTON, LINDA | SR | ROMAN, SHELLY | | |
| AH1 | HORTON, ANDREA | FR | RAMIREZ, FRANCISCA | RP | PRICE, ROBERT | TC | COOK, TAMBERLY | | |
| BM | MCGOUGH, BOBBY | JM | MURPHREE, JOSH | SH | HACKWORTH, SANDRA | | | | |
| CJ | JONES, CEDRIC | JS | SHEARER, JANETHA | SLB | BISHOP, SHERRY L. | | | | |

| | |
|---|---|
| **Diagnosis** | |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Facility** | ALDC - DONALDSON CORR FACILITY |
| **DOB** | **Gender** M   **Alt Num** |
| **E - E22 - 1A -** | |

**JONES, CEDRIC  - 00241066**

**Agency** DONALDSON CORR FACILITY
**SSN**

**October 2018**
**PAGE 2 OF 2**

REPORT GENERATED BY DPS AT 11/9/2018 2:22:49 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit B