UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUHERN DIVISION

| | |
|---|---|
| CEDRIC JONES, JR.   #241066<br>      Plaintiff,<br>vs.<br><br>MOHAMMAD JENKINS, et al.,<br>      Defendants. | )<br>)<br>) CASE NO. 2:19-cv-01486-ACA-JHE<br>)<br>)<br>) |

## AFFIDAVIT

STATE OF ALABAMA

JEFFERSON COUNTY

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Mohammad Jenkins, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Mohammad Jenkins. I am presently employed as Correctional Lieutenant with William E. Donaldson Correctional Facility. I am over twenty-one (21) years of age.

I Lieutenant Mohammad Jenkins at no time on October 18, 2018 assault inmate Cedric Jones B/M AIS# 241066 by punching him in the facial area. I make this statement without duress and full fidelity as it pertains to this matter.

_____
Mohammad Jenkins, Correctional Lieutenant

SWORN TO AND SUBSCRIBED before me this 14th day of February, 2020.

_____
NOTARY PUBLIC
10-31-20
MY COMMISSION EXPIRES