# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CEDRIC JONES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:19-cv-01486-AMM-JHE |
| ) | |
| MOHAMMAD JENKINS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiff has moved for leave to conduct additional discovery. (Doc. 22). Specifically, the plaintiff requests medical documents and photographs related to the October 17, 2018 incident underlying this action. (*Id*.) For the following reasons, the plaintiff's motion is due to be denied.

On February 4, 2020, the undersigned entered an Order for Special Report, directing defendant Jenkins to review and respond to the allegations contained in the plaintiff's amended complaint. (Doc. 7). Part III of that order provided detailed instructions to the parties regarding additional discovery and required the parties to make certain initial disclosures. (*Id*. at 3-5). The undersigned specifically informed the parties that there would be no additional discovery without express leave of court. (*Id*. at 4). The undersigned further informed the parties that "[t]o request leave of court, the moving party must file a motion specifically identifying the nature of the discovery sought and the reason the initial disclosures . . . were inadequate to provide the information sought." (*Id*.).

On January 27, 2021, defendant Jenkins filed a Special Report, accompanied by an affidavit, medical records, and institutional documents. (Doc. 21). The plaintiff does not explain why the initial disclosures provided by defendant Jenkins in the Special Report are inadequate to provide the information sought by additional discovery. Accordingly, the plaintiff's motion for

leave to conduct additional discovery (doc. 22) is **DENIED**.

DONE this 3rd day of March, 2021.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE