IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ALABAMA/ SOUTHERN DIVISION

|  |  |
|---|---|
| ric JOnes, Jr., )<br>  PLaintiff, ) | Case No. 2:19-cv-1486-AMM-JHE |
| )<br>ıammad Jenkins, )<br>  Defendant, ) | 2021 MAR 29 P 12: 26<br>U.S. DISTRICT COURT<br>N.D. OF ALABAMA |

## AFFADAVIT

BEFORE Me, the undersigned Authority, a notary public in said County and State of Alabama at Large, Personally appeared Cedric Jones Jr., who being known to me and being by me duly sworn, deposes and says under oath as follows:

My name is Cedric JOnes Jr., and I am over 21 years of age and am competent to testify. I am presently an inmate at William E. Donaldson Correctional INstitution: 100 Warrior Lane, Bessemer, Al. 35023. On October 17, 2018, after Lt. Mohammad Jenkins partially searched the cell I slept in (D-6), Jenkins told Sgt..Randy to handcuff me after I got dressed from the physical body search. After I got dressed, Lt. MOhammad Jenkins pulled out some loose foil out of a kool pack which is the silver foil that comes out-of/in a pack of Kools cigarettes thats sold by the prisons' commissary...Lt. Jenkins said that the foil was "Flakka" and we then exchanged heated words. Then he told Sgt. Frazier to take me to the west barber shop which is what Sgt. FRazier did about 10 to 15 minutes later...Lt. Jenkins came and got me out of the west barbershop with handcuffs on me 'to the rear', Jenkins sprayed me with mace...He sprayed an entire can on me and began punching me on the right side of my face and eye with his left fist. Then he slung me to the floor and started punching me again. Each time he punched me I 'counted'... When he punched me the 14th time, I told him, I had at that time served 14 years in prison and that no officer had ever put their hands on me in an aggressive manner; I had never before had a physical altercation with a officer. He punched me 11 additional times then had Sgt. Frazier take me to the medical unit in the infirmary to be "decontaminated", body charted, and to have photos taken of me of my face & body....

about 15 to 20 minutes later, Jenkins told me that he should have killed me.

To the best of my knowledge, the aforementioned facts are true and correct ....

Cedric Jones 241646
Cedric Jones/Affiant

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS 19th DAY OF March, 2021

NOTARY PUBLIC

MY COMMISSION EXPIRES JUNE 12, 2024

MY COMMISSION EXPIRES: